**EXHIBIT 3**



# The Hustead Law Firm

*A Professional Corporation*
REGENCY PLAZA ONE
4643 SOUTH ULSTER STREET
SUITE 1250
DENVER, COLORADO 80237

TELEPHONE (303) 721-5000
WWW.THLF.COM
PQH@THLF.COM

PATRICK Q. HUSTEAD, ESQ.

August 1, 2025

***Via U.S. Mail***
Ravenwood Energy Partners, LP
c/o Christopher Chambers
2101 Cedar Springs Rd., Ste 100
Dallas, TX, 75201-2104

***Via U.S. Mail***
Dennis McLaughlin
3508 Lexington Ave.,
Dallas, TX 75205-3915

***Via U.S. Mail***
Christopher Chambers
2727 Daniel Ave,
Dallas, TX 75205-1511

***Via U.S. Mail***
Angela McLaughlin
549 Wright Rd.,
Clarksdale, MS, 38614-9709

***Via U.S. Mail***
Rhonda Chambers
2523 Meadow Brook Dr.,
Norman, OK 73072-6927

Re:    *Omimex / Bond Nos. UCSX423X1423 / UCSX423X1392 / UCSX423X1455 / UCSX423X1393 / HLF No. 7700-101*

|  |  |
|---|---|
| Surety: | United Casualty & Surety Insurance Company |
| Principal: | Omimex Petroleum, Inc. |
| Indemnitors: | Omimex Petroleum, Inc. |
|  | Ravenwood Energy Partners |
|  | Dennis McLaughlin |
|  | Christopher Chambers |
|  | Angela McLaughlin |
|  | Rhonda Chambers |
| Obligee: | Colorado Energy & Carbon Management Commission |
| Bond Number: | UCSX423X 1423 / $100,000.00 |
|  | UCSX423X 1392 / $50,000.00 |
|  | UCSX423X 1455 / $30,000.00 |
|  | UCSX423X 1393 / $25,000.00 |
| HLF File Number: | 7700-101 |

THE HUSTEAD LAW FIRM
*A Professional Corporation*

Ravenwood Energy Partners, Mr. and Mrs. Chambers, and Mr. and Mrs. McLaughlin
August 1, 2025
Page 2 of 4

Dear Mr. and Mrs. Chambers and Mr. and Mrs. McLaughlin,

This Firm represents United Casualty & Surety Insurance Company, ("UCS" or the "Surety").  UCS executed four payment and performance bonds (the "Bonds") with a combined penal sum of $205,000.00 to guarantee Omimex's obligations owed to the State of Colorado in relation to Omimex's oil and gas leases.  The Bonds named Omimex Petroleum, Inc. as principal, and the Colorado Energy & Carbon Management Commission ("ECMC") as Obligee.

UCS executed the following Bonds in favor of ECMC:

| Bond No. | Approved/Executed | Type of Bond | Penal Sum |
|---|---|---|---|
| UCSX423X 1393 | 07/22/2021 | Surface – Rule 703 | $ 25,000.00 |
| UCSX423X 1423 | 09/08/2021 | Plugging – Rule 706 | $ 100,000.00 |
| UCSX423X 1392 | 09/08/2021 | Gas Facilities – Rule 711 | $ 50,000.00 |
| UCSX423X 1455 | 09/08/2021 | Plugging – Rule 706 | $ 30,000.00 |

As consideration for UCS executing the Bonds, Omimex Petroleum, Inc., Ravenwood Energy Partners, Dennis McLaughlin, Christopher Chambers, Angela McLaughlin, Rhonda Chambers (collectively, the "Indemnitors") executed a General Indemnity Agreement (the "GIA") in favor of UCS.[1]  A copy of the GIA is attached hereto as **Exhibit 1.**

Pursuant to the GIA, the Indemnitors are jointly and severally obligated to, *inter alia*, indemnify and reimburse UCS for all of UCS's losses, including professional fees and costs relating to the claims under the Bonds.  This therefore creates a contractual right of indemnification in favor of UCS.  The GIA further provides that UCS has the exclusive right to determine whether any claim, suit, demand, liability, or judgment made or commenced against UCS on any Bond shall be paid, settled, compromised, resisted, defended, tried, or appealed.  Please read the GIA carefully, as it grants UCS broad and extensive rights.

During the two years prior to ECMC making a demand on the Bonds, ECMC issued three separate Notices of Alleged Violations for Omimex's alleged non-compliance with ECMC's Rules of Practice and Procedure.  Omimex's alleged violations remained uncured and on January 23, 2024, ECMC held a non-compliance hearing.  UCS understands that no Omimex representative appeared at the hearing.

Following an entry of an order finding that Omimex had violated ECMC's rules, Omimex filed a Complaint for Judicial Review in the District Court for Denver County, Colorado.  Omimex brought claims against ECMC for, among other things, judicial review of the Order, a stay of enforcement of the Order, and declaratory judgment regarding the Order.

---

[1] On December 10, 2024, Omimex filed a petition under Chapter 11 of the U.S. Bankruptcy Code in the Northern District of Texas (Case no. 24-340018-SWE).  Pursuant to the automatic stay imposed by 11 U.S.C. Section 362, UCS is not pursuing Omimex at this time.

THE HUSTEAD LAW FIRM
*A Professional Corporation*

Ravenwood Energy Partners, Mr. and Mrs. Chambers, and Mr. and Mrs. McLaughlin
August 1, 2025
Page 3 of 4

On November 11, 2024, ECMC sent correspondence to the Surety demanding payment in the amount of $205,000.00 under the Bonds (the "Claim"). ECMC's correspondence claimed it had terminated Omimex's oil and gas operation for its failure to perform proper testing on its wells before plugging them and failed to restore the lands disturbed by its oil and gas operations.

On or about November 19, 2024, the Denver District Court issued its Second Order to Show Cause (the "Show Cause Order"), providing thirty-five (35) days to show cause. The Deadline for the Show Cause Order was December 10, 2024. The same day the Denver District Court was to dismiss Omimex's case against ECMC, Omimex filed its petition for Chapter 11 bankruptcy in the U.S. Bankruptcy Court for the Northern District of Texas.

On December 24, 2024, and again on January 10, 2024, UCS sent correspondence to Omimex's counsel requesting information and documentation to support Omimex's claims against ECMC. Despite the repeated requests, Omimex's counsel failed to provide the requested information and documentation.

Thereafter, having investigated the Claim, and finding it valid, UCS paid ECMC $205,000.00 on June 17, 2025. In addition, UCS has incurred substantial fees, costs, and expenses investigating the defending against the Claim. UCS has incurred losses of at least $16,697.98 in attorneys' fees and costs through June of 2025 related to the Claim. UCS's losses are ongoing and therefore additional fees and expenses are expected, for which the Indemnitors are also jointly and severally liable.

To date, UCS has incurred losses in the amount of $205,000.00 to resolve ECMC's Claim, and approximately $25,000.00 in attorneys' fees and costs. UCS hereby demands that the Indemnitors issue payment to UCS in the amount of $230,000.00. If UCS does not receive payment in the amount of $230,000.00 by August 15, 2025, UCS intends to take all necessary and appropriate legal actions to recover all amounts due and owing under the GIA, including pursuing litigation against the Indemnitors.

Thank you for your attention to this matter. Nothing herein, or in any past or future correspondence, should be construed as an admission of liability of a promise to pay claims in whole or in part. UCS reserves all rights and defenses under the terms of its Bonds, the bonded Contract, the GIA, governing law and equity. This reservation of rights shall remain in full force and effect unless UCS expressly retracts it in writing.

[*spatium voluntarium*]

THE HUSTEAD LAW FIRM
*A Professional Corporation*

Ravenwood Energy Partners, Mr. and Mrs. Chambers, and Mr. and Mrs. McLaughlin
August 1, 2025
Page 4 of 4

      If you have any questions or concerns regarding this correspondence, please do not hesitate to contact us directly.

      Best Regards,

      THE HUSTEAD LAW FIRM
      *A Professional Corporation*

      Patrick Q. Hustead, Esq.

cc:    Jeffrey A. Hegewald, Esq.
       Elizabeth Strausheim (UCS)
       Jeff D. Carruth, Esq.

Encl.:  Indemnity Agreement