**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 25-cv-3123-KAS

UNITED CASUALTY & SURETY INSURANCE COMPANY,

Plaintiff,

v.

RAVENWOOD ENERGY PARTNERS, LP,
DENNIS MCLAUGHLIN,
ANGELA MCLAUGHLIN,
CHRISTOPHER CHAMBERS, and
RHONDA CHAMBERS,

Defendants.

---

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR PLAINTIFF UNITED CASUALTY & SURETY INSURANCE COMPANY**

---

Plaintiff, United Casualty & Surety Insurance Company ("UCS"), by and through its undersigned counsel, The Hustead Law Firm, *A Professional Corporation*, submits its Corporate Disclosure Statement pursuant to Fed.R.Civ.P. 7.1 and states as follows:

UCS, a Massachusetts corporation domiciled in Nebraska, is wholly owned by General Indemnity Group, LLC, a Delaware limited liability company. General Indemnity Group, LLC is fully owned by Boston Omaha Corporation, a publicly traded Delaware corporation.

Pursuant to Fed.R.Civ.P. 7.1, UCS will promptly file a supplemental statement if any of the required information herein changes.

Respectfully submitted this 8th day of October, 2025.

The Hustead Law Firm
*A Professional Corporation*

*The Original Signature is on File at The Hustead Law Firm, A Professional Corporation*

*/s/ Jeffrey A. Hegewald*
Patrick Q. Hustead, Esq.
Jeffrey A. Hegewald, Esq.
Jason J. Patel, Esq.
The Hustead Law Firm, *A Professional Corporation*
4643 S. Ulster Street, Suite 1250
Denver, CO 80237
Ph. (303) 721-5000
pqh@thlf.com
jah@thlf.com
jjp@thlf.com
*Attorneys for Plaintiff United Casualty & Surety Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of October, 2025, a true and correct copy of the foregoing **RULE 7.1 CORPORATE DISCLOSURE STATEMENT FOR PLAINTIFF UNITED CASUALTY & SURETY INSURANCE COMPANY** was electronically filed and served via USDC e-filing and/or e-mail, and addressed to the following:

*Original Signature is on File at*
*The Hustead Law Firm, A Professional Corporation*

*s/ Jeffrey A. Hegewald*
Jeffrey A. Hegewald, Esq.