# AFFIDAVIT OF SERVICE

| **Case:** 1:25-cv-03123-KAS | **Court:** UNITED STATES DISTRICT COURT for the District of Colorado | **County:** NA | **Job:** 14337734 |
|---|---|---|---|
| **Plaintiff / Petitioner:** United Casualty & Surety Insurance Company | | **Defendant / Respondent:** RAVENWOOD ENERGY PARTNERS, LP, DENNIS MCLAUGHLIN, ANGELA MCLAUGHLIN, CHRISTOPHER CHAMBERS, and RHONDA CHAMBERS | |
| **Received by:** RMM Service of Process LLC | | **For:** The Hustead Law Firm | |
| **To be served upon:** Rhonda Chambers | | | |

I, Ryley McGee, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Ford Chambers, Son and Co Resident; Home: 2523 Meadow Brook Drive, Norman, OK 73072

**Manner of Service:** Substitute Service - Abode, Oct 9, 2025, 7:06 pm CDT

**Documents:** SUMMONS IN A CIVIL ACTION, COMPLAINT, PROOF OF SERVICE, EXHIBITS

**Additional Comments:**
1) Successful Attempt: Oct 9, 2025, 7:06 pm CDT at Home: 2523 Meadow Brook Drive, Norman, OK 73072 received by Ford Chambers. Age: 35; Ethnicity: Caucasian; Gender: Male; Weight: 275; Height: 6'2"; Hair: Brown; Relationship: Son and co Resident ; Other: Son and Co Resident;

[signature] 10/11/25

Ryley McGee
PSS-25-1 - Grady County

**Date**

RMM Service of Process LLC
308 Summer Oaks Drive
Blanchard, OK 73010
4056059364

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Diana Aleen McGee

**Notary Public**

10/11/25 6/30/26

**Date** **Commission Expires**

NOTARY SEAL PUBLIC
DIANA ALEEN MCGEE
NOTARY PUBLIC
STATE OF OKLAHOMA
Commission # 22008921 Expires 06/30/26