FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
8:56 am, Oct 31, 2025
JEFFREY P. COLWELL, CLERK

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| **UNITED CASUALTY & SURETY INSURANCE COMPANY** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Action No. 1:25-cv-03123-KAS** |
| | ) | |
| **RAVENWOOD ENERGY PARTNERS, L.L.P., DENNIS MCLAUGHLIN, ANGELA MCLAUGHLIN, CHRISTOPHER CHAMBERS, RHONDA CHAMBERS.** | ) | |
| **Defendants.** | ) | |

## DEFENDANTS CHRISTOPHER CHAMBERS AND RHONDA CHAMBERS' CHALLENGE TO JURISDICTION AND NOTICE OF BANKRUPCTY

Defendants, Christopher Chambers, and Rhonda Chambers (hereinafter "Defendants"), jointly pro-se, file this their challenge to the jurisdiction of the Federal Court of Colorado and Notice of Bankruptcy, of necessary party Omimex Petroleum Inc. (hereinafter "Omimex"), in response to the Complaint of the Plaintiff United Casualty & Surety Insurance Company (hereinafter "USC"), as follows:

## I. PARTIES

UCS is a Nebraska corporation authorized to do business in Colorado, headquartered in Massachusetts. The company may be served via its corporate headquarters at 333 Newbury St., 2nd Floor, Boston, Massachusetts 02115 or through its counsel of record.

Ravenwood Energy Partners, L.P. is a Colorado limited partnership, whose primary place of business is 2101 Cedar Springs Rd., Suite 1050, who may be served via service of process through its registered agent Quick Law Group, at 1035 Pearl St., Ste 403, Boulder CO, 80302.

Dennis McLaughlin is a private person who is domiciled in Oklahoma and may be served via process at 2701 E, Rock Creek Rd., Norman, OK 73071.

Angela McLaughlin is domiciled in the state of Mississippi and can be served via process at 549 Wright Rd., Clarksdale, MS 38614.

Christopher Chambers is domiciled in Texas and can be served via private process at 2523 MeadowBrook Dr., Norman OK 73072.

Rhonda Chambers is domiciled in Texas and can be served via private process at 2523 MeadowBrook Dr., Norman OK 73072.

## II. NOTICE OF BANKRUPTCY

To the Honorable District Court of the District of Colorado, the Defendants Dennis McLaughlin and Christopher Chambers filed a Voluntary Petition for Bankruptcy under Title 11 in the Northern District of Texas Bankruptcy Court, for Omimex Petroleum, Inc., as debtor. In its disclosures, UCS is listed as a creditor in Class 6, section 5.6, ¶ 5 of the "Plan of Reorganization of Omimex Petroleum, Inc. Dated April 9, 2025." This notice to the Court is to also inform UCS, in case they lack notice, that they are an included claim in the Indemnitor Omimex's bankruptcy proceeding and are subject to the rights and remedies allowed therein.

## III. LEGAL REASONING REGARDING IMPROPER JURISDICTION

Upon the filing of a voluntary petition for Bankruptcy, under 11 USCS § 301 and 11 USCS § 362 (1), all actions are stayed with regards "to the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title." 11 USCS § 301; 11 USCS § 362 (1) Additionally, "any act to create, perfect, or enforce any lien against property of the estate;(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before

the commencement of the case under this title;(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title," falls under the automatic stay of 11 USCS § 362. *Id. § 362 (4), (5), (6)*. Any action that affects the estate of the debtor is related to the bankruptcy estate and falls under the automatic stay. *See Gardner v. United States* (In re Gardner), 913 F.2d 1515, 1518 (10th Cir. 1990) (per curiam) (recognizing that a proceeding is related to a bankruptcy case if its outcome could conceivably have any effect on the bankruptcy estate). And one cannot simply avoid pleading in a party to avoid the automatic stay. Pursuant to Fed.R.Civ.P. 9, "A person who is subject to service of process and whose joinder will not deprive the court of subject-matter jurisdiction must be joined as a party if:

> (A) in that person's absence, the court cannot accord complete relief among existing parties; or
>
> (B) that person claims an interest relating to the subject of the action and is so situated that disposing of the action in the person's absence may:
>
> > (i) as a practical matter impair or impede the person's ability to protect the interest; or
> >
> > (ii) leave an existing party subject to a substantial risk of incurring double, multiple, or otherwise inconsistent obligations because of the interest. *Federal Rule of Civil Procedure 9, et seq.*

Additionally, a federal district court has jurisdiction over any civil proceeding properly brought before it, under 28 USC § 157. *28 USC § 157*. However, a Bankruptcy Court has exclusive jurisdiction over all the property, wherever located, of the debtor as of the commencement of such case, under Title 11, and of the property of the estate. *28 USCS § 1334(e)(1)*. Therefore, there can be no disposition of property without the proper party, and if the

proper party is currently in bankruptcy, there can be no disposition of that party's property, pursuant to the automatic stay and 8 USCS § 1334(e)(1). *Id. FRCP 9; Id. 1334*. Therefore, a court will be unable, without these conditions, to properly adjudicate any issue, until there has been an inclusion of the proper party, a lift of the stay and/or termination of the bankruptcy proceedings.

**IV. IMPROPER JURISDICTION AND PROCEEDINGS ARE STAYED**

The Defendants Chambers and McLaughlin filed a voluntary Petition for Non-Individuals filing Bankruptcy, under 11 USCS § 301, in the United States District Court for the Northern District of Texas for Omimex Petroleum, Inc. on March 10, 2025, prior to any suit being filed in the District Court of Colorado. *11 USCS § 301*. This immediate suit was filed subsequent to the filing of the Bankruptcy Petition, as the Complaint was filed on October 3, 2025, almost 8 months after the filing of the Debtors' Chapter 11. All actions that directly or indirectly affect Omimex Petroleum, L.L.P. have been stayed pursuant to 11 USCS § 362 (1), (4), (5), (6). *Id. 11 USCS § 362.* Omimex Petroleum, Inc. is an alleged principal indemnitor to the Complainant, a jointly and severally liable party, and a missing Defendant in this matter, whose assets are currently under the control of the Bankruptcy Court in the Northern District of Texas. Omimex has been mentioned in the Complaint as a primary party and is the principal on the guaranty notes and Indemnity agreement presented in Complainant's Exhibits 1 and 2. Omimex is a necessary party pursuant to Fed.R.Civ.P. 9. *FRCP 9.*

Under Fed.R.Civ.P. 9, in the absence of Omimex Petroleum, Inc.:

1. the court cannot afford complete relief among the existing parties;
2. Omimex Petroleum, Inc. has an interest that is so situated that disposing of the action in its absence may as a practical matter, disallow Omimex the right to Defend assets under

its ownership umbrella and leave the other Defendants subject to a substantial risk of incurring inconsistent, multiple, or duplicate obligations because of this interest.

Instead of including Omimex Petroleum, Inc. in this suit, the Complainant specifically left that one Defendant out of the suit to avoid the District Court in Texas for the exact reason enumerated herein. This indicates a willing attempt to avoid the bankruptcy court on the part of the Complainant, which is actionable within the bankruptcy court.

Additionally, the cause of action filed herein is not exclusive to this Court and may be heard by the Bankruptcy Court of the Northern District of Texas. Jurisdiction will not be destroyed should an action, under the Complainant's cause be brought therein, pursuant to 28 U.S. Code § 1332. What is exclusive to the Northern District of Texas Bankruptcy Court, Cause No. 24-34018, is all the property, wherever located, of the debtor as of the commencement of such case, and of the property of the estate. *28 USCS § 1334(e)(1)*. Until the automatic stay has been lifted, the bankruptcy terminated, or some other disposition, the Northern District of Texas has exclusive jurisdiction over any property of the estate, which is specifically affected herein. *McIntyre v. Active Energies Solar, LLC*, No. 23-1052, 2024 U.S. App. LEXIS 19285, at *4 (10th Cir. Aug. 2, 2024). *Id. Gardener v. United States.* And as this matter does affect the bankruptcy of Omimex Petroleum, Inc., it directly affects the property of the estate, which this court lacks jurisdiction to make any decisions over at this time.

## V. CONCLUSION

As a result of the Defendants' prior filing of a Chapter 11 Bankruptcy proceeding, of which UCS should have been notified of, all matters are stayed under 11 USCS § 362, *et seq*. The notable exclusion of Omimex Petroleum, Inc., a necessary party under FRCP 9 from the Complainant's list of Defendants, indicates a willing move on the part of the complainant to attempt to avoid this

exact outcome. And this court lacks jurisdiction over jointly and severally liable property held by the bankruptcy court under 28 USCS § 1334(e)(1), which is required to properly dispose of this matter. In conclusion, this matter should be either dismissed to be refiled in the Northern District Court or abated, until the bankruptcy proceedings have completed or been lifted.

/s/Christopher Chambers
Christopher Chambers
Pro-Se

/s/Rhonda Chambers
Rhonda Chambers
Pro-Se

CERTIFICATE OF SERVICE

We certify according to FRCP 5, that we served a true and correct copy of this document on all parties of record on October 30, 2025.

/s/Christopher Chambers
Christopher Chambers

/s/Rhonda Chambers
Rhonda Chambers

3/10/25 12:59PM

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF TEXAS

Case number *(if known)* **24-34018** Chapter **11**

■ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/24**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name** — **Omimex Petroleum, Inc.**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN) — **85-0918223**

**4. Debtor's address**

**Principal place of business**

**100 Crescent Ct., Ste. 700**
**Unit 5528**
**Dallas, TX 75201**
Number, Street, City, State & ZIP Code

**Dallas**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5. Debtor's website** (URL)

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District ____ When ____ Case number ____
District ____ When ____ Case number ____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

3/10/25 12:59PM

Debtor **Omimex Petroleum, Inc.** Case number (*if known*) **24-34018**
Name

List all cases. If more than 1, attach a separate list

Debtor ______ Relationship ______
District ______ When ______ Case number, if known ______

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______

**Where is the property?** ______

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______

Contact name ______

Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

3/10/25 12:59PM

Debtor **Omimex Petroleum, Inc.**
Name

Case number (*if known*) **24-34018**

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 10, 2025**
MM / DD / YYYY

**X** **/s/ Christopher Chambers**
Signature of authorized representative of debtor

**Christopher Chambers**
Printed name

Title **Sole Director**

**18. Signature of attorney**

**X** **/s/ Jeff Carruth**
Signature of attorney for debtor

Date **March 10, 2025**
MM / DD / YYYY

**Jeff Carruth 24001846**
Printed name

**Weycer, Kaplan, Pulaski & Zuber, P.C.**
Firm name

**2608 HIbernia St. Ste 105**
**Dallas, TX 75204-2514**
Number, Street, City, State & ZIP Code

Contact phone **(713) 341-1158** Email address **jcarruth@wkpz.com**

**24001846 TX**
Bar number and State

3/10/25 12:59PM

Debtor **Omimex Petroleum, Inc.**
Name

Case number (*if known*) **24-34018**

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 10, 2025**
MM / DD / YYYY

**X** **/s/ Christopher Chambers**
Signature of authorized representative of debtor

**Christopher Chambers**
Printed name

Title **Sole Director**

**18. Signature of attorney**

**X** **/s/ Jeff Carruth**
Signature of attorney for debtor

Date **March 10, 2025**
MM / DD / YYYY

**Jeff Carruth 24001846**
Printed name

**Weycer, Kaplan, Pulaski & Zuber, P.C.**
Firm name

**2608 Hibernia St. Ste 105**
**Dallas, TX 75204-2514**
Number, Street, City, State & ZIP Code

Contact phone **(713) 341-1158** Email address **jcarruth@wkpz.com**

**24001846 TX**
Bar number and State

Jeff Carruth (TX SBN: 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
2608 Hibernia, Suite 105
Dallas, Texas 75204-2514
Telephone: (713) 341-1158
Fax: (713) 961-5341
E-mail: jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
OMIMEX PETROLEUM, INC

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| **OMIMEX PETROLEUM, INC,** | § | **CASE NO. 24-34018** |
| | § | |
| **DEBTOR.** | § | |

**PLAN OF REORGANIZATION OF OMIMEX PETROLEUM, INC. DATED April 9, 2025**

**SUMMARY OF IMPORTANT DATES AND DEADLINES**

| | |
|---|---|
| **Deadline to file objections to this Disclosure Statement or to the Plan of Reorganization (the "Objection Deadline"):** | SEE ORDER SETTING DEADLINES |
| **Deadline to submit ballot regarding the Plan of Reorganization (the "Ballot Deadline"):** | SEE ORDER SETTING DEADLINES |
| **Combined Hearing to consider Disclosure Statement and Chapter 11 Plan of Reorganization (the "Confirmation Hearing"):** | SEE ORDER SETTING DEADLINES |
| **Location of Confirmation Hearing:** | Judge Everett's Courtroom<br>1100 Commerce Street, 14th Floor, Courtroom #3<br>Dallas, TX 75242. |

## 1. INTRODUCTION.

1.1. This Plan of Reorganization (the "Plan") under Chapter 11 of the Bankruptcy Code (the "Code") proposes to pay creditors of Omimex Petroleum, Inc. (the "Debtor" or "Omimex") from cash flow from future operations and/or sales of property. This Plan dated April 9, 2025 replaces and supersedes any Plan(s) of prior date(s) filed by the Debtor.

1.2. For convenience, this plan is based upon the official small business form, Form B25B. However, this is not a "small business case" as defined under Code § 101. ***Controlling definitions and rules of construction appear in Section 9 below.***

1.3. The proposed distributions under the Plan and the material terms of the Plan, including the estimated distribution to unsecured creditors is set forth in TABLE 1—Key Plan Terms, Section 2 of the accompanying Plan ("**TABLE 1**") and the attached Exhibits. Secured claims will be paid in full according to the claim(s) filed or pursuant to the agreement of the parties. General unsecured creditors, other than the Westar Litigation Parties, will receive payment in full.

1.4. All creditors and equity security holders should refer to Section 3 through Section 6 of this Plan for information regarding the precise treatment of their claim. A Disclosure Statement that provides more detailed information regarding this Plan and the rights of creditors and equity security holders has been circulated with this Plan. Your rights may be affected. ***You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)***

**2. SUMMARY OF THE PLAN, TABLE 1 — KEY PLAN TERMS**. The key terms of this Plan are set forth in TABLE 1 below.

TABLE 1

Omimex - Plan Summary

| Class | Description | Impaired | Asserted | Distribution | Treatment Summary |
|---|---|---|---|---|---|
| Class 0 | Priority | n/a | 92,104.11 | 92,104.11 | Pay in full within 30 days of Effective Date. |
| Class 1 | Secured - Yuma | Yes | 125,000.00 | 125,000.00 | Pay in full + statutory interest within 60 days of Effective Date. |
| Class 2 | Secured - Philips | Yes | 60,000.00 | 60,000.00 | Pay in full + statutory interest within 60 days of Effective Date. |
| Class 3 | Secured - Mazon | Yes | 135,939.01 | 135,939.01 | Pay face amount of claim as scheduled and/or as filed as full and final settlement, within 60 days of Effective Date. |
| Class 4 | Secured - Commercial | Yes | 36,678.35 | 36,678.35 | Pay face amount of claim as scheduled and/or as filed as full and final settlement, within 60 days of Effective Date. |
| Class 5 | Secured - Commercial | Yes | 7,266.60 | 7,266.60 | Pay face amount of claim as scheduled and/or as filed as full and final settlement, within 60 days of Effective Date. |
| Class 6 | Secured - United | No | 209,387.76 | 0.00 | Claims underlying claim against bond will be resolved; bond will remain in place. |
| Class 7 | Secured - Excell | Yes | 214,609.33 | 214,609.33 | Pay face amount of claim as scheduled and/or as filed as full and final settlement, within 60 days of Effective Date. |
| Class 8 | Secured - Rapid | Yes | 150,921.00 | 150,921.00 | Pay face amount of claim as scheduled and/or as filed as full and final settlement, within 60 days of Effective Date. |
| Class 9 | Royalty | No | 494,528.97 | 494,528.97 | Pay face amount of claim as scheduled and/or as filed as full and final settlement, within 60 days of Effective Date, AND AS FULL CURE OF ALL LEASE |
| Class 10 | Unsecured General | Yes | 459,592.67 | 25,000.00 | $25,000 (from existing equity) distributed pro rata. |
| Class 11 | Colo. ECMC | Yes | 23,225,706.00 | 0 | No distribution in exchange for resolution of all P&A liabilities. |
| Class 12 | Equity | | n/a | n/a | Retain equity. |
| | **Total** | | **25,211,733.80** | **1,342,047.37** | |

**TABLE 1 - CONTINUED**

| EQUITY IN REORGANIZED DEBTOR | | | | | | |
|---|---|---|---|---|---|---|
| | Holder | % Interest | Pre-Bk Interest | | Disposition | |
| | Southwest Reserve Holdings LLC | 100.00% | 100.00% | | Retain. | |
| | | | | | | |

| MANAGEMENT AFTER REORGANIZATION | | | | |
|---|---|---|---|---|
| Name | Position | Comp. Per Month | Comp. Per Year | |
| Dennis McLaughlin | Officer / Director | 0.00 | 0.00 | |
| Christopher Chambers | Officer / Director | 0.00 | 0.00 | |
| Peter Knollenberg | Officer / Director | 0.00 | 0.00 | |

| EXECUTORY CONTRACTS AND/OR LEASES TO BE ASSUMED | | | | |
|---|---|---|---|---|
| Counter Party | Description of Contract | Cure Amount | Payments Per Month | |
| **See Schedules, Exh. OMX302** | **All surface and/or mineral leases. See Exhibit OMX002, Lease Detail, attached to Schedules at Docket No. 17.** | **See Class 9** | **See Class 9** | |
| **Any insurance policies** | Property insurance, CGL (insurance is paid in full). | 0.00 | 0.00 | |
| **United Casualty and Surety Co.** | Property insurance, CGL (insurance is paid in full). | **See Class 6** | **See Class 6** | |

| EXECUTORY CONTRACTS AND/OR LEASES TO BE REJECTED | | | | | |
|---|---|---|---|---|---|
| | Counter Party | Description of Contract | | | |
| | ny and all other contracts,. Unless listed in Plan or Plan Supplement for assumptio | | | | |

C:\Users\jcarruth\ND Office Echo\VAULT-C9SL7ZTY\[plan exhibits OMX 001 20250409.0618 4916-3504-3635 v.5.xlsx]TABLE1

## 3. CLASSIFICATION OF CLAIMS

The classification of claims and interests and the impairment of claims and interests is set forth in TABLE 1 and Exhibit OMX302.

## 4. TREATMENT OF ADMINISTRATIVE EXPENSE CLAIMS, U.S. TRUSTEES FEES, AND PRIORITY TAX CLAIMS

4.1. **Unclassified Claims.** Certain types of claims are automatically entitled to specific treatment under the Code. Under Code §1123(a)(1), administrative expense claims, and priority tax claims are not in classes. They are not considered impaired, and holders of such claims do not vote on the Plan. They may, however, object if, in their view, their treatment under the Plan does not comply with that required by the Code. As such, pursuant to Code §1129(a)(1), the Debtor has *not* placed such claims in any class. *These estimated claims are included under "Class 0" in Exhibit OMX302.*

4.2. **Administrative Expenses.** Administrative expenses are costs or expenses of administering the Debtor's Chapter 11 case which are allowed under Code §507(a)(2). Administrative expenses also include the value of any goods sold to the Debtor in the ordinary course of business and received within 20 days before the date of the bankruptcy petition. The Code requires that all administrative expenses be paid on the Effective Date of the Plan, unless a particular claimant agrees to a different treatment. *These estimated claims are included under "Class 0" in Exhibit OMX302.*

As of the filing of this Plan, the Debtor has received no notice of any administrative expense, other than attorneys' fees and expenses of Weycer Kaplan Pulaski & Zuber P.C. ("WKPZ") incurred for Omimex. As a condition of and prior to the Effective Date, Omimex shall reserve sufficient funds to satisfy the anticipated final allowed administrative claim of WKPZ for fees and expenses.

4.3. **Priority Tax Claims.** Priority tax claims are unsecured income, employment, and other taxes described by Code §507(a)(8). Unless the holder of such a §507(a)(8) priority tax claim agrees otherwise, it must receive the present value of such claim, in regular installments paid over a period not exceeding five (5) years from the order of relief. *These estimated claims are included under "Class 0" in Exhibit OMX302.*

**5. TREATMENT OF CLAIMS AND INTERESTS.** The following are the classes set forth in the Plan, and the proposed treatment that they will receive under the Plan:

5.1. **Class 1 — Yuma County, Colorado (Yuma County Treasurer).**

5.1.1. Identity of Claims in Class. Class 1 consists of the allowed secured claim of ad valroem property taxes of Yuma County, Colorado (Yuma County Treasurer).

5.1.2. Treatment: The face amount of the allowed pre-petition claim of the class will be paid in full within sixty (60) days of the Effective Date of the Plan, without interest, attorneys fees, and/or any other increases. The estimated amount of this claim is shown in Exhibit OMX302. Any and all liens secure this claim shall be discharged immediately upon payment without further notice or order of the Court, and the creditor shall supply proof of the release of such lien upon request by the Debtor.

5.1.3. **Voting**. Class 1 is unimpaired and deemed to accept the Plan.

5.2. **Class 2 — Philips County, Colorado (Philips County Treasurer).**

5.2.1. Identity of Claims in Class: Class 2 consists of the allowed secured claim of ad valroem property taxes of Philips County, Colorado (Philips County Treasurer).

5.2.2. Treatment: The face amount of the allowed pre-petition claim of the class will be paid in full within sixty (60) days of the Effective Date of the Plan, without interest, attorneys fees, and/or any other increases. The estimated amount of this claim is shown in Exhibit OMX302. Any and all liens secure this claim shall be discharged immediately upon payment without further notice or order of the Court, and the creditor shall supply proof of the release of such lien upon request by the Debtor.

5.2.3. **Voting**. Class 2 is unimpaired and is entitled to vote for or against the Plan.

5.3. **Class 3 — Mazon Associates.**

5.3.1. Identity of Claims in Class: Class 3 consists of the allowed secured claim of Mazon Associates for a pre-petition credit facility.

5.3.2. Treatment: The face amount of the allowed pre-petition claim of the class will be paid in full within sixty (60) days of the Effective Date of the Plan, without interest, attorneys fees, and/or any other increases. The estimated amount of this claim is shown in Exhibit

OMX302. Any and all liens secure this claim shall be discharged immediately upon payment without further notice or order of the Court, and the creditor shall supply proof of the release of such lien upon request by the Debtor.

5.3.3. **Voting**. Class 3 is impaired and is entitled to vote for or against the Plan.

5.4. **Class 4 — Commercial Capital Company, LLC (POC 002).**

5.4.1. Identity of Claims in Class: Class 4 consists of the allowed secured claim of Commercial Capital Company, LLC (poc 002) for a pre-petition credit facility.

5.4.2. Treatment: The face amount of the allowed pre-petition claim of the class will be paid in full within sixty (60) days of the Effective Date of the Plan, without interest, attorneys fees, and/or any other increases. The estimated amount of this claim is shown in Exhibit OMX302. Any and all liens secure this claim shall be discharged immediately upon payment without further notice or order of the Court, and the creditor shall supply proof of the release of such lien upon request by the Debtor.

5.4.3. **Voting**. Class 4 is impaired and may vote for or against the Plan.

5.5. **Class 5 — Commercial Capital Company, LLC (POC 003).**

5.5.1. Identity of Claims in Class: Class 5 consists of the allowed secured claim of Commercial Capital Company, LLC (poc 003) for a pre-petition credit facility.

5.5.2. Treatment: The face amount of the allowed pre-petition claim of the class will be paid in full within sixty (60) days of the Effective Date of the Plan, without interest, attorneys fees, and/or any other increases. The estimated amount of this claim is shown in Exhibit OMX302. Any and all liens secure this claim shall be discharged immediately upon payment without further notice or order of the Court, and the creditor shall supply proof of the release of such lien upon request by the Debtor.

5.5.3. **Voting**. Class 5 is impaired and may vote for or against the Plan.

5.6. **Class 6 — United Casualty and Surety Co.**

5.6.1. Identity of Claims in Class: Class 6 consists of the allowed secured claim of United Casualty and Surety Co. for a pre-petition credit facility.

5.6.2. Treatment: Debtor shall pay and/or otherwise resolve all claims made against the bond of this creditor. The bond thus shall remain in place according to its existing terms through and beyond the Effective date.

5.6.3. To the extent that the bond constitutes an executory contract under Code §365, the bond shall be assumed.

5.6.4. **Voting**. Class 6 is unimpaired and is deemed to accept the Plan.

5.7. **Class 7 — Excell Services.**

5.7.1. Identity of Claims in Class: Class 7 consists of the allowed secured claim of Excell Services for a pre-petition credit facility.

5.7.2. Treatment: The face amount of the allowed pre-petition claim of the class will be paid in full within sixty (60) days of the Effective Date of the Plan, without interest, attorneys fees, and/or any other increases. The estimated amount of this claim is shown in Exhibit OMX302. Any and all liens secure this claim shall be discharged immediately upon payment without further notice or order of the Court, and the creditor shall supply proof of the release of such lien upon request by the Debtor.

5.7.3. **Voting**. Class 7 is impaired and may vote for or against the Plan.

5.8. **Class 8 — Rapid Finance.**

5.8.1. Identity of Claims in Class: Class 8 consists of the allowed secured claim of Rapid Finance for a pre-petition credit facility.

5.8.2. Treatment: The face amount of the allowed pre-petition claim of the class will be paid in full within sixty (60) days of the Effective Date of the Plan, without interest, attorneys fees, and/or any other increases. The estimated amount of this claim is shown in Exhibit OMX302. Any and all liens secure this claim shall be discharged immediately upon payment without further notice or order of the Court, and the creditor shall supply proof of the release of such lien upon request by the Debtor.

5.8.3. **Voting**. Class 8 is impaired and may vote for or against the Plan.

5.9. **Class 9 — Royalty Owners.**

5.9.1. Identity of Claims in Class: Class 9 consists of the unsecured claims of royalty owners, who also consist of all or substantially all of the mineral lessors to the Debtor. These claims also constitute the maximum potential cure claims under the mineral leases (see also Plan §7.2).

5.9.2. Treatment: The allowed claims of Class 9 creditors shall be paid in full within sixty (60) days of the Effective Date. The estimated amounts of these claims are shown in Exhibit OMX302..

5.9.3. **Voting.** Class 9 is unimpaired and is deemed to accept the Plan.

5.10. **Class 10 — General Unsecured Claims.**

5.10.1. Identity of Claims in Class: Class 10 consists of general unsecured claims not secured by property of the estate and are not entitled to priority under Code §507(a).

5.10.2. Treatment: Class 10 creditors will share pro-rata of a $25,000 cash infusion to be provided to the Debtor. The distribution shall occur within sixty (60) days of the Effective Date.

5.10.3. **Voting**. Class 10 is impaired and may vote for or against the Plan.

5.11. **Class 11 — Colorado ECMC.**

5.11.1. Identity of Claims in Class: Class 11 consists of the alleged pre-petition claim of the Colorado ECMC in the amount of $23 million. Debtor disputes this claim, and this claim is the subject the pre-petition lawsuit by the Debtor against the Colorado ECMC.

5.11.2. Treatment: Class 11 will be deemed to be fully satisfied and discharged by the completion of the P&A program to be undertaken by the Debtor as described in Plan § 8.1..

5.11.3. **Voting**. Class 11 is impaired and may vote for or against the Plan.

5.12. **Class 12 — Class of Equity Interest Holders.**

All prepetition equity interest owners shall retain their equity interests in the reorganized Debtor following the Effective Date.

## 6. ALLOWANCE AND DISALLOWANCE OF CLAIMS

6.1. Disputed Claim. A disputed claim is a claim that has not been allowed or disallowed by a final non-appealable order, and as to which either: (i) a proof of claim has been filed or deemed filed, and the Debtor or another party in interest has filed an objection; or (ii) no proof of claim has been filed, and the Debtor has scheduled such claim as disputed, contingent, or unliquidated.

6.2. Delay of Distribution on a Disputed Claim. No distribution will be made on account of a disputed claim unless such claim is allowed by a final non-appealable order.

6.3. Settlement of Disputed Claims. After the Effective Date, the Debtor will have the power and authority to settle and compromise a disputed claim without court approval and without compliance with Bankruptcy Rule 9019.

## 7. PROVISIONS FOR EXECUTORY CONTRACTS AND UNEXPIRED LEASES

7.1. **Assumed Executory Contracts and Unexpired Leases.**

7.1.1. The Debtor ***ASSUMES*** the executory contracts and/or unexpired leases referenced and described in TABLE 1 upon the date of the entry of the order confirming this Plan, and/or as may be referenced and described in the Plan Supplement.

7.1.2. The Debtor will be conclusively deemed to have ***REJECTED*** all executory contracts and/or unexpired leases not expressly assumed above or in Section 7.2 or Section 7.3 below, or before the Effective Date or as otherwise specified in TABLE 1.

7.1.3. **PROOF OF CLAIM FOLLOWING REJECTION: A proof of a claim arising from the rejection of an executory contract or unexpired lease under this section must be filed no later than fourteen (14) days after the date of the order confirming this Plan.** Any such claim will be treated, if allowed general unsecured claim and the general unsecured creditor class will be adjusted accordingly.

7.2. **COLORADO MINERAL LEsASES.**

7.2.1. A detail of the mineral leases of the Debtor is filed as Exhibit OMX002 and filed with the schedules at Docket No. 17.

7.2.2. Debtor will ASSUME all mineral lease to which the Debtor is lessee and/or counterparty un the State of Colorado.

7.2.3. Debtor will cure all outstanding royalty obligations as set forth in Class 9 above.

7.2.4. Colorado mineral leases and/or ground leases and/or surface leases are interests that run with land and do not constitute leases of non-residential real property that are the subject of Code §365. ***Nonetheless, to the extent that treatment under Code §365 might be necessary, the Plan constitutes a motion to assume all of the Colorado mineral and/or ground leases of the Debtor appearing in Exhibit OMX002, filed with the Schedules at Docket No. 17, and otherwise, and to assign all such leases to Newco.***

7.3. **United Casualty and Surety Co..**

7.3.1. To the extent that this bond supplied constitutes an executory contract, the bond shall be assumed and shall continue to exist on and after the Effective Date.

**8. MEANS OF IMPLEMENTING THE PLAN.**

8.1. **Source of Payments – Productive Wells.**

Exhibit OMX306 shows the wells that the Debtor believes to be productive that will be subject o of the sale to Newco described below and the wells that shall be the subject of the plugging program provide for under this Plan.

The obligations under this Plan will be funded by the sale of Omimex Petroleum, Inc.'s assets to a newly formed bonded entity (the "Newco").

A capital investment is being made into the Newco, which is structured to acquire assets across multiple businesses, including Omimex. The closing of this investment is scheduled to occur within 30 to 60 days of the Effective Date.

At closing, Newco will purchase all of the Debtor's assets and associated leases pursuant to an asset purchase agreement which will presented within ten (10) days of the confirmation hearing. The sale shall be constitute a sale Code §363(f) and shall be free and clear of all liens, claims, encumbrances, and interests. Any liens against the property to be sold shall attach to the proceeds of sale pending distributions in accordance with this Plan. The Confirmation Order shall contain additional provisions customary in Code §363(f) asset sales, including., for example, protections for Newco under Code §363(m).

The consideration from that sale will flow directly to the Debtor and will be used to fund the payments required under the Plan and provide initial operating liquidity

Newco will be adequately capitalized and is expected to restart production within 90–120 days. Once stabilized, normal distributions to mineral interest holders will resume.

The principals of Newco will be Christopher "Kit" Chambers, Dennis McLaughlin and Peter Knollenberg, shall manage Omimex.

8.2. **Non-Productive Wells – P&A Program.**

All non-productive wells designated for plugging and abandonment (P&A) will be retained by the Debtor which will remain bonded and in good standing with the Colorado Oil & Gas Conservation Commission or other applicable entity.

An agreement will be reached with the State of Colorado under which Debtor shall continue to hold the plugging responsibility for those retained wells.

Plugging operations will be executed by Osage Wireline using a permanent plug-and-seal method. Funding for this program will be derived from operations or other structured monetization options.

Plugging costs are fixed at $10,000 per well, with a 3-year timeline to complete all 137 wells. Tallgrass Bison Restoration, LLC will represent and fund the plugging costs in exchange for the carbon credits generated by P&A wells. Additional administrative, legal, and compliance costs will be funded from remaining estate funds or structured monetization options. Plugging is expected to be completed within three years, and potentially sooner depending on operational capacity. The State of Colorado shall not be required

8.3. **Post-confirmation Management.** The post-confirmation management of the Debtor, and the compensation for each such person is set forth in the Disclosure Statement and in TABLE 1.

8.4. **Risk Factors.** Newco does not acquire the necessary funding in a reasonable time to close the sale transactions described under the Plan.

## 9. GENERAL PROVISIONS

9.1. **Definitions and Rules of Construction.** The definitions and rules of construction set forth in Code §§101 and 102 shall apply when terms defined or construed in the Code. Other terms are defined throughout the Plan and/or the Disclosure Statement, and terms may be defined in the Disclosure Statement and then used in the Plan and vice versa. Any reference to the Debtor that applies to any period of time after the Effective Date shall refer to the Debtor as the Reorganized Debtor. In addition, the following terms used in the Plan and/or Disclosure Statement are defined below.

9.1.1. "***Confirmation Hearing***" means and refers to the hearing conducted by the Court to consider this Plan.

9.1.2. "***Confirmation Order***" means and refers to the order confirming this Plan.

9.2. **Severability.** If any provision in this Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect of any other provision of this Plan.

9.3. **Captions**. The headings contained in this Plan are for convenience of reference only and do not affect the meaning or interpretation of this Plan.

9.4. **Confirmation Order.** Debtor will file a proposed confirmation order with the Plan Supplement to be filed ten (10) days before the Confirmation Hearing.

9.5. **Primacy of the Plan and Confirmation Order.** To the extent of any conflict or inconsistency between the provisions of the Plan on the one hand, and the Confirmation Order on the other hand, the provisions of the Confirmation Order shall govern and control.

9.6. **Binding Effect.** The rights and obligations of any entity named or referred to in this Plan will be binding upon, and will inure to the benefit of the successors or assigns of such entity.

9.7. **Controlling Effect.** Unless a rule of law or procedure is supplied by federal law (including the Code or the Federal Rules of Bankruptcy Procedure), the laws of the State of Texas govern this Plan and any agreements, documents, and instruments executed in connection with this Plan, except as otherwise provided in this Plan.

9.8. **Corporate Authority.** All actions and transactions contemplated under the Plan shall be authorized upon confirmation of the Plan without the need of further approval, notice or meetings, that might otherwise be required under applicable state law or otherwise, other than the notice provided by serving this Plan on all known creditors of Omimex, all interest holders, and all current directors or managers of Omimex.

9.9. **Sales of Property.** Any sales, transfers, and/or conveyances of some or all of the Subject Property shall be made pursuant to, at minimum, constitutes sales under Code §§ 363(f), 1122(a)(5), and/or 1125(b)(4), and each such sale, transfer, and/or conveyance shall be free and clear and any lien, claims, encumbrances, and/or any other interests, expect as specified above with respect to particular Lots and/or particular conveyances. ***For the avoidance of doubt, under this plan and by operation of Code § 1141, after confirmation and the occurrence of the effective date, the Debtor requires no further approval of the Court to sell any property of the Debtor.***

9.10. **Fixing of Claims.** To the extent that the modification and/or fixing of any claim occurs under the Plan, the Plan also constitutes an objection to any filed proof of claim and/or scheduled claim under Code §502 and/or Bankruptcy Rules 3007 and 9014, and any applicable Local Rules.

9.11. **Settlement of Claims and Disputes.** The Plan also constitutes a motion under Bankruptcy Rule 9019 to the extent necessary to confirm the Plan.

9.12. **Debtor name change.** The Debtor may change its name and/or adopt one or more business aliases after the Effective Date.

## 10. EFFECT OF CONFIRMATION OF PLAN — DISCHARGE

On the effective date of the Plan, the Debtor shall be discharged from any debt that arose before confirmation of the Plan, subject to the occurrence of the effective date, to the extent specified in Code §1141(d)(1)(A) except that the Debtor shall not be discharged of any debt (i) imposed by the Plan, (ii) of a kind specified in Code §1141(d)(6)(A) if a timely complaint was filed in accordance with Bankruptcy Rule 4007(c), or (iii) of a kind specified in Code §1141(d)(6)(B). After the effective date of the Plan your claims against the Debtor will be limited to the debts described in clauses (i) through (iii) of the preceding sentence. All property of the Debtor shall be conveyed to the Reorganized Debtor free and clear and any liens, claims, encumbrances and/or other interests unless otherwise specified herein.

## 11. EFFECTIVE DATE OF PLAN.

The effective date of this Plan (the "Effective Date") is the first business day following the entry of the Order confirming this Plan.

Alternatively, the Debtor may elect and specify in the Order confirming this plan then the Effective Date shall be the first business day following the date that is fourteen (14) days after the entry of the order of confirmation. If, however, a stay of the confirmation order is in effect on that date, the Effective Date will be the first business day after the date on which the stay of the confirmation order expires or is otherwise terminated. ***The Effective Date may occur without further notice by the Debtor***.

## 12. FINAL DECREE

Once the estate has been fully administered, as provided in Rule 3022 of the Federal Rules of Bankruptcy Procedure, the Debtor, or such other party as the Court shall designate in the Plan Confirmation Order, shall file a motion with the Court to obtain a final decree to close the case. Alternatively, the Court may enter such a final decree on its own motion.

## 13. OTHER PLAN PROVISIONS

13.1. **Scope and Retention of Jurisdiction.** The Bankruptcy Court shall retain jurisdiction to: ***(i)*** hear and determine pending applications for the assumption or rejection of contracts or leases and the allowance of Claims resulting therefrom; ***(ii)*** hear and determine any and all adversary proceedings, applications, and contested matters, including any remands of appeals, and including any Estate Actions; provided, however, that the Reorganized Debtor shall not be required to seek or obtain approval of the Bankruptcy Court under Bankruptcy Rule 9019 or otherwise as to the settlement or compromise of any Estate Actions post-Effective Date; ***(iii)*** ensure that distributions to holders of Allowed Claims are accomplished as provided herein; ***(iv)*** hear and determine any timely objections to or applications concerning Claims or the allowance, classification, priority, estimation, or payment of any Claim or Interest, and to enter Estimation Orders; ***(v)*** hear and determine all Fee Applications and Fee Claims; provided, however, that the Reorganized Debtor shall not be required to seek or obtain approval of the Bankruptcy Court under section Code §330 or otherwise as to the allowance or payment of professional fees post-Effective Date; ***(vi)*** enter and implement such orders as may be appropriate in the event the Confirmation Order is for any reason stayed, revoked, modified, reversed, or vacated; ***(vii)*** hear and determine disputes arising in connection with the execution, interpretation, implementation, consummation, or enforcement of the Plan; ***(viii)*** enter and implement such orders as may be necessary or appropriate to execute, interpret, implement, consummate, or enforce the Plan and the transactions contemplated thereunder; ***(ix)*** consider any modification of the Plan pursuant to Code § 1127, to cure any defect or omission or to reconcile any inconsistency in any order of the Bankruptcy Court, including, without limitation, the Confirmation Order; ***(x)*** enter and implement orders or take such other actions as may be necessary or appropriate to restrain interference by any entity with the consummation or implementation of the Plan, including, without limitation, to issue, administer and enforce injunctions provided for in the Plan and the Confirmation Order; ***(xi)*** recover all assets of the Debtor and property of the estate, wherever located; ***(xii)*** hear and determine matters concerning state, local, and federal taxes in accordance with Code §§ 346, 505, and 1146; ***(xiii)*** hear and determine any other matter not inconsistent with the Code and title 28 of the United States Code that may arise in connection with or related to the Plan; and enter a final decree closing the Bankruptcy Case.

13.2. **Avoidance actions and litigation.** Post-confirmation litigation and the prosecution of avoidance actions and/or other estate claims are referenced and described in the Disclosure Statement and/or one or more plan supplements. Omimex will continue to defend and/or prosecute the Crimmins Lawsuit.

13.3. **U.S. Trustee Fees.** The reorganized Omimex shall (1) file all operating applicable reports as required and (2) timely pay all quarterly fees assessed after the Effective Date pursuant to 28 U.S.C. § 1930(a)(6) until such time as the Bankruptcy Court enters a final decree closing this case or enters an order either converting this case to a case under Chapter 7 or dismisses the case.

13.4. **Exculpation and Release.** ***Debtor may provide exculpation and release provisions in an amended plan filed prior to solicitation.***

**OMIMEX PETROLEUM, INC.,**
**DEBTOR AND DEBTOR-IN-POSSESSION**

/s/ Christopher Chambers
**By: Christopher Chambers, Sole Director**

Jeff Carruth (SBT #24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
2608 Hibernia St., Ste. 105
Dallas, TX 75204-2514
(713) 341-1158
jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR OMIMEX PETROLEUM, INC.
DEBTOR AND DEBTOR IN POSSESSION

| | A | B | C | D |
|---|---|---|---|---|
| 1 | | | | |
| 2 | **EXHIBIT OMX301** | | | |
| 3 | **Assets as of Petition Date** | | | |
| 4 | **No Admission of Liability** | | | |
| 5 | **Asset Description Schedule A-B** | **Value on Schedule A-B (Docket No. 17)** | **Realizable Value Outside of Plan** | **NOTE** |
| 6 | Part 1: Cash and Cash Equivalents | 0.00 | | |
| 7 | Part 2: Deposits and Prepayments | 0.00 | | |
| 8 | Part 3: Accounts Receivable | 0.00 | | |
| 9 | Part 4: Investments | 0.00 | | |
| 10 | Part 5: Inventory, excluding agriculture assets | 0.00 | | |
| 11 | Part 6: Farming and Fishing-related | 0.00 | | |
| 12 | Part 7: Office Furniture, fixtures, and equipment; and collectibles | 0.00 | | |
| 13 | Part 8: Machinery, equipment, and vehicles **(Scheduled at REPLACEMENT VALUE)** | 156,912.50 | 0.00 | **Assets will realize value only if plan confirmed and sale occurs.** |
| 14 | Part 9: Real Property | 635,402.00 | 0.00 | **Assets will realize value only if plan confirmed and sale occurs.** |
| 15 | Part 10: Intangibles and intellectual property | 0.00 | | |
| 16 | Part 11: All other assets | 550,000.00 | 0.00 | **Assets will realize value only if plan confirmed and sale occurs.** |
| 17 | **TOTAL** | | | |
| 18 | | | | |
| 19 | C:\Users\jcarruth\Downloads\[plan exhibits OMX 001.04.xlsx]OMX302 | | | |

# EXHIBIT OMX302

**NO ADMISSION OF LIABILTY**

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | | | | | | | | | | Estimated Allow - NO ADMISSION, DEBTOR RESERVES ALL RIGHTS | | | | | | |
| 4 | Creditor | Type | Source | C | U | D | Alleged Secured | Class | Total Claim Sched/POC | Admin | Secured | Priority | Unsecured | Total Allow | Class Total | Notes |
| 5 | | | | NOTE | | | | | | | | | | | | |
| 6 | Admin. Priority - WKPZ Fees | Atty Fees | Order | | | | x | 0 | 75,000.00 | 75,000.00 | 0.00 | 0.00 | 0.00 | 75,000.00 | | Est. Unpaid Fees at Effective Date |
| 7 | UST Fees | UST Fees | Statute | | | | | 0 | | | | | | 4,000.00 | | est. at 0.004 x 1MM |
| 8 | Colorado Department Of Revenue | Taxes | Sch F | 1 | 0 | 0 | x | 0 | 4,500.00 | 0.00 | 0.00 | 0.00 | 4,500.00 | 4,500.00 | | |
| 9 | Internal Revenue Service | Taxes | POC 012 | 0 | 0 | 0 | x | 0 | 8,604.11 | 0.00 | 0.00 | 8,604.11 | 0.00 | 8,604.11 | 92,104.11 | |
| 10 | Yuma County Treasurer | Prop. Tax | Sch D | 0 | 0 | 1 | S1 | 1 | 125,000.00 | 0.00 | 125,000.00 | 0.00 | 0.00 | 125,000.00 | 125,000.00 | Disputed, no POC |
| 11 | Phillips County Treasurer | Prop. Tax | Sch D | 0 | 0 | 1 | S1 | 2 | 60,000.00 | 0.00 | 60,000.00 | 0.00 | 0.00 | 60,000.00 | 60,000.00 | Disputed, no POC |
| 12 | Mazon Associates | Loan - UCC-1 | POC 006 | 0 | 0 | 1 | S2 | 3 | 135,939.01 | 0.00 | 135,939.01 | 0.00 | 0.00 | 135,939.01 | 135,939.01 | |
| 13 | Mazon Associates | Loan - UCC-1 | Sch D | 0 | 0 | | S2 | 3 | 141,750.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | Filed POC |
| 14 | Commercial Capital Company LLC | Loan - UCC-1 | POC 002 | 0 | 0 | 1 | S2 | 4 | 36,678.35 | 0.00 | 36,678.35 | 0.00 | 0.00 | 36,678.35 | 36,678.35 | |
| 15 | Commercial Capital Company LLC | Loan - UCC-1 | Sch D | 0 | 0 | | S2 | 4 | 52,241.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | Filed POC |
| 16 | Commercial Capital Company LLC | Loan - UCC-1 | POC 003 | 0 | 0 | 1 | S2 | 5 | 7,266.60 | 0.00 | 7,266.60 | 0.00 | 0.00 | 7,266.60 | 7,266.60 | |
| 17 | United Casulaty & Surety Company | Bond Provider | POC 010 | 0 | 0 | 1 | S3 | 6 | 209,387.76 | 0.00 | 209,387.76 | 0.00 | 0.00 | 209,387.76 | 0.00 | Treatment = Maintain Bond |
| 18 | Excell Services, LLC | Judgement Lien | POC 009 | 0 | 0 | 1 | S4 | 7 | 214,609.33 | 0.00 | 214,609.33 | 0.00 | 0.00 | 214,609.33 | 214,609.33 | Judgment lien |
| 19 | Rapid Finance | Loan - UCC-1 | Sch D | 0 | 0 | 1 | S2 | 8 | 150,921.00 | 0.00 | 150,921.00 | 0.00 | 0.00 | 150,921.00 | 150,921.00 | |
| 20 | 2K3 Investments LLC | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 181.56 | 0.00 | 0.00 | 0.00 | 181.56 | 181.56 | | Filed POC |
| 21 | Alexandra Schoenemann | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 3.06 | 0.00 | 0.00 | 0.00 | 3.06 | 3.06 | | |
| 22 | Alice Lee Ferguson Trust | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 8,425.33 | 0.00 | 0.00 | 0.00 | 8,425.33 | 8,425.33 | | |
| 23 | Alicia Valerie Heweitt | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 145.42 | 0.00 | 0.00 | 0.00 | 145.42 | 145.42 | | |
| 24 | Andrea K Davis | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 229.94 | 0.00 | 0.00 | 0.00 | 229.94 | 229.94 | | |
| 25 | Ann E Soehner | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 23,156.05 | 0.00 | 0.00 | 0.00 | 23,156.05 | 23,156.05 | | |
| 26 | Barrett D Baker | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | | |
| 27 | Betty Lou Ocken | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 4,175.99 | 0.00 | 0.00 | 0.00 | 4,175.99 | 4,175.99 | | |
| 28 | Bledsoe Land Company LLLP | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 18,339.83 | 0.00 | 0.00 | 0.00 | 18,339.83 | 18,339.83 | | |
| 29 | Bledsoe Ranch Company | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 7,487.05 | 0.00 | 0.00 | 0.00 | 7,487.05 | 7,487.05 | | |
| 30 | Bohlender Holyoke Farm | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 1,081.65 | 0.00 | 0.00 | 0.00 | 1,081.65 | 1,081.65 | | |
| 31 | Bradley J Brophy | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 91.46 | 0.00 | 0.00 | 0.00 | 91.46 | 91.46 | | |
| 32 | Bruce A Kramer | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 279.19 | 0.00 | 0.00 | 0.00 | 279.19 | 279.19 | | |
| 33 | C F Langille | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | | |
| 34 | Calli May Lund | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 3,909.99 | 0.00 | 0.00 | 0.00 | 3,909.99 | 3,909.99 | | |
| 35 | Carlson Family Trust | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 17.99 | 0.00 | 0.00 | 0.00 | 17.99 | 17.99 | | |
| 36 | Carol Ann Gueck | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 5,973.14 | 0.00 | 0.00 | 0.00 | 5,973.14 | 5,973.14 | | |
| 37 | Catherine Goddard Indvl And As | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 1,424.60 | 0.00 | 0.00 | 0.00 | 1,424.60 | 1,424.60 | | |
| 38 | Charlene M Rutt Trust | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 1,629.93 | 0.00 | 0.00 | 0.00 | 1,629.93 | 1,629.93 | | |
| 39 | Charlotte Willene Battista | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 205.63 | 0.00 | 0.00 | 0.00 | 205.63 | 205.63 | | |
| 40 | Clark D Crawford | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 1,777.76 | 0.00 | 0.00 | 0.00 | 1,777.76 | 1,777.76 | | |
| 41 | Cobank FCB | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 155.01 | 0.00 | 0.00 | 0.00 | 155.01 | 155.01 | | |
| 42 | Colorado State Land Board | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 41,497.31 | 0.00 | 0.00 | 0.00 | 41,497.31 | 41,497.31 | | |
| 43 | Continental Royalties | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 24.05 | 0.00 | 0.00 | 0.00 | 24.05 | 24.05 | | |
| 44 | Cooper Daniel Niezgodzki Sub Trust | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 4,688.52 | 0.00 | 0.00 | 0.00 | 4,688.52 | 4,688.52 | | |
| 45 | Corina C Wilson | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 87.20 | 0.00 | 0.00 | 0.00 | 87.20 | 87.20 | | |
| 46 | Craig Forbes | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 290.71 | 0.00 | 0.00 | 0.00 | 290.71 | 290.71 | | |
| 47 | Cynthia S Koester | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 56.26 | 0.00 | 0.00 | 0.00 | 56.26 | 56.26 | | |
| 48 | Dailey Royalties Inc | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 24.02 | 0.00 | 0.00 | 0.00 | 24.02 | 24.02 | | |
| 49 | Dale & Patti Jo Haynes | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 1,647.03 | 0.00 | 0.00 | 0.00 | 1,647.03 | 1,647.03 | | |
| 50 | Dale Garrett | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 4,951.99 | 0.00 | 0.00 | 0.00 | 4,951.99 | 4,951.99 | | |
| 51 | Dale Kurtzer | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 26.98 | 0.00 | 0.00 | 0.00 | 26.98 | 26.98 | | |
| 52 | Dan & Iva Mickelson Trust 11/6/01 | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | | |
| 53 | Dan Kurtzer | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 26.98 | 0.00 | 0.00 | 0.00 | 26.98 | 26.98 | | |
| 54 | Dan W & Marilyn Pope FT | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 151.18 | 0.00 | 0.00 | 0.00 | 151.18 | 151.18 | | |
| 55 | Daniel H Dailey III | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 5.99 | 0.00 | 0.00 | 0.00 | 5.99 | 5.99 | | |
| 56 | Daniel K. Kafka | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 968.27 | 0.00 | 0.00 | 0.00 | 968.27 | 968.27 | | |
| 57 | Daniel L Loughman | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 2,228.80 | 0.00 | 0.00 | 0.00 | 2,228.80 | 2,228.80 | | |
| 58 | Darice Kurtzer | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 26.98 | 0.00 | 0.00 | 0.00 | 26.98 | 26.98 | | |
| 59 | Darlene Townsend Fam Trust | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 168.69 | 0.00 | 0.00 | 0.00 | 168.69 | 168.69 | | |
| 60 | Darlow Speicher | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 5,099.90 | 0.00 | 0.00 | 0.00 | 5,099.90 | 5,099.90 | | |
| 61 | David A Rutt | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 1,629.93 | 0.00 | 0.00 | 0.00 | 1,629.93 | 1,629.93 | | |
| 62 | David Holt | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 459.96 | 0.00 | 0.00 | 0.00 | 459.96 | 459.96 | | |
| 63 | Dayne Hammer | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 26.98 | 0.00 | 0.00 | 0.00 | 26.98 | 26.98 | | |
| 64 | Deborah J Rutt | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 1,629.93 | 0.00 | 0.00 | 0.00 | 1,629.93 | 1,629.93 | | |
| 65 | Diana K Wilson | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 3,886.83 | 0.00 | 0.00 | 0.00 | 3,886.83 | 3,886.83 | | |

# EXHIBIT OMX302

**NO ADMISSION OF LIABILTY**

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | | | | | | | | | | Estimated Allow - NO ADMISSION, DEBTOR RESERVES ALL RIGHTS | | | | | | |
| 4 | Creditor | Type | Source | C | U | D | Alleged Secured | Class | Total Claim Sched/POC | Admin | Secured | Priority | Unsecured | Total Allow | Class Total | Notes |
| 66 | Diane Kurtzer | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 26.98 | 0.00 | 0.00 | 0.00 | 26.98 | 26.98 | | |
| 67 | Dixie Greenley | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 161.58 | 0.00 | 0.00 | 0.00 | 161.58 | 161.58 | | |
| 68 | Dixie Warren | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 17.99 | 0.00 | 0.00 | 0.00 | 17.99 | 17.99 | | |
| 69 | Donald G. Hill | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 205.63 | 0.00 | 0.00 | 0.00 | 205.63 | 205.63 | | |
| 70 | Donald Kurtzer Jr | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 26.98 | 0.00 | 0.00 | 0.00 | 26.98 | 26.98 | | |
| 71 | Donald M Hendrix Rev Trust | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | | |
| 72 | Donald R Mcdonald | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 72.06 | 0.00 | 0.00 | 0.00 | 72.06 | 72.06 | | |
| 73 | Double W Farm Dairy | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 2,206.52 | 0.00 | 0.00 | 0.00 | 2,206.52 | 2,206.52 | | |
| 74 | Douglas & Stephanie Swanson | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 121.18 | 0.00 | 0.00 | 0.00 | 121.18 | 121.18 | | |
| 75 | Emogene Berrymen Estate | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 11.16 | 0.00 | 0.00 | 0.00 | 11.16 | 11.16 | | |
| 76 | Energy Supply Explo & Dev LLC | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 15.95 | 0.00 | 0.00 | 0.00 | 15.95 | 15.95 | | |
| 77 | Eugene Lee Struckmeyer | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 24.64 | 0.00 | 0.00 | 0.00 | 24.64 | 24.64 | | |
| 78 | Faustiana Development Corp | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 431.88 | 0.00 | 0.00 | 0.00 | 431.88 | 431.88 | | |
| 79 | Felicia Brailas Locke | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 3.05 | 0.00 | 0.00 | 0.00 | 3.05 | 3.05 | | |
| 80 | Fiddler Peak Ranch LLLP | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 3,812.99 | 0.00 | 0.00 | 0.00 | 3,812.99 | 3,812.99 | | |
| 81 | Frances L Muths | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 657.62 | 0.00 | 0.00 | 0.00 | 657.62 | 657.62 | | |
| 82 | Frank Family Partnership | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 393.07 | 0.00 | 0.00 | 0.00 | 393.07 | 393.07 | | |
| 83 | Fred Rutt | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 1,629.93 | 0.00 | 0.00 | 0.00 | 1,629.93 | 1,629.93 | | |
| 84 | Full House LLLP | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 3,133.10 | 0.00 | 0.00 | 0.00 | 3,133.10 | 3,133.10 | | |
| 85 | Fwwa Oil LLC | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 110.09 | 0.00 | 0.00 | 0.00 | 110.09 | 110.09 | | |
| 86 | Gail L Hielscher | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 87.20 | 0.00 | 0.00 | 0.00 | 87.20 | 87.20 | | |
| 87 | Gayln L Einspahr | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 294.61 | 0.00 | 0.00 | 0.00 | 294.61 | 294.61 | | |
| 88 | Gene F Lang | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 459.96 | 0.00 | 0.00 | 0.00 | 459.96 | 459.96 | | |
| 89 | Gerald E Lindgren | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 10,199.95 | 0.00 | 0.00 | 0.00 | 10,199.95 | 10,199.95 | | |
| 90 | Grant Henry Bledsoe | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 21,758.26 | 0.00 | 0.00 | 0.00 | 21,758.26 | 21,758.26 | | |
| 91 | Greg Thome | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 1,379.82 | 0.00 | 0.00 | 0.00 | 1,379.82 | 1,379.82 | | |
| 92 | Gregory S Brophy | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 91.46 | 0.00 | 0.00 | 0.00 | 91.46 | 91.46 | | |
| 93 | Hans Hugo Myers Jr | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 487.26 | 0.00 | 0.00 | 0.00 | 487.26 | 487.26 | | |
| 94 | Harry B Sprague Iii | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 229.94 | 0.00 | 0.00 | 0.00 | 229.94 | 229.94 | | |
| 95 | Heimer Family Lvg Trust | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 1,447.87 | 0.00 | 0.00 | 0.00 | 1,447.87 | 1,447.87 | | |
| 96 | Hendrix Golden Acres | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 8.71 | 0.00 | 0.00 | 0.00 | 8.71 | 8.71 | | |
| 97 | Hgb Ranch Limited | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 78.55 | 0.00 | 0.00 | 0.00 | 78.55 | 78.55 | | |
| 98 | Highline Electric Association | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 41.38 | 0.00 | 0.00 | 0.00 | 41.38 | 41.38 | | |
| 99 | James & Lavon Scholl Fmly Trst | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 7,643.29 | 0.00 | 0.00 | 0.00 | 7,643.29 | 7,643.29 | | |
| 100 | James B Hendrix | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | | |
| 101 | James E Scholl | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 7,643.29 | 0.00 | 0.00 | 0.00 | 7,643.29 | 7,643.29 | | |
| 102 | James Jason Bowman | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 8,606.21 | 0.00 | 0.00 | 0.00 | 8,606.21 | 8,606.21 | | |
| 103 | James R & Patricia Crosby | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 926.15 | 0.00 | 0.00 | 0.00 | 926.15 | 926.15 | | |
| 104 | Jana S Gallegos | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 279.19 | 0.00 | 0.00 | 0.00 | 279.19 | 279.19 | | |
| 105 | Janet L Brophy | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 91.46 | 0.00 | 0.00 | 0.00 | 91.46 | 91.46 | | |
| 106 | Jason Bradley Harris | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 1,176.13 | 0.00 | 0.00 | 0.00 | 1,176.13 | 1,176.13 | | |
| 107 | Jay Tom Kirk Rev Trust | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 7.98 | 0.00 | 0.00 | 0.00 | 7.98 | 7.98 | | |
| 108 | Jerry W & Sue Thompson Jt | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 121.18 | 0.00 | 0.00 | 0.00 | 121.18 | 121.18 | | |
| 109 | Jolynna K Bedell | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 9.01 | 0.00 | 0.00 | 0.00 | 9.01 | 9.01 | | |
| 110 | Jon C Schneller | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 56.24 | 0.00 | 0.00 | 0.00 | 56.24 | 56.24 | | |
| 111 | Julie Stahl | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 633.89 | 0.00 | 0.00 | 0.00 | 633.89 | 633.89 | | |
| 112 | Ken Wiley | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | | |
| 113 | Kenneth Wayne Gueck Tr | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 5,973.14 | 0.00 | 0.00 | 0.00 | 5,973.14 | 5,973.14 | | |
| 114 | Killin Land Company LLLP | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 940.89 | 0.00 | 0.00 | 0.00 | 940.89 | 940.89 | | |
| 115 | Kimberly Sue Downing | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 6,503.12 | 0.00 | 0.00 | 0.00 | 6,503.12 | 6,503.12 | | |
| 116 | Koye Lynn Hendrix | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | | |
| 117 | Kristine Peterson | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | | |
| 118 | Kristopher W Amico | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 22.03 | 0.00 | 0.00 | 0.00 | 22.03 | 22.03 | | |
| 119 | Lavonne Brown Estate | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 11.16 | 0.00 | 0.00 | 0.00 | 11.16 | 11.16 | | |
| 120 | Lisa M Myers | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 578.72 | 0.00 | 0.00 | 0.00 | 578.72 | 578.72 | | |
| 121 | Lois L Wisdom | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 161.58 | 0.00 | 0.00 | 0.00 | 161.58 | 161.58 | | |
| 122 | Lori Mclane | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 1,629.93 | 0.00 | 0.00 | 0.00 | 1,629.93 | 1,629.93 | | |
| 123 | Louise Worley | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 41,348.86 | 0.00 | 0.00 | 0.00 | 41,348.86 | 41,348.86 | | |
| 124 | Lucile M Bledsoe | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 228.30 | 0.00 | 0.00 | 0.00 | 228.30 | 228.30 | | |
| 125 | Lynn Francis Cutrer | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 17.99 | 0.00 | 0.00 | 0.00 | 17.99 | 17.99 | | |
| 126 | Margaret A Hendrix Rev Trust | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | | |
| 127 | Margaret C Waugh | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | | |

# EXHIBIT OMX302

NO ADMISSION OF LIABILTY

| | Creditor | Type | Source | C | U | D | Alleged Secured | Class | Total Claim Sched/POC | Admin | Secured | Priority | Unsecured | Total Allow | Class Total | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Estimated Allow - NO ADMISSION, DEBTOR RESERVES ALL RIGHTS | | | | | | |
| 128 | Marjorie Hansen | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 72.06 | 0.00 | 0.00 | 0.00 | 72.06 | 72.06 | | |
| 129 | Mark E Maynes | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 158.47 | 0.00 | 0.00 | 0.00 | 158.47 | 158.47 | | |
| 130 | Mark W Brown | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 87.00 | 0.00 | 0.00 | 0.00 | 87.00 | 87.00 | | |
| 131 | Mark W Gueck Trust | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 459.96 | 0.00 | 0.00 | 0.00 | 459.96 | 459.96 | | |
| 132 | Mary Ann Smith | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 5.99 | 0.00 | 0.00 | 0.00 | 5.99 | 5.99 | | |
| 133 | Mary C Estock | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 2,228.80 | 0.00 | 0.00 | 0.00 | 2,228.80 | 2,228.80 | | |
| 134 | Matthew Daniel Bowman | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 8,606.21 | 0.00 | 0.00 | 0.00 | 8,606.21 | 8,606.21 | | |
| 135 | Mcdannald Russell LLC | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 17.99 | 0.00 | 0.00 | 0.00 | 17.99 | 17.99 | | |
| 136 | Melinda Louise Higgins | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 158.47 | 0.00 | 0.00 | 0.00 | 158.47 | 158.47 | | |
| 137 | Melinda M Hatzmann | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 49.23 | 0.00 | 0.00 | 0.00 | 49.23 | 49.23 | | |
| 138 | Michael & Susan Bennett | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 755.50 | 0.00 | 0.00 | 0.00 | 755.50 | 755.50 | | |
| 139 | Michael J Dailey | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 5.99 | 0.00 | 0.00 | 0.00 | 5.99 | 5.99 | | |
| 140 | Michael R Bryan Rev Trust | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 7.98 | 0.00 | 0.00 | 0.00 | 7.98 | 7.98 | | |
| 141 | Michele D Hurley | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 158.47 | 0.00 | 0.00 | 0.00 | 158.47 | 158.47 | | |
| 142 | Michelle & Troy Van Overbeke | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 56.26 | 0.00 | 0.00 | 0.00 | 56.26 | 56.26 | | |
| 143 | Michelle L Smith | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 87.20 | 0.00 | 0.00 | 0.00 | 87.20 | 87.20 | | |
| 144 | Miles T Mcdonald | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 72.06 | 0.00 | 0.00 | 0.00 | 72.06 | 72.06 | | |
| 145 | Millard D Pope Ii | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 144.25 | 0.00 | 0.00 | 0.00 | 144.25 | 144.25 | | |
| 146 | Monte Hale Sprague | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 98.10 | 0.00 | 0.00 | 0.00 | 98.10 | 98.10 | | |
| 147 | Montezuma Farms LLC | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | | |
| 148 | Morris Ernest Stark | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 17.99 | 0.00 | 0.00 | 0.00 | 17.99 | 17.99 | | |
| 149 | Nancy L Sanders | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 150.74 | 0.00 | 0.00 | 0.00 | 150.74 | 150.74 | | |
| 150 | Natalie May Gowan | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 1,176.13 | 0.00 | 0.00 | 0.00 | 1,176.13 | 1,176.13 | | |
| 151 | Neil W Hassler | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 8,726.21 | 0.00 | 0.00 | 0.00 | 8,726.21 | 8,726.21 | | |
| 152 | Nicholas Brailas | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 3.05 | 0.00 | 0.00 | 0.00 | 3.05 | 3.05 | | |
| 153 | Noble Royalty Access | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 963.03 | 0.00 | 0.00 | 0.00 | 963.03 | 963.03 | | |
| 154 | Noble Royalty Access | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 0.13 | 0.00 | 0.00 | 0.00 | 0.13 | 0.13 | | |
| 155 | Nora Jane Lauerman Trust | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | | |
| 156 | Norman E & Myrna Heimer Jt | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 141.81 | 0.00 | 0.00 | 0.00 | 141.81 | 141.81 | | |
| 157 | Northern Pacific Royalties LLC | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 5,125.77 | 0.00 | 0.00 | 0.00 | 5,125.77 | 5,125.77 | | |
| 158 | Office Natural Resources Rev | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 31,901.21 | 0.00 | 0.00 | 0.00 | 31,901.21 | 31,901.21 | | |
| 159 | Office Of Natural Resource Rev | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 7,860.23 | 0.00 | 0.00 | 0.00 | 7,860.23 | 7,860.23 | | |
| 160 | Own Resources Rockies LLC | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 6,987.22 | 0.00 | 0.00 | 0.00 | 6,987.22 | 0.00 | | Filed POC |
| 161 | Own Resources Rockies LLC | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 2,983.52 | 0.00 | 0.00 | 0.00 | 2,983.52 | 0.00 | | Filed POC |
| 162 | Patricia Ann Lloyd | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 2,228.79 | 0.00 | 0.00 | 0.00 | 2,228.79 | 2,228.79 | | |
| 163 | Patrick L. Dailey | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 5.99 | 0.00 | 0.00 | 0.00 | 5.99 | 5.99 | | |
| 164 | Paul B Brown | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 87.00 | 0.00 | 0.00 | 0.00 | 87.00 | 87.00 | | |
| 165 | Paul R Morris | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 121.18 | 0.00 | 0.00 | 0.00 | 121.18 | 121.18 | | |
| 166 | Peggy Lea Bradford | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 213.75 | 0.00 | 0.00 | 0.00 | 213.75 | 213.75 | | |
| 167 | Ponderosa Land Holdings LLC | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 4,523.32 | 0.00 | 0.00 | 0.00 | 4,523.32 | 4,523.32 | | |
| 168 | Press Oil Investments Inc | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 53.04 | 0.00 | 0.00 | 0.00 | 53.04 | 53.04 | | |
| 169 | Qep Energy Co | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 450.83 | 0.00 | 0.00 | 0.00 | 450.83 | 450.83 | | |
| 170 | Ralph E Walchle | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 226.85 | 0.00 | 0.00 | 0.00 | 226.85 | 226.85 | | |
| 171 | Randy E Widgery | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 87.20 | 0.00 | 0.00 | 0.00 | 87.20 | 87.20 | | |
| 172 | Ray Charles Hendrix | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 162.96 | 0.00 | 0.00 | 0.00 | 162.96 | 162.96 | | |
| 173 | Ray D Hendrix | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 1,030.38 | 0.00 | 0.00 | 0.00 | 1,030.38 | 1,030.38 | | |
| 174 | Raymond P Gerk | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 3,886.83 | 0.00 | 0.00 | 0.00 | 3,886.83 | 3,886.83 | | |
| 175 | Richard D Brown | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 87.00 | 0.00 | 0.00 | 0.00 | 87.00 | 87.00 | | |
| 176 | Richard D Hoffner | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 86.95 | 0.00 | 0.00 | 0.00 | 86.95 | 86.95 | | |
| 177 | Richard G Stahl | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 633.89 | 0.00 | 0.00 | 0.00 | 633.89 | 633.89 | | |
| 178 | Robert Driscoll Larue | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 17.99 | 0.00 | 0.00 | 0.00 | 17.99 | 17.99 | | |
| 179 | Robert Mcdannald Jr | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 17.99 | 0.00 | 0.00 | 0.00 | 17.99 | 17.99 | | |
| 180 | Roger J Brown | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 171.20 | 0.00 | 0.00 | 0.00 | 171.20 | 171.20 | | |
| 181 | Roland Barkey & Joyce Barkey | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 791.96 | 0.00 | 0.00 | 0.00 | 791.96 | 791.96 | | |
| 182 | Ronnie And April Oestman | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 227.87 | 0.00 | 0.00 | 0.00 | 227.87 | 227.87 | | |
| 183 | Routt County Board Of Comm | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | | |
| 184 | Russell W Sprague | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 229.94 | 0.00 | 0.00 | 0.00 | 229.94 | 229.94 | | |
| 185 | S A Bowman | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 329.90 | 0.00 | 0.00 | 0.00 | 329.90 | 329.90 | | |
| 186 | Sam W Maynes | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 158.47 | 0.00 | 0.00 | 0.00 | 158.47 | 158.47 | | |
| 187 | Sandra A Bowman | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 612.62 | 0.00 | 0.00 | 0.00 | 612.62 | 612.62 | | |
| 188 | Sarah Riley Niezgodzki Sub-Trust | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 4,688.52 | 0.00 | 0.00 | 0.00 | 4,688.52 | 4,688.52 | | |
| 189 | Schneller Enterprises Inc | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 2,524.33 | 0.00 | 0.00 | 0.00 | 2,524.33 | 2,524.33 | | |

# EXHIBIT OMX302

NO ADMISSION OF LIABILTY

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | | | | | | | | | | Estimated Allow - NO ADMISSION, DEBTOR RESERVES ALL RIGHTS | | | | | | |
| 4 | Creditor | Type | Source | C | U | D | Alleged Secured | Class | Total Claim Sched/POC | Admin | Secured | Priority | Unsecured | Total Allow | Class Total | Notes |
| 190 | Scott Mclane | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 1,629.93 | 0.00 | 0.00 | 0.00 | 1,629.93 | 1,629.93 | | |
| 191 | Seaboard Foods Lp | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | | |
| 192 | Sithembiso Voughs | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 4,688.52 | 0.00 | 0.00 | 0.00 | 4,688.52 | 4,688.52 | | |
| 193 | Spartan Minerals & Royalty LLC | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 2,341.17 | 0.00 | 0.00 | 0.00 | 2,341.17 | 2,341.17 | | |
| 194 | Spikes Holdings LLC | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 5,099.90 | 0.00 | 0.00 | 0.00 | 5,099.90 | 5,099.90 | | |
| 195 | State Of Colorado | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 19,697.61 | 0.00 | 0.00 | 0.00 | 19,697.61 | 19,697.61 | | |
| 196 | Stephen & Patricia Ellis Ft | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 6,595.43 | 0.00 | 0.00 | 0.00 | 6,595.43 | 6,595.43 | | |
| 197 | Stephen Chamberlain | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | | |
| 198 | Stephen P Loughman | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 49.23 | 0.00 | 0.00 | 0.00 | 49.23 | 49.23 | | |
| 199 | Steve Millage | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 14,088.50 | 0.00 | 0.00 | 0.00 | 14,088.50 | 14,088.50 | | |
| 200 | Steven And Lori Oestman | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 227.87 | 0.00 | 0.00 | 0.00 | 227.87 | 227.87 | | |
| 201 | Steven G & Donna P Kirkwood | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 242.37 | 0.00 | 0.00 | 0.00 | 242.37 | 242.37 | | |
| 202 | Susan A. Terrell | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 266.73 | 0.00 | 0.00 | 0.00 | 266.73 | 266.73 | | |
| 203 | Susan K Gueck Trust | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 459.96 | 0.00 | 0.00 | 0.00 | 459.96 | 459.96 | | |
| 204 | T-Bone Oil LLC | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 405.83 | 0.00 | 0.00 | 0.00 | 405.83 | 405.83 | | |
| 205 | Terri Lynn Mickelson | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 6,127.73 | 0.00 | 0.00 | 0.00 | 6,127.73 | 6,127.73 | | |
| 206 | Terry Martin | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 6,691.99 | 0.00 | 0.00 | 0.00 | 6,691.99 | 6,691.99 | | |
| 207 | Theresa L Stuhlsatz | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 49.23 | 0.00 | 0.00 | 0.00 | 49.23 | 49.23 | | |
| 208 | Thomas A Hendrix | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | | |
| 209 | Thomas C Lauerman | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 129.01 | 0.00 | 0.00 | 0.00 | 129.01 | 129.01 | | |
| 210 | Thomas D Stroh | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 75.90 | 0.00 | 0.00 | 0.00 | 75.90 | 75.90 | | |
| 211 | Tp Ranch LLLP | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 106.02 | 0.00 | 0.00 | 0.00 | 106.02 | 0.00 | | Filed POC |
| 212 | TP Ranch LLLP | Royalty | POC 008 | | | | x | 9 | 11,678.08 | 0.00 | 0.00 | 0.00 | 11,678.08 | 11,678.08 | | |
| 213 | Triangle-O LLLP | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 29,288.40 | 0.00 | 0.00 | 0.00 | 29,288.40 | 29,288.40 | | |
| 214 | Twila R Hendrix | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 1.00 | | |
| 215 | Veda M Pope | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 161.58 | 0.00 | 0.00 | 0.00 | 161.58 | 161.58 | | |
| 216 | Veldy R Danielson | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 87.20 | 0.00 | 0.00 | 0.00 | 87.20 | 87.20 | | |
| 217 | Vickie Ocken | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 153.32 | 0.00 | 0.00 | 0.00 | 153.32 | 153.32 | | |
| 218 | Victoria J Keller | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 49.23 | 0.00 | 0.00 | 0.00 | 49.23 | 49.23 | | |
| 219 | Visual Optics Inc | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 426.02 | 0.00 | 0.00 | 0.00 | 426.02 | 426.02 | | |
| 220 | Walter J Bradford | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 213.75 | 0.00 | 0.00 | 0.00 | 213.75 | 213.75 | | |
| 221 | Warren Resources #1 LLC | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 3,325.32 | 0.00 | 0.00 | 0.00 | 3,325.32 | 3,325.32 | | |
| 222 | Wilbur E Davis | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 4,749.93 | 0.00 | 0.00 | 0.00 | 4,749.93 | 4,749.93 | | |
| 223 | Yvonne A Adams | Royalty | Sch F | 1 | 0 | 0 | x | 9 | 27.01 | 0.00 | 0.00 | 0.00 | 27.01 | 27.01 | 494,528.97 | |
| 224 | 78 Well Service LLC | Pending lawsuit. | Sch F | 1 | 1 | 1 | x | 10 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 225 | Ally Bank | Other Lender | POC 001 | | | | x | 10 | 24,823.48 | 0.00 | 0.00 | 0.00 | 24,823.48 | 24,823.48 | | |
| 226 | Ally Financial | Other Lender | Sch F | 1 | 0 | 0 | x | 10 | 24,823.48 | 0.00 | 0.00 | 0.00 | 24,823.48 | 0.00 | | Filed POC |
| 227 | Baker Petrolite | Vendor - Judgment | Sch F | 1 | 0 | 0 | x | 10 | 48,854.52 | 0.00 | 0.00 | 0.00 | 48,854.52 | 0.00 | | Filed POC |
| 228 | Baker Petrolite | | POC 013 | | | | x | 10 | 48,854.52 | 0.00 | 0.00 | 0.00 | 48,854.52 | 48,854.52 | | |
| 229 | Bledsoe Cattle Company | Judgement | Sch F | 1 | 0 | 0 | x | 10 | 17,955.75 | 0.00 | 0.00 | 0.00 | 17,955.75 | 17,955.75 | | |
| 230 | Colorado Dept Public Health Envir | State Fees | Sch F | 1 | 0 | 0 | x | 10 | 2,430.57 | 0.00 | 0.00 | 0.00 | 2,430.57 | 2,430.57 | | |
| 231 | Excell Services LLC | Vendor - possible judgment, disputed. | Sch F | 0 | 0 | 1 | S4 | 10 | 135,190.09 | 0.00 | 0.00 | 0.00 | 135,190.09 | 0.00 | | Filed POC |
| 232 | Howard Measurement Co. Inc. | Vendor | Sch F | 1 | 0 | 0 | x | 10 | 7,655.46 | 0.00 | 0.00 | 0.00 | 7,655.46 | 7,655.46 | | Filed POC |
| 233 | Jeff Dibartolo | Service Provider | Sch F | 1 | 0 | 0 | x | 10 | 35,000.00 | 0.00 | 0.00 | 0.00 | 35,000.00 | 35,000.00 | | |
| 234 | Lvnv Funding, LLC | | POC 004 | | | | x | 10 | 14,256.28 | 0.00 | 0.00 | 0.00 | 14,256.28 | 14,256.28 | | |
| 235 | Own Resources Operating LLC | | POC 005 | | | | x | 10 | 63,209.07 | 0.00 | 0.00 | 0.00 | 63,209.07 | 63,209.07 | | |
| 236 | Sterling Fuels | Vendor | Sch F | 1 | 0 | 0 | x | 10 | 6,992.76 | 0.00 | 0.00 | 0.00 | 6,992.76 | 6,992.76 | | |
| 237 | Swabbco | | POC 007 | | | | x | 10 | 83,716.40 | 0.00 | 0.00 | 0.00 | 83,716.40 | 83,716.40 | | Disputed - Objection |
| 238 | Swabbco | | POC 011 | | | | x | 10 | 83,716.40 | 0.00 | 0.00 | 0.00 | 83,716.40 | 0.00 | | Duplicate POC |
| 239 | Swabbco | Vendor | Sch F | 0 | 0 | 1 | x | 10 | 76,796.28 | 0.00 | 0.00 | 0.00 | 76,796.28 | 0.00 | | Filed POC |
| 240 | United Casualty and Surety Insurance Com | Bond Provider | Sch F | 1 | 1 | 1 | S3 | 10 | 205,000.00 | 0.00 | 0.00 | 0.00 | 205,000.00 | 0.00 | | Filed POC |
| 241 | Wex Fleet Universal | Other Lender | Sch F | 1 | 0 | 0 | x | 10 | 3,777.38 | 0.00 | 0.00 | 0.00 | 3,777.38 | 3,777.38 | 308,671.67 | |
| 242 | Colorado Energy Carbon Mgmt Com | Fines | Sch F | 1 | 1 | 1 | 10 | 11 | 23,225,706.00 | 0.00 | 0.00 | 0.00 | 23,225,706.00 | 23,225,706.00 | 0.00 | |
| 243 | | | | | | | | | | | | | | | | |
| 244 | ESTIMATED TOTALS | | | | | | | | | 75,000.00 | 939,802.05 | 8,604.11 | 24,617,864.17 | 25,060,812.80 | 1,625,719.04 | |
| 245 | C:\Users\jcarruth\Downloads\[plan exhibits OMX 001.04.xlsx]OMX302 | | | | | | | | | | | | | | | |

# EXHIBIT OMX303 - LIQUIDATION ANALYSIS

**Assets as of Petition Date**

**No Admission of Liability**

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 5 | **Asset Description** | **Value on Schedule A-B (Docket No. 15)** | **Realizable Value Chapter 11** | **NOTE** | **NOTE** |
| 6 | Part 1: Cash and Cash Equivalents | 0.00 | 0.00 | 0.00 | |
| 7 | Part 2: Deposits and Prepayments | 0.00 | 0.00 | 0.00 | |
| 8 | Part 3: Accounts Receivable | 0.00 | 0.00 | 0.00 | |
| 9 | Part 4: Investments | 0.00 | 0.00 | 0.00 | |
| 10 | Part 5: Inventory, excluding agriculture assets | 0.00 | 0.00 | 0.00 | |
| 11 | Part 6: Farming and Fishing-related | 0.00 | 0.00 | 0.00 | |
| 12 | Part 7: Office Furniture, fixtures, and equipment; and collectibles | 0.00 | 0.00 | 0.00 | |
| 13 | Part 8: Machinery, equipment, and vehicles **(Scheduled at REPLACEMENT VALUE)** | 156,912.50 | 0.00 | 0.00 | **Assets will realize value only if plan confirmed and sale occurs.** |
| 14 | Part 9: Real Property | 635,402.00 | 0.00 | 0.00 | **Assets will realize value only if plan confirmed and sale occurs.** |
| 15 | Part 10: Intangibles and intellectual property | 0.00 | 0.00 | 0.00 | |
| 16 | Part 11: All other assets | 550,000.00 | 0.00 | 0.00 | **Assets will realize value only if plan confirmed and sale occurs.** |
| 17 | **TOTAL** | | | | |
| 18 | | | | | |
| 19 | C:\Users\jcarruth\Downloads\[plan exhibits OMX 001.04.xlsx]OMX302 | | | | |

# EXHIBIT OMX304

## Omimex - Plan Summary

| Class | Description | Impared | Asserted | Distribution | Treatment Summary |
|---|---|---|---|---|---|
| Class 0 | Priority | n/a | 92,104.11 | 92,104.11 | Pay in full within 30 days of Effective Date. |
| Class 1 | Secured - Yuma | NOTE | 125,000.00 | 125,000.00 | Pay in full + statutory interest within 60 days of Effective Date. |
| Class 2 | Secured - Philips | Yes | 60,000.00 | 60,000.00 | Pay in full + statutory interest within 60 days of Effective Date. |
| Class 3 | Secured - Mazon | Yes | 135,939.01 | 135,939.01 | Pay face amount of claim as scheduled and/or as filed as full and final settlement, within 60 days of Effective Date. |
| Class 4 | Secured - Commercial | Yes | 36,678.35 | 36,678.35 | Pay face amount of claim as scheduled and/or as filed as full and final settlement, within 60 days of Effective Date. |
| Class 5 | Secured - Commercial | Yes | 7,266.60 | 7,266.60 | Pay face amount of claim as scheduled and/or as filed as full and final settlement, within 60 days of Effective Date. |
| Class 6 | Secured - United | No | 209,387.76 | 0.00 | Claims underlying claim against bond will be resolved; bond will remain in place. |
| Class 7 | Secured - Excell | Yes | 214,609.33 | 214,609.33 | Pay face amount of claim as scheduled and/or as filed as full and final settlement, within 60 days of Effective Date. |
| Class 8 | Secured - Rapid | Yes | 150,921.00 | 150,921.00 | Pay face amount of claim as scheduled and/or as filed as full and final settlement, within 60 days of Effective Date. |
| Class 9 | Royalty | No | 494,528.97 | 494,528.97 | Pay face amount of claim as scheduled and/or as filed as full and final settlement, within 60 days of Effective Date, AND AS FULL CURE OF ALL LEASE OBLIGATIONS. |
| Class 10 | Unsecured General | Yes | 308,671.67 | 25,000.00 | $25,000 (from existing equity) distributed pro rata. |
| Class 11 | Colo. ECMC | Yes | 23,225,706.00 | 0 | No distribution in exchange for resolution of all P&A liabilities. |
| Class 12 | Equity | | n/a | n/a | Retain equity. |
| | **Total** | | **25,060,812.80** | **1,342,047.37** | |

| | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **EXHIBIT OMX305** | | | | | | | | |
| 2 | **Operator of each well is OMIMEX PETROLEUM INC** | | | | | | | | |
| 3 | **API County Code** | **API Sequence Code** | **Well Name** | **Field Status (prior to shut-in)** | **Quarter Quarter** | **Section** | **Town** | **Range** | **Plug (Y/N)** |
| 4 | 125 | 10823 | BARKLEY 10-5-5-45 | PR | NWSE | 5 | 5N | 45W | |
| 5 | 125 | 09607 | BENNETT 4-15-5-45 | PR | NWNW | 15 | 5N | 45W | N |
| 6 | 125 | 09517 | BENNETT STATE 1-16-5-45 | SI | NENE | 16 | 5N | 45W | Y |
| 7 | 125 | 09855 | BENNETT STATE 16-16-5-45 | PR | SESE | 16 | 5N | 45W | |
| 8 | 125 | 09854 | BENNETT STATE 8-16-5-45 | PR | SENE | 16 | 5N | 45W | |
| 9 | 125 | 09728 | BENNETT STATE 9-16-5-45 | SI | NESE | 16 | 5N | 45W | |
| 10 | 125 | 10776 | BLEDSOE 1-11-5-45 | PR | NENE | 11 | 5N | 45W | Y |
| 11 | 125 | 09108 | BLEDSOE 1-12-3-44 | PR | NENE | 12 | 3N | 44W | N |
| 12 | 125 | 10396 | BLEDSOE 1-19-5-44 | PR | NENE | 19 | 5N | 44W | |
| 13 | 125 | 09495 | BLEDSOE 1-24-5-45 | SI | NENE | 24 | 5N | 45W | |
| 14 | 125 | 09083 | BLEDSOE 1-25-3-44 | PR | NENE | 25 | 3N | 44W | |
| 15 | 125 | 09500 | BLEDSOE 1-3-5-45 | PR | NENE | 3 | 5N | 45W | |
| 16 | 125 | 09613 | BLEDSOE 1-30-5-44 | PR | NENE | 11 | 5N | 45W | |
| 17 | 125 | 09839 | BLEDSOE 1-32-4-43 | PR | NENE | 32 | 4N | 43W | |
| 18 | 125 | 09055 | BLEDSOE 1-6-3-43 | SI | NENE | 6 | 3N | 43W | Y |
| 19 | 125 | 10437 | BLEDSOE 10-1-5-45 | PR | NWSE | 1 | 5N | 45W | |
| 20 | 125 | 09823 | BLEDSOE 10-15-5-45 | SI | NWSE | 15 | 5N | 45W | Y |
| 21 | 125 | 09958 | BLEDSOE 10-19-5-44 | PR | NWSE | 19 | 5N | 44W | |
| 22 | 125 | 11139 | BLEDSOE 10-3-5-45 | PR | NWSE | 3 | 5N | 45W | N |
| 23 | 125 | 09753 | BLEDSOE 10-30-4-43 | PR | NENE | 11 | 5N | 45W | |
| 24 | 125 | 09115 | BLEDSOE 10-5-3-43 | SI | NWSE | 5 | 3N | 43W | |
| 25 | 125 | 10790 | BLEDSOE 10-6-5-44 | PR | NWSE | 6 | 5N | 44W | |
| 26 | 125 | 10743 | BLEDSOE 11-11-5-45 | PR | NENE | 11 | 5N | 45W | Y |
| 27 | 125 | 09119 | BLEDSOE 11-18-3-43 | SI | NESW | 18 | 3N | 43W | |
| 28 | 125 | 09473 | BLEDSOE 11-18-5-44 | SI | NESW | 18 | 5N | 44W | |
| 29 | 125 | 09956 | BLEDSOE 11-19-5-44 | PR | NESW | 19 | 5N | 44W | |
| 30 | 125 | 09179 | BLEDSOE 11-22-3-43 | PR | NENE | 11 | 5N | 45W | Y |
| 31 | 125 | 02377 | BLEDSOE 11-6-3-43 | SI | NESW | 6 | 3N | 43W | |
| 32 | 125 | 09533 | BLEDSOE 11-6-5-44 | PR | NENE | 11 | 5N | 45W | Y |
| 33 | 125 | 09006 | BLEDSOE 12-20-3-43 | PR | NWSW | 20 | 3N | 43W | |
| 34 | 125 | 09717 | BLEDSOE 12-26-5-45 | SI | NWSW | 26 | 5N | 45W | |

# EXHIBIT OMX305

## Operator of each well is OMIMEX PETROLEUM INC

| | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| 3 | API County Code | API Sequence Code | Well Name | Field Status (prior to shut-in) | Quarter Quarter | Section | Town | Range | Plug (Y/N) |
| 35 | 125 | 08846 | BLEDSOE 12-30-3-43 | SI | NWSW | 30 | 3N | 43W | |
| 36 | 125 | 11965 | BLEDSOE 12-6-5-44 | PR | LOT6 | 6 | 5N | 44W | N |
| 37 | 125 | 09983 | BLEDSOE 13-14-5-45 | PR | NENE | 11 | 5N | 45W | |
| 38 | 125 | 02378 | BLEDSOE 13-17-3-43 | SI | SWSW | 17 | 3N | 43W | N |
| 39 | 125 | 09835 | BLEDSOE 13-20-4-43 | SI | SWSW | 20 | 4N | 43W | |
| 40 | 125 | 09319 | BLEDSOE 13-6-3-43 | SI | SWSW | 6 | 3N | 43W | Y |
| 41 | 125 | 09552 | BLEDSOE 13-6-5-44 | PR | SWSW | 6 | 5N | 44W | |
| 42 | 125 | 09957 | BLEDSOE 14-19-5-44 | PR | NENE | 11 | 5N | 45W | Y |
| 43 | 125 | 10759 | BLEDSOE 14-24-5-45 | PR | SESW | 24 | 5N | 45W | |
| 44 | 125 | 09120 | BLEDSOE 14-32-4-43 | SI | SESW | 32 | 4N | 43W | |
| 45 | 125 | 09013 | BLEDSOE 14-6-3-43 | SI | SESW | 6 | 3N | 43W | Y |
| 46 | 125 | 09527 | BLEDSOE 14-6-5-44 | PR | SESW | 6 | 5N | 44W | |
| 47 | 125 | 09347 | BLEDSOE 15-15-5-45 | PR | SWSE | 15 | 5N | 45W | |
| 48 | 125 | 09004 | BLEDSOE 15-18-3-43 | PR | SWSE | 18 | 3N | 43W | |
| 49 | 125 | 09499 | BLEDSOE 15-19-5-44 | PR | NENE | 11 | 5N | 45W | |
| 50 | 125 | 09322 | BLEDSOE 15-6-3-43 | SI | SWSE | 6 | 3N | 43W | Y |
| 51 | 125 | 09529 | BLEDSOE 15-6-5-44 | PR | SWSE | 6 | 5N | 44W | N |
| 52 | 125 | 09117 | BLEDSOE 15-7-3-43 | PR | SWSE | 7 | 3N | 43W | |
| 53 | 125 | 09320 | BLEDSOE 16-1-3-44 | PR | NENE | 11 | 5N | 45W | Y |
| 54 | 125 | 11149 | BLEDSOE 16-1-5-45 | PR | SESE | 1 | 5N | 45W | |
| 55 | 125 | 10737 | BLEDSOE 16-13-5-45 | SI | SESE | 13 | 5N | 45W | |
| 56 | 125 | 09183 | BLEDSOE 16-18-3-43 | PR | SESE | 18 | 3N | 43W | |
| 57 | 125 | 09452 | BLEDSOE 16-19-5-44 | PR | NENE | 11 | 5N | 45W | Y |
| 58 | 125 | 09516 | BLEDSOE 16-23-5-45 | PR | SESE | 23 | 5N | 45W | |
| 59 | 125 | 10727 | BLEDSOE 16-3-5-45 | PR | SESE | 3 | 5N | 45W | |
| 60 | 125 | 09752 | BLEDSOE 16-30-4-43 | SI | SESE | 30 | 4N | 43W | |
| 61 | 125 | 09122 | BLEDSOE 16-32-4-43 | PR | SESE | 32 | 4N | 43W | |
| 62 | 125 | 09485 | BLEDSOE 16-6-5-44 | PR | NENE | 11 | 5N | 45W | |
| 63 | 125 | 10408 | BLEDSOE 2-1-5-45 | PR | NWNE | 1 | 5N | 45W | N |
| 64 | 125 | 09555 | BLEDSOE 2-15-5-45 | PR | NWNE | 15 | 5N | 45W | |
| 65 | 125 | 10755 | BLEDSOE 2-19-5-44 | SI | NWNE | 19 | 5N | 44W | |

| | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **EXHIBIT OMX305** | | | | | | | | |
| 2 | **Operator of each well is OMIMEX PETROLEUM INC** | | | | | | | | |
| 3 | **API County Code** | **API Sequence Code** | **Well Name** | **Field Status (prior to shut-in)** | **Quarter Quarter** | **Section** | **Town** | **Range** | **Plug (Y/N)** |
| 66 | 125 | 10770 | BLEDSOE 2-2-5-45 | PR | NWNE | 2 | 5N | 45W | |
| 67 | 125 | 10760 | BLEDSOE 2-24-5-45 | PR | NENE | 11 | 5N | 45W | N |
| 68 | 125 | 09633 | BLEDSOE 2-26-5-45 | PR | NWNE | 26 | 5N | 45W | |
| 69 | 125 | 11151 | BLEDSOE 2-3-5-45 | SI | NWNE | 3 | 5N | 45W | |
| 70 | 125 | 09954 | BLEDSOE 2-30-5-44 | PR | NWNE | 30 | 5N | 44W | |
| 71 | 125 | 09009 | BLEDSOE 2-31-4-43 | PR | NWNE | 31 | 4N | 43W | |
| 72 | 125 | 09171 | BLEDSOE 2-5-3-43 | SI | NWNE | 5 | 3N | 43W | Y |
| 73 | 125 | 11345 | BLEDSOE 2-7-5-44 | PR | NWNE | 7 | 5N | 44W | |
| 74 | 125 | 11960 | BLEDSOE 3-1-5-45 | PR | LOT 3 | 1 | 5N | 45W | N |
| 75 | 125 | 09444 | BLEDSOE 3-19-5-44 | PR | NENE | 11 | 5N | 45W | |
| 76 | 125 | 09642 | BLEDSOE 3-26-5-45 | PR | NENW | 26 | 5N | 45W | |
| 77 | 125 | 09551 | BLEDSOE 3-29-5-44 | PR | NENW | 29 | 5N | 44W | |
| 78 | 125 | 10399 | BLEDSOE 3-30-5-44 | SI | NENW | 30 | 5N | 44W | |
| 79 | 125 | 09528 | BLEDSOE 3-7-5-44 | PR | NENW | 7 | 5N | 44W | N |
| 80 | 125 | 09568 | BLEDSOE 4-12-5-45 | PR | NWNW | 12 | 5N | 45W | |
| 81 | 125 | 09109 | BLEDSOE 4-17-3-43 | SI | NWNW | 17 | 3N | 43W | Y |
| 82 | 125 | 10397 | BLEDSOE 4-19-5-44 | PR | NWNW | 19 | 5N | 44W | |
| 83 | 125 | 09611 | BLEDSOE 4-26-5-45 | PR | NWNW | 26 | 5N | 45W | N |
| 84 | 125 | 10398 | BLEDSOE 4-30-5-44 | PR | NWNW | 30 | 5N | 44W | |
| 85 | 125 | 09185 | BLEDSOE 4-5-3-43 | PR | NENE | 11 | 5N | 45W | Y |
| 86 | 125 | 09054 | BLEDSOE 4-6-3-43 | PR | NWNW | 6 | 3N | 43W | Y |
| 87 | 125 | 09107 | BLEDSOE 4-7-3-43 | PR | NWNW | 7 | 3N | 43W | |
| 88 | 125 | 10793 | BLEDSOE 4-7-5-44 | SI | NWNW | 7 | 5N | 44W | |
| 89 | 125 | 09985 | BLEDSOE 5-12-5-45 | PR | SWNW | 12 | 5N | 45W | |
| 90 | 125 | 09984 | BLEDSOE 5-13-5-45 | PR | SWNW | 13 | 5N | 45W | |
| 91 | 125 | 10032 | BLEDSOE 5-14-5-45 | PR | NENE | 11 | 5N | 45W | |
| 92 | 125 | 09180 | BLEDSOE 5-17-3-43 | PR | SWNW | 17 | 3N | 43W | N |
| 93 | 125 | 09455 | BLEDSOE 5-19-5-44 | SI | SWNW | 19 | 5N | 44W | Y |
| 94 | 125 | 08845 | BLEDSOE 5-20-3-43 | SI | SWNW | 20 | 3N | 43W | |
| 95 | 125 | 11952 | BLEDSOE 5-26-5-45 | PR | SWNW | 26 | 5N | 45W | Y |
| 96 | 125 | 09112 | BLEDSOE 5-30-3-43 | PR | SWNW | 30 | 3N | 43W | |

# EXHIBIT OMX305

## Operator of each well is OMIMEX PETROLEUM INC

| | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| 3 | API County Code | API Sequence Code | Well Name | Field Status (prior to shut-in) | Quarter Quarter | Section | Town | Range | Plug (Y/N) |
| 97 | 125 | 09553 | BLEDSOE 5-6-5-44 | PR | NENE | 11 | 5N | 45W | |
| 98 | 125 | 10773 | BLEDSOE 6-1-5-45 | PR | SENW | 1 | 5N | 45W | |
| 99 | 125 | 11420 | BLEDSOE 6-19-5-44 | PR | SENW | 19 | 5N | 44W | Y |
| 100 | 125 | 10794 | BLEDSOE 6-2-5-45 | PR | SENW | 2 | 5N | 45W | |
| 101 | 125 | 09111 | BLEDSOE 6-30-3-43 | PR | NENE | 11 | 5N | 45W | Y |
| 102 | 125 | 10400 | BLEDSOE 6-30-5-44 | SI | SENW | 30 | 5N | 44W | Y |
| 103 | 125 | 09534 | BLEDSOE 6-6-5-44 | PR | SENW | 6 | 5N | 44W | N |
| 104 | 125 | 10795 | BLEDSOE 6-7-5-44 | PR | SENW | 7 | 5N | 44W | |
| 105 | 125 | 08847 | BLEDSOE 6-8-3-43 | SI | SENW | 8 | 3N | 43W | |
| 106 | 125 | 10433 | BLEDSOE 7-1-5-45 | PR | SWNE | 1 | 5N | 45W | N |
| 107 | 125 | 10757 | BLEDSOE 7-11-5-45 | PR | NENE | 11 | 5N | 45W | |
| 108 | 125 | 09472 | BLEDSOE 7-18-5-44 | SI | SWNE | 18 | 5N | 44W | Y |
| 109 | 125 | 09959 | BLEDSOE 7-19-5-44 | PR | SWNE | 19 | 5N | 44W | |
| 110 | 125 | 10775 | BLEDSOE 7-2-5-45 | PR | SWNE | 2 | 5N | 45W | |
| 111 | 125 | 10780 | BLEDSOE 7-29-5-44 | PR | SWNE | 29 | 5N | 44W | |
| 112 | 125 | 09365 | BLEDSOE 7-3-5-45 | SI | SWNE | 3 | 5N | 45W | N |
| 113 | 125 | 09955 | BLEDSOE 7-30-5-44 | PR | SWNE | 30 | 5N | 44W | N |
| 114 | 125 | 09008 | BLEDSOE 7-31-3-43 | PR | SWNE | 31 | 3N | 43W | |
| 115 | 125 | 09170 | BLEDSOE 7-5-3-43 | PR | NENE | 11 | 5N | 45W | Y |
| 116 | 125 | 09169 | BLEDSOE 7-6-3-43 | SI | SWNE | 6 | 3N | 43W | |
| 117 | 125 | 09486 | BLEDSOE 7-6-5-44 | SI | SWNE | 6 | 5N | 44W | |
| 118 | 125 | 09090 | BLEDSOE 8-1-3-44 | PR | NENE | 11 | 5N | 45W | Y |
| 119 | 125 | 10221 | BLEDSOE 8-11-5-45 | PR | SENE | 11 | 5N | 45W | N |
| 120 | 125 | 10733 | BLEDSOE 8-13-5-45 | PR | SENE | 13 | 5N | 45W | |
| 121 | 125 | 09621 | BLEDSOE 8-15-5-45 | PR | SENE | 15 | 5N | 45W | |
| 122 | 125 | 09172 | BLEDSOE 8-18-3-43 | PR | SENE | 18 | 3N | 43W | |
| 123 | 125 | 10387 | BLEDSOE 8-19-5-44 | PR | SENE | 19 | 5N | 44W | |
| 124 | 125 | 09494 | BLEDSOE 8-24-5-45 | SI | SENE | 24 | 5N | 45W | |
| 125 | 125 | 10756 | BLEDSOE 8-29-5-44 | PR | SENE | 29 | 5N | 44W | |
| 126 | 125 | 10728 | BLEDSOE 8-3-5-45 | PR | SENE | 3 | 5N | 45W | |
| 127 | 125 | 09497 | BLEDSOE 8-30-5-44 | PR | NENE | 11 | 5N | 45W | Y |

| | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **EXHIBIT OMX305** | | | | | | | | |
| 2 | **Operator of each well is OMIMEX PETROLEUM INC** | | | | | | | | |
| 3 | **API County Code** | **API Sequence Code** | **Well Name** | **Field Status (prior to shut-in)** | **Quarter Quarter** | **Section** | **Town** | **Range** | **Plug (Y/N)** |
| 128 | 125 | 09106 | BLEDSOE 8-32-4-43 | SI | SENE | 32 | 4N | 43W | Y |
| 129 | 125 | 09321 | BLEDSOE 9-1-3-44 | PR | NENE | 11 | 5N | 45W | |
| 130 | 125 | 11954 | BLEDSOE 9-1-5-45 | PR | NESE | 1 | 5N | 45W | |
| 131 | 125 | 09556 | BLEDSOE 9-11-5-45 | SI | NESE | 11 | 5N | 45W | N |
| 132 | 125 | 09576 | BLEDSOE 9-15-5-45 | PR | NESE | 15 | 5N | 45W | |
| 133 | 125 | 09454 | BLEDSOE 9-19-5-44 | PR | NESE | 19 | 5N | 44W | N |
| 134 | 125 | 09789 | BLEDSOE 9-24-5-45 | PR | NESE | 24 | 5N | 45W | |
| 135 | 125 | 09700 | BLEDSOE 9-33-5-44 | PR | NESE | 33 | 5N | 44W | |
| 136 | 125 | 09116 | BLEDSOE 9-6-3-43 | SI | NESE | 6 | 3N | 43W | |
| 137 | 125 | 11953 | BLEDSOE A1-3-5-45 | SI | LOT 1 | 3 | 5N | 45W | Y |
| 138 | 125 | 11961 | BLEDSOE A1-30-5-44 | PR | NENE | 11 | 5N | 45W | |
| 139 | 125 | 11964 | BLEDSOE A14-19-5-44 | SI | SESW | 19 | 5N | 44W | |
| 140 | 125 | 11962 | BLEDSOE A9-11-5-45 | PR | NENE | 11 | 5N | 45W | Y |
| 141 | 125 | 11327 | BLEDSOE FEDERAL 1-29-5-44 | PR | NENE | 29 | 5N | 44W | |
| 142 | 125 | 09831 | BLEDSOE FEDERAL 10-18-5-44 | SI | NWSE | 18 | 5N | 44W | |
| 143 | 125 | 09961 | BLEDSOE FEDERAL 11-20-5-44 | PR | NESW | 20 | 5N | 44W | N |
| 144 | 125 | 09994 | BLEDSOE FEDERAL 12-29-5-44 | PR | NWSW | 29 | 5N | 44W | |
| 145 | 125 | 09830 | BLEDSOE FEDERAL 13-20-5-44 | SI | SWSW | 20 | 5N | 44W | |
| 146 | 125 | 09832 | BLEDSOE FEDERAL 14-18-5-44 | PR | NENE | 11 | 5N | 45W | |
| 147 | 125 | 11325 | BLEDSOE FEDERAL 14-20-5-44 | SI | SESW | 20 | 5N | 44W | Y |
| 148 | 125 | 09995 | BLEDSOE FEDERAL 5-29-5-44 | PR | SWNW | 29 | 5N | 44W | |
| 149 | 125 | 11326 | BLEDSOE FEDERAL 6-29-5-44 | PR | SENW | 29 | 5N | 44W | |
| 150 | 125 | 09960 | BLEDSOE FEDERAL 9-6-5-44 | SI | NESE | 6 | 5N | 44W | |
| 151 | 125 | 09352 | BLEDSOE STATE SWD 1-18-3-43 | IJ | NENE | 18 | 3N | 43W | N |
| 152 | 125 | 10799 | BLEDSOE TOWNSEND 11-12-5-45 | PR | NESW | 12 | 5N | 45W | |
| 153 | 125 | 09563 | BLEDSOE TOWNSEND 13-12-5-45 | PR | NENE | 11 | 5N | 45W | Y |
| 154 | 125 | 09619 | BOWMAN 10-27-5-44 | PR | NENE | 11 | 5N | 45W | Y |
| 155 | 125 | 09689 | BOWMAN 13-21-5-44 | SI | SWSW | 21 | 5N | 44W | Y |
| 156 | 125 | 09496 | BOWMAN 13-22-5-44 | SI | SWSW | 22 | 5N | 44W | Y |
| 157 | 125 | 09569 | BOWMAN 13-35-5-44 | SI | SWSW | 35 | 5N | 44W | |
| 158 | 125 | 09570 | BOWMAN 14-35-5-44 | PR | SESW | 35 | 5N | 44W | N |

| | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **EXHIBIT OMX305** | | | | | | | | |
| 2 | **Operator of each well is OMIMEX PETROLEUM INC** | | | | | | | | |
| 3 | **API County Code** | **API Sequence Code** | **Well Name** | **Field Status (prior to shut-in)** | **Quarter Quarter** | **Section** | **Town** | **Range** | **Plug (Y/N)** |
| 159 | 125 | 09666 | BOWMAN 15-35-5-44 | PR | SWSE | 35 | 5N | 44W | |
| 160 | 125 | 09617 | BOWMAN 16-27-5-44 | PR | NENE | 11 | 5N | 45W | Y |
| 161 | 125 | 09696 | BOWMAN 16-35-5-44 | PR | SESE | 35 | 5N | 44W | |
| 162 | 125 | 09550 | BOWMAN 2-28-5-44 | PR | NWNE | 28 | 5N | 44W | |
| 163 | 125 | 09615 | BOWMAN 3-27-5-44 | PR | NENW | 27 | 5N | 44W | Y |
| 164 | 125 | 09616 | BOWMAN 6-27-5-44 | PR | SENW | 27 | 5N | 44W | |
| 165 | 125 | 09547 | BOWMAN 7-28-5-44 | SI | SWNE | 28 | 5N | 44W | |
| 166 | 125 | 09515 | BOWMAN 8-21-5-44 | PR | SENE | 21 | 5N | 44W | |
| 167 | 125 | 09513 | BOWMAN 9-21-5-44 | PR | NESE | 21 | 5N | 44W | Y |
| 168 | 125 | 09914 | BOWMAN SWD 3B-28-5-44 | IJ | NENW | 28 | 5N | 44W | N |
| 169 | 125 | 10789 | BRADFORD 15-28-5-43 | PR | SWSE | 28 | 5N | 43W | |
| 170 | 125 | 10788 | BRADFORD 8-28-5-43 | PR | NENE | 11 | 5N | 45W | |
| 171 | 125 | 09650 | BRINKEMA 11-23-5-44 | SI | NESW | 23 | 5N | 44W | Y |
| 172 | 125 | 09874 | BRINKEMA FEDERAL 6-22-5-44 | PR | SENW | 22 | 5N | 44W | |
| 173 | 125 | 09879 | BRINKEMA FEDERAL 7-22-5-44 | PR | SWNE | 22 | 5N | 44W | Y |
| 174 | 125 | 10081 | BROPHY 14-29-5-44 | PR | SESW | 29 | 5N | 44W | |
| 175 | 125 | 10049 | BROPHY 8-32-5-44 | PR | SENE | 32 | 5N | 44W | |
| 176 | 125 | 10774 | BROWN 8-6-5-45 | SI | SENE | 6 | 5N | 45W | Y |
| 177 | 125 | 09687 | COB PARTNERSHIP 10-34-5-44 | SI | NWSE | 34 | 5N | 44W | |
| 178 | 125 | 09862 | COB PARTNERSHIP 11-34-5-44 | PR | NESW | 34 | 5N | 44W | |
| 179 | 125 | 09685 | COB PARTNERSHIP 14-34-5-44 | PR | NENE | 11 | 5N | 45W | |
| 180 | 125 | 09686 | COB PARTNERSHIP 16-34-5-44 | PR | SESE | 34 | 5N | 44W | |
| 181 | 125 | 09833 | COB PARTNERSHIP 2-34-5-44 | SI | NWNE | 34 | 5N | 44W | |
| 182 | 125 | 09981 | COB PARTNERSHIP 4-34-5-44 | PR | NWNW | 34 | 5N | 44W | Y |
| 183 | 125 | 09688 | COB PARTNERSHIP 6-34-5-44 | PR | SENW | 34 | 5N | 44W | |
| 184 | 125 | 09933 | COB PARTNERSHIP FEDERAL 4-26-5- | PR | NWNW | 26 | 5N | 44W | Y |
| 185 | 095 | 06081 | DAVIS 7-13-7-45 | PR | SWNE | 13 | 7N | 45W | N |
| 186 | 095 | 06228 | DENNEY STATE 3-36-7-45 | PR | NENW | 36 | 7N | 45W | |
| 187 | 095 | 06279 | DENNEY STATE 5-36-7-45 | PR | SWNW | 36 | 7N | 45W | N |
| 188 | 095 | 06182 | DOUBLE W DAIRY 16-24-7-45 | PR | SESE | 24 | 7N | 45W | N |
| 189 | 125 | 10014 | EINSPAHR 2-3-4-43 | SI | NWNE | 3 | 4N | 43W | Y |

| | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **EXHIBIT OMX305** | | | | | | | | |
| 2 | **Operator of each well is OMIMEX PETROLEUM INC** | | | | | | | | |
| 3 | **API County Code** | **API Sequence Code** | **Well Name** | **Field Status (prior to shut-in)** | **Quarter Quarter** | **Section** | **Town** | **Range** | **Plug (Y/N)** |
| 190 | 125 | 10016 | EINSPAHR 3-2-4-43 | SI | NENW | 2 | 4N | 43W | Y |
| 191 | 125 | 10721 | FERGUSON 1-9-5-45 | SI | NENE | 9 | 5N | 45W | Y |
| 192 | 125 | 02376 | FERGUSON 10-9-5-45 | PR | NWSE | 9 | 5N | 45W | |
| 193 | 125 | 10720 | FERGUSON 11-9-5-45 | SI | NESW | 9 | 5N | 45W | Y |
| 194 | 125 | 08887 | FERGUSON 12-10-5-45 | PR | NWSW | 10 | 5N | 45W | |
| 195 | 125 | 10719 | FERGUSON 12-9-5-45 | PR | NENE | 11 | 5N | 45W | Y |
| 196 | 125 | 09567 | FERGUSON 13-10-5-45 | PR | SWSW | 10 | 5N | 45W | |
| 197 | 125 | 10722 | FERGUSON 13-9-5-45 | SI | SWSW | 9 | 5N | 45W | |
| 198 | 125 | 10742 | FERGUSON 14-10-5-45 | SI | SESW | 10 | 5N | 45W | Y |
| 199 | 125 | 09952 | FERGUSON 15-9-5-45 | PR | NENE | 11 | 5N | 45W | Y |
| 200 | 125 | 10741 | FERGUSON 2-10-5-45 | PR | NWNE | 10 | 5N | 45W | |
| 201 | 125 | 09340 | FERGUSON 3-10-5-45 | PR | NENW | 10 | 5N | 45W | |
| 202 | 125 | 10754 | FERGUSON 3-8-5-45 | PR | NENW | 8 | 5N | 45W | N |
| 203 | 125 | 09341 | FERGUSON 4-10-5-45 | SI | NWNW | 10 | 5N | 45W | Y |
| 204 | 125 | 09363 | FERGUSON 5-10-5-45 | PR | SWNW | 10 | 5N | 45W | |
| 205 | 125 | 10791 | FERGUSON 5-9-5-45 | SI | SWNW | 9 | 5N | 45W | Y |
| 206 | 125 | 09342 | FERGUSON 6-10-5-45 | PR | SENW | 10 | 5N | 45W | |
| 207 | 125 | 09364 | FERGUSON 7-9-5-45 | PR | NENE | 11 | 5N | 45W | |
| 208 | 125 | 08888 | FERGUSON 8-9-5-45 (AKA DOUD 43- | SI | SENE | 9 | 5N | 45W | |
| 209 | 125 | 09349 | FERGUSON 9-9-5-45 | PR | NENE | 11 | 5N | 45W | |
| 210 | 125 | 09489 | FERGUSON FEDERAL 16-9-5-45 | PR | SESE | 9 | 5N | 45W | |
| 211 | 125 | 12124 | FIDDLER PEAK RANCH 4-3-5-45 | PR | NWNW | 3 | 5N | 45W | N |
| 212 | 125 | 10499 | FRANK 1-4-4-43 | PR | NENE | 4 | 4N | 43W | |
| 213 | 125 | 10158 | FRANK 12-3-4-43 | SI | NWSW | 3 | 4N | 43W | Y |
| 214 | 125 | 10506 | FRANK 13-3-4-43 | PR | SWSW | 3 | 4N | 43W | Y |
| 215 | 125 | 10157 | FRANK 9-4-4-43 | SI | NESE | 4 | 4N | 43W | Y |
| 216 | 095 | 06125 | GARRETT 10-33-6-45 | SI | NWSE | 33 | 6N | 45W | N |
| 217 | 095 | 06120 | GARRETT 15-33-6-45 | PR | NENE | 11 | 5N | 45W | N |
| 218 | 095 | 06113 | GARRETT 6-33-6-45 | SI | SENW | 33 | 6N | 45W | |
| 219 | 095 | 06121 | GARRETT 7-33-6-45 | PR | NENE | 11 | 5N | 45W | N |
| 220 | 095 | 06122 | GARRETT 8-33-6-45 | SI | SENE | 33 | 6N | 45W | N |

# EXHIBIT OMX305

## Operator of each well is OMIMEX PETROLEUM INC

| | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| 3 | API County Code | API Sequence Code | Well Name | Field Status (prior to shut-in) | Quarter Quarter | Section | Town | Range | Plug (Y/N) |
| 221 | 095 | 06079 | GERK 1-25-7-45 | SI | NENE | 25 | 7N | 45W | N |
| 222 | 095 | 06066 | GERK 16-23-7-45 | SI | SESE | 23 | 7N | 45W | Y |
| 223 | 095 | 06194 | GODDARD 13-13-7-45 | PR | NENE | 11 | 5N | 45W | |
| 224 | 095 | 06193 | GODDARD 14-13-7-45 | PR | SESW | 13 | 7N | 45W | N |
| 225 | 095 | 06468 | GUECK 10-19-7-44 | PR | NWSE | 19 | 7N | 44W | N |
| 226 | 095 | 06284 | GUECK 5-19-7-44 | PR | SWNW | 19 | 7N | 44W | N |
| 227 | 095 | 06143 | HASSLER 10-25-7-45 | PR | NWSE | 25 | 7N | 45W | |
| 228 | 125 | 10817 | HASSLER 14-5-5-45 | PR | SESW | 5 | 5N | 45W | |
| 229 | 095 | 06080 | HASSLER 15-25-7-45 | PR | SWSE | 25 | 7N | 45W | |
| 230 | 095 | 06072 | HASSLER 16-25-7-45 | PR | SESE | 25 | 7N | 45W | N |
| 231 | 095 | 06144 | HASSLER 9-25-7-45 | PR | NESE | 25 | 7N | 45W | N |
| 232 | 095 | 06226 | HAYNES 13-35-6-45 | SI | SWSW | 35 | 6N | 45W | Y |
| 233 | 095 | 06124 | HAYNES 16-25-6-45 | PR | SESE | 25 | 6N | 45W | |
| 234 | 095 | 06135 | HAYNES STATE 1-36-6-45 | PR | NENE | 36 | 6N | 45W | |
| 235 | 095 | 06173 | HAYNES STATE 10-36-6-45 | PR | NWSE | 36 | 6N | 45W | |
| 236 | 095 | 06174 | HAYNES STATE 11-36-6-45 | PR | NENE | 11 | 5N | 45W | Y |
| 237 | 095 | 06136 | HAYNES STATE 13-36-6-45 | PR | SWSW | 36 | 6N | 45W | |
| 238 | 095 | 06183 | HAYNES STATE 15-36-6-45 | PR | SWSE | 36 | 6N | 45W | N |
| 239 | 125 | 10015 | HENDRIX 1-3-4-43 | SI | NENE | 3 | 4N | 43W | Y |
| 240 | 125 | 10714 | HENDRIX 10-33-5-44 | PR | NWSE | 33 | 5N | 44W | |
| 241 | 125 | 09763 | HENDRIX 12-28-4-43 | SI | NWSW | 28 | 4N | 43W | Y |
| 242 | 125 | 10713 | HENDRIX 14-33-5-44 | PR | NENE | 11 | 5N | 45W | Y |
| 243 | 125 | 09953 | HENDRIX 15-33-5-44 | PR | SWSE | 33 | 5N | 44W | |
| 244 | 125 | 09690 | HENDRIX 16-33-5-44 | PR | SESE | 33 | 5N | 44W | |
| 245 | 125 | 09836 | HENDRIX 8-28-4-43 | PR | SENE | 28 | 4N | 43W | |
| 246 | 125 | 09996 | HENDRIX 8-29-4-43 | SI | SENE | 29 | 4N | 43W | Y |
| 247 | 095 | 06289 | KAFKA 16-26-7-45 | PR | SESE | 26 | 7N | 45W | N |
| 248 | 095 | 06277 | KENALO 1-24-7-45 | PR | NENE | 24 | 7N | 45W | N |
| 249 | 095 | 06213 | KENNEDY STATE 1-36-7-45 | PR | NENE | 36 | 7N | 45W | N |
| 250 | 095 | 6467 | KENNEDY STATE 11-36-7-45 | PR | NESW | 36 | 7N | 45W | Y |
| 251 | 095 | 06227 | KENNEDY STATE 13-36-7-45 | PR | SWSW | 36 | 7N | 45W | |

| | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **EXHIBIT OMX305** | | | | | | | | |
| 2 | **Operator of each well is OMIMEX PETROLEUM INC** | | | | | | | | |
| 3 | **API County Code** | **API Sequence Code** | **Well Name** | **Field Status (prior to shut-in)** | **Quarter Quarter** | **Section** | **Town** | **Range** | **Plug (Y/N)** |
| 252 | 125 | 10744 | KILLIN 15-22-5-45 | PR | SWSE | 22 | 5N | 45W | |
| 253 | 125 | 10745 | KILLIN 16-22-5-45 | PR | NENE | 11 | 5N | 45W | Y |
| 254 | 125 | 09663 | LAND 2-26-5-44 | PR | NWNE | 26 | 5N | 44W | |
| 255 | 125 | 09662 | LAND 3-26-5-44 | PR | NENW | 26 | 5N | 44W | |
| 256 | 125 | 09868 | LENZ 2-2-4-44 | PR | NWNW | 2 | 4N | 44W | Y |
| 257 | 125 | 09867 | LENZ 4-2-4-44 | SI | NWNW | 2 | 4N | 44W | |
| 258 | 125 | 09869 | LENZ 6-2-4-44 | PR | SENW | 2 | 4N | 44W | |
| 259 | 125 | 11079 | LENZ FARMS SWD 3B-32-5-43 3B-32- | IJ | NENW | 32 | 5N | 43W | N |
| 260 | 125 | 11079 | LENZ FARMS SWD 3B-32-5-43 3B-32- | IJ | NENW | 32 | 5N | 43W | N |
| 261 | 125 | 11079 | LENZ FARMS SWD 3B-32-5-43 3B-32- | IJ | NENW | 32 | 5N | 43W | N |
| 262 | 095 | 06286 | LINDGREN 3-30-7-44 | PR | NENE | 11 | 5N | 45W | Y |
| 263 | 095 | 06094 | LINDGREN 4-30-7-44 | PR | NWNW | 30 | 7N | 44W | N |
| 264 | 095 | 06092 | LINDGREN 5-30-7-44 | PR | SWNW | 30 | 7N | 44W | N |
| 265 | 095 | 06283 | LINDGREN 6-30-7-44 | PR | SWNW | 30 | 7N | 44W | N |
| 266 | 095 | 06150 | MAILANDER 10-34-6-45 | SI | NWSE | 34 | 6N | 45W | N |
| 267 | 095 | 06465 | MAILANDER 4-34-6-45 | SI | NWNW | 34 | 6N | 45W | Y |
| 268 | 095 | 06153 | MAILANDER 5-34-6-45 | PR | NENE | 11 | 5N | 45W | |
| 269 | 095 | 06152 | MAILANDER 6-34-6-45 | SI | SENW | 34 | 6N | 45W | N |
| 270 | 095 | 06214 | MAILANDER 8-34-6-45 | SI | SENE | 34 | 6N | 45W | Y |
| 271 | 095 | 06149 | MAILANDER SWD 16B-34-6-45 | IJ | SESE | 34 | 6N | 45W | N |
| 272 | 095 | 06149 | MAILANDER SWD 16B-34-6-45 | IJ | SESE | 34 | 6N | 45W | N |
| 273 | 095 | 06177 | MARTIN 2-25-7-45 | PR | NWNE | 25 | 7N | 45W | N |
| 274 | 095 | 06096 | MARTIN 3-25-7-45 | PR | NENW | 25 | 7N | 45W | N |
| 275 | 095 | 06285 | MARTIN 5-25-7-45 | PR | SWNW | 25 | 7N | 45W | N |
| 276 | 095 | 06178 | MARTIN 6-25-7-45 | PR | SENW | 25 | 7N | 45W | N |
| 277 | 095 | 06095 | MARTIN 7-25-7-45 | PR | SWNE | 25 | 7N | 45W | N |
| 278 | 095 | 06179 | MARTIN 8-25-7-45 | PR | SENE | 25 | 7N | 45W | N |
| 279 | 095 | 06261 | MICKELSON 11-34-6-45 | SI | NESW | 34 | 6N | 45W | N |
| 280 | 095 | 06278 | MILLAGE 7-26-7-45 | PR | SWNE | 26 | 7N | 45W | N |
| 281 | 095 | 06186 | MILLAGE 8-26-7-45 | PR | SENE | 26 | 7N | 45W | N |
| 282 | 095 | 06192 | MOSS 11-25-7-45 | PR | NESW | 25 | 7N | 45W | N |

# EXHIBIT OMX305

## Operator of each well is OMIMEX PETROLEUM INC

| | API County Code | API Sequence Code | Well Name | Field Status (prior to shut-in) | Quarter Quarter | Section | Town | Range | Plug (Y/N) |
|---|---|---|---|---|---|---|---|---|---|
| 283 | 095 | 06116 | MOSS 14-25-7-45 | PR | SESW | 25 | 7N | 45W | N |
| 284 | 095 | 06464 | MOSS 7-19-7-44 | PR | SWNE | 19 | 7N | 44W | N |
| 285 | 125 | 09509 | MYERS 10-30-5-44 | PR | NWSE | 30 | 5N | 44W | |
| 286 | 125 | 09876 | MYERS 16-30-5-44 | PR | NENE | 11 | 5N | 45W | |
| 287 | 125 | 10404 | MYERS 9-30-5-44 | PR | NESE | 30 | 5N | 44W | |
| 288 | 125 | 09875 | MYERS STATE 13-31-5-44 | SI | SWSW | 31 | 5N | 44W | |
| 289 | 125 | 10155 | NIEBUR 10-33-5-43 | PR | NWSE | 33 | 5N | 43W | Y |
| 290 | 125 | 10410 | NIEBUR 15-33-5-43 | SI | SWSE | 33 | 5N | 43W | Y |
| 291 | 125 | 10154 | NIEBUR 7-33-5-43 | PR | NENE | 11 | 5N | 45W | |
| 292 | 125 | 09667 | OESTMAN 15-5-4-44 | PR | SWSE | 5 | 4N | 44W | N |
| 293 | 125 | 09670 | POPE 1-3-4-44 | PR | NENE | 3 | 4N | 44W | |
| 294 | 125 | 09671 | POPE 6-3-4-44 | PR | SENW | 3 | 4N | 44W | |
| 295 | 125 | 10409 | ROYAL 1-33-5-43 | PR | NENE | 33 | 5N | 43W | |
| 296 | 125 | 10367 | ROYAL 10-29-5-43 | SI | NWSE | 29 | 5N | 43W | Y |
| 297 | 125 | 10324 | ROYAL 12-29-5-43 | PR | NWSW | 29 | 5N | 43W | |
| 298 | 125 | 10772 | ROYAL 13-28-5-43 | PR | SWSW | 28 | 5N | 43W | |
| 299 | 125 | 10325 | ROYAL 13-29-5-43 | PR | NENE | 11 | 5N | 45W | |
| 300 | 125 | 10403 | ROYAL 13-33-5-43 | PR | SWSW | 33 | 5N | 43W | |
| 301 | 125 | 10364 | ROYAL 14-29-5-43 | SI | SESW | 29 | 5N | 43W | Y |
| 302 | 125 | 10402 | ROYAL 14-33-5-43 | SI | SESW | 33 | 5N | 43W | Y |
| 303 | 125 | 10366 | ROYAL 15-29-5-43 | PR | SWSE | 29 | 5N | 43W | Y |
| 304 | 125 | 10152 | ROYAL 16-33-5-43 | PR | NENE | 11 | 5N | 45W | Y |
| 305 | 125 | 10296 | ROYAL 2-32-5-43 | SI | NWNE | 32 | 5N | 43W | Y |
| 306 | 125 | 10407 | ROYAL 4-33-5-43 | PR | NWNW | 33 | 5N | 43W | Y |
| 307 | 125 | 10406 | ROYAL 5-33-5-43 | PR | SWNW | 33 | 5N | 43W | |
| 308 | 125 | 10379 | ROYAL 6-32-5-43 | PR | SENW | 32 | 5N | 43W | |
| 309 | 125 | 10326 | ROYAL 7-29-5-43 | PR | SWNE | 29 | 5N | 43W | |
| 310 | 125 | 10153 | ROYAL 9-32-5-43 | PR | NESE | 32 | 5N | 43W | Y |
| 311 | 125 | 10151 | ROYAL 9-33-5-43 | PR | NENE | 11 | 5N | 45W | Y |
| 312 | 095 | 06470 | SAGEHORN 12-34-6-45 | SI | NWSW | 34 | 6N | 45W | N |
| 313 | 095 | 06469 | SAGEHORN 14-34-6-45 | SI | SESW | 34 | 6N | 45W | Y |

| | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **EXHIBIT OMX305** | | | | | | | | |
| 2 | **Operator of each well is OMIMEX PETROLEUM INC** | | | | | | | | |
| 3 | **API County Code** | **API Sequence Code** | **Well Name** | **Field Status (prior to shut-in)** | **Quarter Quarter** | **Section** | **Town** | **Range** | **Plug (Y/N)** |
| 314 | 125 | 09610 | SCHNELLER 10-22-5-45 | PR | NENE | 11 | 5N | 45W | Y |
| 315 | 125 | 09608 | SCHNELLER 11-23-5-45 | PR | NESW | 23 | 5N | 45W | |
| 316 | 125 | 10299 | SCHNELLER 12-27-5-43 | PR | NWSW | 27 | 5N | 43W | |
| 317 | 125 | 10298 | SCHNELLER 13-27-5-43 | SI | SWSW | 27 | 5N | 43W | Y |
| 318 | 125 | 09612 | SCHNELLER 14-23-5-45 | PR | NENE | 11 | 5N | 45W | Y |
| 319 | 125 | 09609 | SCHNELLER 9-22-5-45 | SI | NESE | 22 | 5N | 45W | Y |
| 320 | 095 | 06117 | SCHOLL 15-13-7-45 | PR | SWSE | 13 | 7N | 45W | |
| 321 | 095 | 06180 | SCHOLL 16-13-7-45 | PR | SESE | 13 | 7N | 45W | N |
| 322 | 095 | 06119 | SEABOARD 16-33-6-45 | SI | SESE | 33 | 6N | 45W | |
| 323 | 095 | 06169 | SOUTH HOLYOKE SWD 1B-25-7-45 | IJ | NE | 25 | 7N | 45W | N |
| 324 | 095 | 06169 | SOUTH HOLYOKE SWD 1B-25-7-45 | IJ | NE | 25 | 7N | 45W | N |
| 325 | 125 | 09841 | STROH 2-35-5-44 | SI | NWNE | 35 | 5N | 44W | |
| 326 | 125 | 09664 | STROH 7-26-5-44 | PR | SWNE | 26 | 5N | 44W | Y |
| 327 | 125 | 10815 | STRUCKMEYER 6-22-5-45 | PR | SENW | 22 | 5N | 45W | |
| 328 | 125 | 10013 | WALCHLE 2-27-5-43 | PR | NWNE | 27 | 5N | 43W | |
| 329 | 125 | 10294 | WALCHLE 3-27-5-43 | PR | NENE | 11 | 5N | 45W | Y |
| 330 | 125 | 10291 | WALCHLE 5-27-5-43 | PR | SWNW | 27 | 5N | 43W | |
| 331 | 125 | 10012 | WALCHLE 9-27-5-43 | PR | NESE | 27 | 5N | 43W | Y |
| 332 | 095 | 06123 | WORLEY 1-2-6-45 | PR | NENE | 2 | 6N | 45W | N |
| 333 | 095 | 06142 | WORLEY 12-24-7-45 | PR | NWSW | 24 | 7N | 45W | N |
| 334 | 095 | 06115 | WORLEY 13-19-7-44 | PR | SWSW | 19 | 7N | 44W | N |
| 335 | 095 | 06141 | WORLEY 13-24-7-45 | PR | SWSW | 24 | 7N | 45W | |
| 336 | 095 | 06288 | WORLEY 14-19-7-44 | PR | SESW | 19 | 7N | 44W | N |
| 337 | 095 | 06140 | WORLEY 14-24-7-45 | PR | SESW | 24 | 7N | 45W | |
| 338 | 095 | 06100 | WORLEY 3-24-7-45 | PR | NENW | 24 | 7N | 45W | N |
| 339 | 095 | 06146 | WORLEY 4-24-7-45 | PR | NWNW | 24 | 7N | 45W | |
| 340 | 095 | 06148 | WORLEY 5-24-7-45 | PR | SWNW | 24 | 7N | 45W | N |
| 341 | 095 | 06147 | WORLEY 6-24-7-45 | PR | SENW | 24 | 7N | 45W | |
| 342 | 095 | 06189 | WORLEY 8-2-6-45 | PR | NENE | 11 | 5N | 45W | N |
| 343 | https://weycerkaplan-my.sharepoint.com/personal/jcarruth_wkpz_com/Documents/WKPZ 100 alpha/OmiMex McLaughlin/[exh omx005 Omimex Well List 2025-02- | | | | | | | | |
| 344 | | | | | | | | | |