**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 25-cv-03123-KAS

UNITED CASUALTY & SURETY INSURANCE COMPANY,

Plaintiff,

v.

RAVENWOOD ENERGY PARTNERS, LP,
DENNIS MCLAUGHLIN,
ANGELA MCLAUGHLIN,
CHRISTOPHER CHAMBERS, and
RHONDA CHAMBERS,

Defendants.

---

**UNITED CASUALTY & SURETY INSURANCE COMPANY'S MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS ANGELA MCLAUGHLIN AND RAVENWOOD ENERGY PARTNERS, LP**

---

Plaintiff, United Casualty & Surety Insurance Company ("UCS"), by and through its undersigned counsel, The Hustead Law Firm, *A Professional Corporation*, hereby and pursuant to Fed. R. Civ. P. 55(a), submits its Motion for Clerk's Entry of Default against Defendants, Angela Mclaughlin and Ravenwood Energy Partners, LP (collectively "Defendants"), jointly and severally, and as grounds therefore, states as follows:

1. This Motion seeks an entry of default by the clerk only. UCS will move for entry of a default judgment after the entry of default by the clerk.

2. On October 3, 2025, UCS filed its Complaint (the "Complaint") against Defendants, *See* **Exhibit 1**.

3. On October 9, 2025, UCS served the Complaint on Defendant Angela McLaughlin. *See* **Exhibit 2** – Affidavit of Service for Angela McLaughlin.

4. Pursuant to Fed. R. Civ. P., Rule 12(a)(1)(A)(i), Defendant Angela McLaughlin's Answer or Response to the Complaint was due on October 30, 2025 – 21 days after the Complaint was served upon her.

5. On October 15, 2025, UCS served the Complaint on Defendant Ravenwood Energy Partners, LLP. *See* **Exhibit 3** – Affidavit of Service for Ravenwood Energy Partners, LLP.

6. Pursuant to Fed. R. Civ. P., Rule 12(a)(1)(A)(i), Defendant Ravenwood Energy Partners, LLP's Answer or Response to the Complaint was due on November 5, 2025 – 21 days after the Complaint was served upon it.

7. To date, Defendants have failed to file their answers or otherwise respond to the Complaint as required by the Federal Rules. Accordingly, Defendants are now in default pursuant to Fed. R. Civ. P. Rule 55(a). *See* **Exhibit 4** – Affidavit of Jeffrey A. Hegewald.

8. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the USC's claim occurred in Colorado. *See id*.

9. Neither Defendant is a military service member, minor, or incompetent person. *See* **Exhibit 5** – Angela McLaughlin Servicemembers Civil Relief Act Report.

WHEREFORE, based on the grounds set forth above, UCS is entitled to Entry of a Clerk's Default against Defendants, and respectfully requests the Court and its Clerk to place upon the Court's docket a notice of Entry of Default.

Respectfully submitted this 12th day of November, 2025.

The Hustead Law Firm
*A Professional Corporation*

*The Original Signature is on File at
The Hustead Law Firm, A Professional
Corporation*

*/s/ Jeffrey A. Hegewald*
Patrick Q. Hustead, Esq.
Jeffrey A. Hegewald, Esq.
Jason J. Patel, Esq.
The Hustead Law Firm, *A Professional Corporation*
4643 S. Ulster Street, Suite 1250
Denver, CO 80237
Ph. (303) 721-5000
pqh@thlf.com
jah@thlf.com
jjp@thlf.com
*Attorneys for Plaintiff United Casualty & Surety Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November, 2025, a true and correct copy of the foregoing **UNITED CASUALTY & SURETY INSURANCE COMPANY'S MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS ANGELA MCLAUGHLIN AND RAVENWOOD ENERGY PARTNERS, LP** was electronically filed and served via USDC e-filing and/or e-mail, and addressed to the following:

Christopher Chambers
2523 Meadow Brook Drive
Norman, OK 73072

*Pro Se*

Rhonda Chambers
2523 Meadow Brook Drive
Norman, OK 73072

*Pro Se*

Angela McLaughlin
549 Wright Road
Clarksdale, MS 38614

*Pro Se*

Dennis McLaughlin
2701 East Rock Creek Road
Norman, OK 73071

*Pro Se*

Ravenwood Energy Partners
c/o Registered Agent Quick Law Group
1035 Pearl Street, Suite 331
Boulder, CO 80302

*Pro Se*

*Original Signature is on File at*
*The Hustead Law Firm, A Professional*
*Corporation*

*s/ Jeffrey A. Hegewald*
Jeffrey A. Hegewald, Esq.