**EXHIBIT 2**





Civil Action No. 1:25-cv-03123-KAS

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ANGELA MCLAUGHLIN was received by me on *(date)* 10/08/2025.

[X] I personally served the summons on the individual at *(place)* 549 WRIGHT RD, CLARKSDALE, MS 38614 on *(date)* Thu, Oct 09 2025 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, at the address of ____________ on *(date)* ____________ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* ____________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________ at the address of ____________ on *(date)* ____________ ; or

[ ] I returned the summons unexecuted because: ____________ ; or

[ ] Other: ____________ ; or

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ ____________.

I declare under penalty of perjury that this information is true.

Date: Oct 10, 2025

*Server's signature*

Richard Storey, Private Process Server

*Printed name and title*

Quantum Process, LLC 418 Pittman Rd., Ellisville, MS 39437 (601)800-2004

*Server's address*