**EXHIBIT 3**





AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Ravenwood Energy Partners c/o RA Quick Law Group was received by me on *(date)* 10/8/2025.

❒ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Jeff Quick - Quick Law, who is designated by law to accept service of process on behalf of *(name of organization)* Ravenwood Energy Partners on *(date)* 10/15/2025 ; at 10:00 AM

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/16/25

Katherine M Young
*Server's signature*

Katherine Young - Northstar Process Servers
*Printed name and title*

PO Box #9075, Denver CO 80209
*Server's address*

Additional information regarding attempted service, etc:

Address for Service: 1035 Pearl St Suite #331 Boulder, CO 80302