**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 25-cv-03123-KAS

UNITED CASUALTY & SURETY INSURANCE COMPANY,

Plaintiff,

v.

RAVENWOOD ENERGY PARTNERS, LP,
DENNIS MCLAUGHLIN,
ANGELA MCLAUGHLIN,
CHRISTOPHER CHAMBERS, and
RHONDA CHAMBERS,

Defendants.

---

**AFFIDAVIT OF JEFFREY A. HEGEWALD**

---

STATE OF COLORADO )
)
COUNTY OF DENVER )

I, Jeffrey A. Hegewald, having been duly sworn, state as follows:

1. I am the attorney for Plaintiff, United Casualty & Surety Insurance Company ("UCS") in this action, and I make this Affidavit in support of UCS's Motion for Entry of Default against Defendants Angela Mclaughlin and Ravenwood Energy Partners, LP (collectively "Defendants") based upon my personal knowledge, and the facts stated are true and correct to my best knowledge and belief.

2. On October 3, 2025, UCS filed its Complaint in the above-captioned action against Defendants Ravenwood Energy Partners, LP, Dennis McLaughlin, Angela McLaughlin, Christopher Chambers, and Rhonda Chambers.

3. On October 9, 2025, UCS properly served the Complaint upon Defendant Angela McLaughlin in accordance with Fed. R. Civ. P. 4.

4. On October 15, 2025, UCS properly served the Complaint upon Defendant Ravenwood Energy Partners, LP.

5. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant Angela McLaughlin was required to file and serve her responsive pleading no later than October 30, 2025 (21 days after service). Defendant Ravenwood Energy Partners, LP was required to respond no later than November 5, 2025.

6. As of the date of this Affidavit, neither of the Defendants named above has filed or served an answer, motion, or any other responsive pleading, nor have they sought an extension of time to respond.

7. Neither Defendant is known to be a minor, an incompetent person, or member of the military service as defined by the Servicemembers Civil Relief Act (50 U.S.C. § 3931).

8. Accordingly, Defendants are in default pursuant to Fed. R. Civ. P. 55(a).

9. UCS therefore respectfully requests that the Clerk of Court enter default against the above-named Defendants.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this 11th day of November, 2025.

______________________
Jeffrey A. Hegewald, Esq.

SUBSCRIBED AND SWORN to before me on this 11th day of November, 2025, by Jeffrey A. Hegewald, Esq.

Witness my hand and official seal.

DANIELLE ELISE JONES
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20254023456
MY COMMISSION EXPIRES 06/23/2029

My commission expires: 6/23/29

______________________
Notary Public