**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 25-cv-03123-KAS

UNITED CASUALTY & SURETY INSURANCE COMPANY,

Plaintiff,

v.

RAVENWOOD ENERGY PARTNERS, LP,
DENNIS MCLAUGHLIN,
ANGELA MCLAUGHLIN,
CHRISTOPHER CHAMBERS, and
RHONDA CHAMBERS,

Defendants.

---

**[PROPOSED] ORDER GRANTING UNITED CASUALTY & SURETY INSURANCE COMPANY'S MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS ANGELA MCLAUGHLIN AND RAVENWOOD ENERGY PARTNERS, LP**

---

This Court and Clerk having received and reviewed United Casualty & Surety Insurance Company's ("UCS") Motion for Clerk's Entry of Default against Defendants, Angela Mclaughlin and Ravenwood Energy Partners, LP (collectively "Defendants"), and being duly apprised in the premises of the same, hereby makes the following findings and conclusions:

1. On October 9, 2025, Defendant Angela Mclaughlin was served with a copy of UCS's Complaint.

2. On October 15, 2025, Defendant Ravenwood Energy Partners, LP was served with a copy of UCS's Complaint.

3. Defendants have not timely filed an Answer or otherwise responded to the Complaint pursuant to Fed. R. Civ. P., Rule 12(a)(1)(A)(i) and, therefore, default is being entered against Defendants for failure to plead or otherwise defend under Fed. R. Civ. P. 55(a).

4. Venue has been considered and is proper in the United States District Court for the District of Colorado pursuant to 28 U.S.C. § 1391(b)(2).

5. Neither Defendant is a minor, an incompetent person, or military servicemember.

THEREFORE, a clerk's default shall be entered upon the record in favor of UCS and against Defendants Angela McLaughlin and Ravenwood Energy Partners, LP.

Dated this _____ day of _________________, 2025.

BY THE COURT:

______________________________
U.S. District Court Judge/Clerk