**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*1:28 pm, Nov 20, 2025*
**JEFFREY P. COLWELL, CLERK**

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03123-KAS

UNITED CASUALTY & SURETY INSURANCE COMPANY,

  Plaintiff,

v.

RAVENWOOD ENERGY PARTNERS, LP.,
DENNIS MCLAUGHLIN,
ANGELA MCLAUGHLIN,
CHRISTOPHER CHAMBERS, and
RHONDA CHAMBERS,

  Defendants.

---

## AMENDED ANSWER FOR DEFENDANTS
## CHRISTOPHER AND RHONDA CHAMBERS

---

This amended answer, filed on behalf of Defendants Christopher and Rhonda Chambers, states:

Plaintiff United Casualty & Surety Insurance Company's Complaint, at page 2, paragraph 2, is denied. In that paragraph, Plaintiff alleges that Defendant "Ravenwood" is a Texas corporation that is considered a citizen of the State of Texas for jurisdictional purposes.

However, according to the Colorado Secretary of State's records (see attached), the Defendant, whose name appears in Plaintiff's caption to this lawsuit as "Ravenwood Energy Partners LP", is upon information and belief a Limited Partnership. See Colorado Secretary of State filing dated 8/29/2018, ID Number 20181688247. This filing notes that, "There are at least

two partners in the partnership, at least one of whom is a limited partner".  Defendants Chambers do not have information regarding the complete list of partners of Ravenwood Energy Partners LP.

Therefore, this Court lacks jurisdiction over this matter, since there is insufficient information from the pleadings whether there is complete diversity of citizenship.  See *Grynberg v Kinder Morgan Energy Partners, L.P., 805 F.3d 901, 905-906 (10th Cir. 2015) (an unincorporated entity's citizenship is typically determined by its members' citizenship); ADA Carbon Solutions (Red River) LLC v. Atlas Carbon, LLC, 146 F.4d 1296, 1302 (10th Cir. 2025).*

Defendants also deny all allegations not specifically admitted herein.

Defendants also reserve the right to amend their answer upon further investigation and upon confirmation that this court has jurisdiction over the claims and parties as pled in the Plaintiff's Complaint.

Respectfully submitted this 20th day of November, 2025.

*s/ Christopher Chambers*
Christopher Chambers, Pro Se

*s/ Rhonda Chambers*
Rhonda Chambers, Pro Se

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of November, 2025, a true and correct copy of the foregoing **AMENDED ANSWER FOR DEFENDANTS CHRISTOPHER AND RHONDA CHAMBERS** was filed with the Court and served via mail to the following:

Patrick Q. Hustead, Esq.
Jeffrey A. Hegewald, Esq.
Jason J. Patel, Esq.
The Hustead Law Firm, A Professional Corporation
4643 S. Ulster Street, Suite 1250, Denver, CO 80237
Phone: (303) 721-5000
pqh@thlf.com
jah@thlf.com
jjp@thlf.com

*Attorneys for Plaintiff United Casualty & Surety Insurance Company*

Angela McLaughlin
549 Wright Road
Clarksdale, MS 38614

*Pro Se*

Dennis McLaughlin
2701 East Rock Creek Road,
Norman, OK 73071

*Pro Se*

Ravenwood Energy Partners
c/o Registered Agent Quick Law Group
1035 Pearl Street, Suite 331
Boulder, CO 80302

*Pro Se*

*s/ Christopher Chambers*
Christopher Chambers, Pro Se

*s/ Rhonda Chambers*
Rhonda Chambers, Pro Se

3