FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
11/28/2025
JEFFREY P. COLWELL, CLERK

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03123-KAS

UNITED CASUALTY & SURETY INSURANCE COMPANY,

      Plaintiff,

v.

RAVENWOOD ENERGY PARTNERS, LP.,
DENNIS MCLAUGHLIN,
ANGELA MCLAUGHLIN,
CHRISTOPHER CHAMBERS, and
RHONDA CHAMBERS,

      Defendants.

---

**DEFENDANTS CHRISTOPHER AND RHONDA CHAMBERS RESPONSE TO PLAINTIFF UNITED CASUALTY & SURETY INSURANCE COMPANY'S MOTION FOR CLERK'S ENTRY OF DEFAULT AGAISNT DEFENDANTS ANGELA McLAUGHLIN AND RAVENWOOD ENERGY PARTNERS, LP**

---

Defendants Christopher and Rhoda Chambers respond to Plaintiff's motion as follows:

1.    Defendants believe an answer was filed by Ms. Angela McLaughlin to the Plaintiff's complaint and therefore contest the claim that an answer was not filed on behalf of Ms. McLaughlin.

2.    Defendants are not aware of whether or not proper service of process was made on Defendant Ravenwood Energy Partners, LP.  However, it remains that Plaintiff has not explained to this Court who the partners of Ravenwood Energy Partners are, nor what their citizenship is or may be.  Therefore, this Court cannot have jurisdiction over this matter until it is established that

all defendants and the plaintiff have complete diversity of citizenship.  See Defendants' Amended Answer previously filed in this case.

3.       Defendants deny all other allegations in Plaintiff's motion not specifically admitted herein.


Respectfully submitted this 28th day of November, 2025.


s/ Christopher Chambers
Christopher Chambers, Pro Se


s/ Rhonda Chambers
Rhonda Chambers, Pro Se

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this _____ day of November, 2025, a true and correct copy of the foregoing **DEFENDANTS CHRISTOPHER AND RHONDA CHAMBERS RESPONSE TO PLAINTIFF UNITED CASUALTY & SURETY INSURANCE COMPANY'S MOTION FOR CLERK'S ENTRY OF DEFAULT AGAISNT DEFENDANTS ANGELA McLAUGHLIN AND RAVENWOOD ENERGY PARTNERS, LP** was filed with the Court and served via mail to the following:

Patrick Q. Hustead, Esq.
Jeffrey A. Hegewald, Esq.
Jason J. Patel, Esq.
The Hustead Law Firm, A Professional Corporation
4643 S. Ulster Street, Suite 1250, Denver, CO 80237
Phone: (303) 721-5000
pqh@thlf.com
jah@thlf.com
jjp@thlf.com

*Attorneys for Plaintiff United Casualty & Surety Insurance Company*

Angela McLaughlin
549 Wright Road
Clarksdale, MS 38614

*Pro Se*

Dennis McLaughlin
2701 East Rock Creek Road,
Norman, OK 73071

*Pro Se*

Ravenwood Energy Partners
c/o Registered Agent Quick Law Group
1035 Pearl Street, Suite 331
Boulder, CO 80302

*Pro Se*

*s/ Christopher Chambers*_____
Christopher Chambers, Pro Se

3

_s/ Rhonda Chambers_
Rhonda Chambers, Pro Se