**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 25-cv-03123-KAS

UNITED CASUALTY & SURETY INSURANCE COMPANY,

Plaintiff,

v.

RAVENWOOD ENERGY PARTNERS, LP,
DENNIS MCLAUGHLIN,
ANGELA MCLAUGHLIN,
CHRISTOPHER CHAMBERS, and
RHONDA CHAMBERS,

Defendants.

---

**UNITED CASUALTY & SURETY INSURANCE COMPANY'S MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT DENNIS MCLAUGHLIN**

---

Plaintiff, United Casualty & Surety Insurance Company ("UCS"), through its undersigned counsel, The Hustead Law Firm, *A Professional Corporation*, hereby and pursuant to Fed. R. Civ. P. 55(a), submits its Motion for Clerk's Entry of Default against Defendant Dennis McLaughlin ("Defendant"), and as grounds therefore, states as follows:

1. This Motion seeks an entry of default by the clerk only. UCS will move for entry of a default judgment after the entry of default by the clerk.

2. On October 3, 2025, UCS filed its Complaint (the "Complaint") against Defendant. *See* **Exhibit 1**.

3. On October 30, 2025, UCS served the Complaint on Defendant. *See* **Exhibit 2** – Affidavit of Service for Dennis McLaughlin.

4. Pursuant to Fed. R. Civ. P., Rule 12(a)(1)(A)(i), Defendant's Answer or Response to the Complaint was due on November 20, 2025 – 21 days after the Complaint was served upon him.

5. To date, Defendant has failed to file his answer or otherwise respond to the Complaint as required by the Federal Rules. Accordingly, Defendant is now in default pursuant to Fed. R. Civ. P. Rule 55(a). *See* **Exhibit 3** – Affidavit of Jeffrey A. Hegewald.

6. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the USC's claim occurred in Colorado. *See id*.

7. Defendant is not a military service member, minor, or incompetent person. *See* **Exhibit 4** – Dennis McLaughlin Servicemembers Civil Relief Act Report.

WHEREFORE, based on the grounds set forth above, UCS is entitled to Entry of a Clerk's Default against Defendant Dennis McLaughlin, and respectfully requests the Court and its Clerk to place upon the Court's docket a notice of Entry of Default.

(signature follows)

Respectfully submitted this 1st day of December, 2025.

The Hustead Law Firm
*A Professional Corporation*

*The Original Signature is on File at*
*The Hustead Law Firm, A Professional Corporation*

*/s/ Jeffrey A. Hegewald*

Patrick Q. Hustead, Esq.
Jeffrey A. Hegewald, Esq.
Jason J. Patel, Esq.
The Hustead Law Firm, *A Professional Corporation*
4643 S. Ulster Street, Suite 1250
Denver, CO 80237
Ph. (303) 721-5000
pqh@thlf.com
jah@thlf.com
jjp@thlf.com
*Attorneys for Plaintiff United Casualty & Surety Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this -- day of December, 2025, a true and correct copy of the foregoing **UNITED CASUALTY & SURETY INSURANCE COMPANY'S MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT DENNIS MCLAUGHLIN** was electronically filed and served via USDC e-filing and/or e-mail, and addressed to the following:

Christopher Chambers
2523 Meadow Brook Drive
Norman, OK 73072
kchambers@ravenwoodlabs.com

*Pro Se*

Rhonda Chambers
2523 Meadow Brook Drive
Norman, OK 73072
kchambers@ravenwoodlabs.com

*Pro Se*

Angela McLaughlin
549 Wright Road
Clarksdale, MS 38614

*Pro Se*

Dennis McLaughlin
2701 East Rock Creek Road
Norman, OK 73071

*Pro Se*

Ravenwood Energy Partners
c/o Registered Agent Quick Law Group
1035 Pearl Street, Suite 331
Boulder, CO 80302

*Pro Se*

*Original Signature is on File at*
*The Hustead Law Firm, A Professional Corporation*

*S/ Jeffrey A. Hegewald*
Jeffrey A. Hegewald, Esq.