**EXHIBIT 2**



## AFFIDAVIT OF SERVICE

| | | | |
|---|---|---|---|
| **Case:** 1:25-cv-03123-KAS | **Court:** UNITED STATES DISTRICT COURT for the District of Colorado | **County:** , CO | **Job:** 14485205 |
| **Plaintiff / Petitioner:** United Casualty & Surety Insurance Company | | **Defendant / Respondent:** RAVENWOOD ENERGY PARTNERS, LP, DENNIS MCLAUGHLIN, ANGELA MCLAUGHLIN, CHRISTOPHER CHAMBERS, and RHONDA CHAMBERS | |
| **Received by:** RMM Service of Process LLC | | **For:** The Hustead Law Firm | |
| **To be served upon:** Dennis McLaughlin | | | |

I, Ryley McGee, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Dennis McLaughlin, Home: 2701 East Rock Creek Road, Norman, OK 73071
**Manner of Service:** Personal/Individual, Oct 30, 2025, 3:32 pm CDT
**Documents:** SUMMONS, COMPLAINT

**Additional Comments:**
1) Successful Attempt: Oct 30, 2025, 3:32 pm CDT at Home: 2701 East Rock Creek Road, Norman, OK 73071 received by Dennis McLaughlin. Age: 60; Ethnicity: Caucasian; Gender: Male; Weight: 220; Height: 5'10"; Hair: Gray;

[signature] 11/4/25
Ryley McGee — **Date**
PSS-2025-1 - Grady County

RMM Service of Process LLC
308 Summer Oaks Drive
Blanchard, OK 73010
4056059364

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Diana Aleen McGee
**Notary Public**

11/4/25 — 6/30/26
**Date** — **Commission Expires**

NOTARY SEAL PUBLIC
DIANA ALEEN MCGEE
NOTARY PUBLIC
STATE OF OKLAHOMA
Commission # 22008921 Expires 06/30/26