**EXHIBIT 3**

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 25-cv-03123-KAS

UNITED CASUALTY & SURETY INSURANCE COMPANY,

Plaintiff,

v.

RAVENWOOD ENERGY PARTNERS, LP,
DENNIS MCLAUGHLIN,
ANGELA MCLAUGHLIN,
CHRISTOPHER CHAMBERS, and
RHONDA CHAMBERS,

Defendants.

---

**AFFIDAVIT OF JEFFREY A. HEGEWALD, ESQ.**

---

STATE OF COLORADO )
)
COUNTY OF DENVER )

I, Jeffrey A. Hegewald, Esq. having been duly sworn, state as follows:

1. I am the attorney for Plaintiff, United Casualty & Surety Insurance Company ("UCS") in this action, and I make this Affidavit in support of UCS's Motion for Entry of Clerk's Default against Defendant Dennis Mclaughlin ("Defendant") based upon my personal knowledge, and the facts stated are true and correct to my best knowledge and belief.

2. On October 3, 2025, UCS filed its Complaint in the above-captioned action against Defendants Ravenwood Energy Partners, LP, Dennis McLaughlin, Angela McLaughlin, Christopher Chambers, and Rhonda Chambers.

3. On October 30, 2025, UCS properly served the Complaint upon Defendant in accordance with Fed. R. Civ. P. 4.

4. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant was required to file and serve his responsive pleading no later than November 20, 2025 (21 days after service).

5. As of the date of this Affidavit, Defendant has not filed or served an answer, motion, or any other responsive pleading, nor has he sought an extension of time to respond.

6. Defendant is not known to be a minor, an incompetent person, or member of the military service as defined by the Servicemembers Civil Relief Act (50 U.S.C. § 3931).

7. Accordingly, Defendant is in default pursuant to Fed. R. Civ. P. 55(a).

8. UCS therefore respectfully requests that the Clerk of Court enter default against Defendant Dennis McLaughlin.

FURTHER AFFIANT SAYETH NAUGHT.

Dated this 25th day of November, 2025.

Jeffrey A. Hegewald, Esq.

SUBSCRIBED AND SWORN to before me on this 25th day of November, 2025, by Jeffrey A. Hegewald, Esq.

Witness my hand and official seal.

My commission expires: 6/23/29

Notary Public

DANIELLE ELISE JONES
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20254023455
MY COMMISSION EXPIRES 06/23/2029