**EXHIBIT 4**

scra
Servicemembers Civil Relief Act
CENTRALIZED VERIFICATION SERVICE

2300 N Street NW Suite 300-RLK
Washington, DC 20037
(202) 462-0600
www.ServicemembersCivilReliefAct.com
support@ServicemembersCivilReliefAct.com

# AFFIDAVIT IN COMPLIANCE WITH THE SERVICEMEMBERS CIVIL RELIEF ACT

**Tracking No. 202511251954**
**Active Duty Status Date: November 25, 2025**

**District of Columbia, ss:**

My name is Kate B. Stupin and I am a Legal Assistant with the Servicemembers Civil Relief Act Centralized Verification Service at www.ServicemembersCivilReliefAct.com. I am more than eighteen (18) years of age, of sound mind, suffer from no legal or mental disabilities, and I am fully competent to testify to the matters stated herein.

Pursuant to the Servicemembers Civil Relief Act [50 USC 3911 et seq.], I further state that I have caused a careful investigation to be made to ascertain whether or not

## DENNIS MCLAUGHLIN

is in Active Duty Status as to all Departments of the Department of Defense (Army, Navy, Marine Corps, Air Force, and Space Force) as well as the National Oceanic and Atmospheric Agency, Public Health Service, and Coast Guard, including information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty, and that as a result of said inquiry, affiant does hereby state that, based upon the information you have furnished, as of the Active Duty Status Date (referenced above), there is no information in the Department of Defense Manpower Data Center that indicates that the individual is in Active Duty Status.

Kate B. Stupin

This multi-page document SUBSCRIBED AND SWORN to before me on December 1, 2025.

Oscar A. Ticas
NOTARY PUBLIC, D.C.

My Commission Expires: December 14, 2029

OSCAR A. TICAS
NOTARY PUBLIC
MY COMMISSION EXPIRES 12/14/2029
DISTRICT OF COLUMBIA