**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 25-cv-03123-KAS

UNITED CASUALTY & SURETY INSURANCE COMPANY,

Plaintiff,

v.

RAVENWOOD ENERGY PARTNERS, LP,
DENNIS MCLAUGHLIN,
ANGELA MCLAUGHLIN,
CHRISTOPHER CHAMBERS, and
RHONDA CHAMBERS,

Defendants.

---

**[PROPOSED] ORDER GRANTING UNITED CASUALTY & SURETY INSURANCE COMPANY'S MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT DENNIS MCLAUGHLIN**

---

This Court and Clerk having received and reviewed United Casualty & Surety Insurance Company's ("UCS") Motion for Clerk's Entry of Default against Defendant, Dennis Mclaughlin ("Defendant"), and being duly apprised in the premises of the same, hereby makes the following findings and conclusions:

1. On October 30, 2025, Defendant was served with a copy of UCS's Complaint.

2. Defendant has not timely filed an Answer or otherwise responded to the Complaint pursuant to Fed. R. Civ. P., Rule 12(a)(1)(A)(i) and, therefore, default is being entered against Defendant for failure to plead or otherwise defend under Fed. R. Civ. P. 55(a).

3. Venue has been considered and is proper in the United States District Court for the District of Colorado pursuant to 28 U.S.C. § 1391(b)(2).

4. Defendant is not a minor, an incompetent person, or military servicemember.

THEREFORE, a clerk's default shall be entered upon the record in favor of UCS and against Defendant Dennis McLaughlin.

Dated this _____ day of _________________, 2025.

BY THE COURT:

______________________________
U.S. District Court Judge/Clerk