EXHIBIT 2



Home My Network 13 Jobs Messaging 4 Notifications 17 Me For Business Retry Premi



## Christopher (Kit) Chambers · 3rd

Partner at Ravenwood Energy Partners, LP

- Ravenwood Energy Partners, LP
- University of Oklahoma

Oklahoma City, Oklahoma, United States · Contact info

473 connections

Message + Follow More

## About

Accomplished Senior Manager and Executive, with expertise in corporate management, developing business opportunities, and leading operations within the energy industry. Proven ability to translate technical concepts into business solutions while acting as a primary interface with the investment banking communi ...see more

## Activity

481 followers

Christopher (Kit) Chambers commented on a post • 1yr

Congratulations to everyone!

Show all comments →

## Experience

**Partner**
Ravenwood Energy Partners, LP · Full-time
Jan 2017 - Present · 8 yrs 11 mos

Own and manage two oil & gas operating companies in Oklahoma and Colorado.

**Petrochemicals, Presentations and +9 skills**

**Partner**
ECAP Holdings
Sep 2014 - Dec 2016 · 2 yrs 4 mos

Helping to build the ECAP machine.

**Presentations, Presentation Skills and +7 skills**

**Vice President of Business Development**
Ravenwood Energy, LLC
Jan 2011 - Oct 2014 · 3 yrs 10 mos
Dallas-Fort Worth Metroplex

Oil & gas production company focused on leveraging lateral drilling technology to rework existing production.

**Petrochemicals, Presentations and +6 skills**

**Executive Vice President, Director**
Evolution Resources, Inc.
Mar 2009 - Dec 2011 · 2 yrs 10 mos
Dallas-Fort Worth Metroplex

Strategic project development, technology development. Liaised with business and technology partners such as North Carolina State U ...see more

**Presentations, Presentation Skills and +4 skills**

**Executive Vice President, Business Development**
Evolution Fuels, Inc.
Apr 2004 - Dec 2010 · 6 yrs 9 mos
Dallas-Fort Worth Metroplex

Provided corporate-wide communications, investor presentations, IT management, project management. Created and implemented processes f...

**Presentations, Presentation Skills and +5 skills**

Show all 7 experiences →

## Education

**University of Oklahoma**
Bachelor, Communications, Mathematics
1982 - 1987

**Business-to-Business (B2B), Business Requirements and +8 skills**

**University of Oklahoma**
Bachelor of Science (B.S.)

## Skills

**Establishing Priorities**

7 experiences across Ravenwood Energy Partners, LP and 6 other companies

University of Oklahoma

2 endorsements

**Energy**

7 experiences across Ravenwood Energy Partners, LP and 6 other companies

University of Oklahoma

1 endorsement

Show all 50 skills →

## Interests

Companies Groups Schools

Southwest Airlines
791,179 followers
+ Follow

LHH
3,922,943 followers
+ Follow

Show all companies →

Promoted •••
T-Priority
Jason J., we've got you.
You serve others—let us serve you. T-Priority can keep you in the loop
Follow

More profiles for you


Ronald Hill · 3rd
Managing Partner at The Baker Group LP
Message


Jeffery Scott DiBartolo · 3rd
Finance Director at Concord Summit Capital
Message


Mariah Brown · 3rd
.
+ Follow


Mary Anne Lucas · 3rd
President at Journey House Travel
Message


Linda Berndt · 3rd
Vice President Government and Public Affairs @ Self | External Relations
Message

Show all

People you may know
From Christopher (Kit)'s job title


Brian Calandra
Ramos Law
Connect


Kevin McSwain
Partner at McSwain Rapp Law LLC

Connect

**Thomas Valenti**
Partner at Lucas, Apostolopoulos & Valenti, Ltd.
Connect

**Patrick Edgerton**
Partner, Edgerton & Edgerton, Attorneys at Law
Areas of Practice: ...
Connect

**Rikki Barrow**
US Immigration Attorney
Connect

Show all

## You might like

Pages for you

**American Bar Association**
Legal Services
343,388 followers
29 connections follow this page
+ Follow

**Law360**
Online Audio and Video Media
144,558 followers
17 connections follow this page
+ Follow

Show all