EXHIBIT 4



Home My Network Jobs Messaging Notifications Me For Business Retry Premi



# Dennis McLaughlin · 3rd

Energy finance

- Ravenwood Energy Partners, LP
- University of Oklahoma

Dallas, Texas, United States · Contact info

500+ connections

Message Connect More

## About

Experienced Managing Partner with a demonstrated history of working in the investment management industry. Skilled in Business Planning, Management, Due Diligence, Entrepreneurship, Financial Structuring and Strategic Planning. Strong business development professional with extensive experience in early to mid stage…

## Activity

771 followers

Posts Comments

**Dennis McLaughlin** reposted this • 1mo

**Gary Vaynerchuk**

Fear has everyone f*cked up … Let me take the fear out of you … f*ck being scared of rejection .. fr…

Show all posts →

## Experience

**Managing Partner**
Ravenwood Energy Partners, LP
Jan 2017 - Present · 8 yrs 11 mos

**Managing Partner**
ECAP Holdings, LLC
Jan 2013 - Present · 12 yrs 11 mos

**Executive**
Ravenwood Labs
Dec 2011 - Apr 2013 · 1 yr 5 mos
Dallas-Fort Worth Metroplex

Energy

## Education

**University of Oklahoma**
Economics, Economics and Finance
1983 - 1990
Activities and societies: Phi Gamma Delta Fraternity, National Honor Society

## Skills

**Art**
1 endorsement

**Project Management**
Endorsed by 2 people in the last 6 months

6 endorsements

Show all 14 skills →

## Interests

Top Voices Companies Groups Newsletters



**Mario Amaro, MD** · 3rd
LinkedIn Top Voice in Healthcare - CEO at Cline - Doctor of Medicine
11,807 followers
+ Follow



**Gretchen Rubin** · 3rd
Author of 7 NYT bestsellers on happiness & human nature | New advice podcast “Since You Asked” out now! Subscribe & listen below
2,876,239 followers
+ Follow

Show all Top Voices →

Ad •••
U.S. Bank Access Business supports your business at every stage.



usbank

Together, we fuel growth.

Learn More

### More profiles for you



**Dean Purcelli** · 3rd
Managing Partner | Principal at WhiteBoard Advisory Partners LLC

Message


John Drury ICMA-CM AAE · 3rd
City Administrator, Tavares "America's Seaplane City"
Message


Allan Delmare · 3rd
Dir. Advancement Technology & Services at Christendom College | Distillery Founder | Dad
Message


Gavin Francisco · 3rd
CEO, Behind the Scene
Message

Radhika Rengarajan · 3rd
Finance & Operations
Message

Show all

People you may know


Renada Walcome
Associate Attorney
Connect


Eli Metz
Associate Attorney at White and Steel, P.C.
Connect


Stephanie Northey
Registered Nurse
Connect


Kevin Hoskins
Claims Attorney at SECURA Insurance Companies
Connect


Sebastian P. Melo-Ortiz, Esq.
Senior Associate Attorney at Segal McCambridge Singer & Mahoney - Licensed in New York and Colorado
Connect

Show all