EXHIBIT 7

# FRANCHISE TAX ACCOUNT STATUS

This record as of November 26, 2025 at 09:39:58

# RAVENWOOD HOLDINGS LLC

| | |
|---|---|
| **Texas Taxpayer Number:** | 32041864730 |
| **Mailing Address:** | 501 LAVACA TRL<br>COLLEYVILLE, TX 76034 - 7643 |
| **Right to Transact Business in Texas:** | ACTIVE |
| **State of Formation:** | TX |
| **SOS Registration Status (SOS status updated each business day):** | ACTIVE |
| **Effective SOS Registration Date:** | 05/17/2010 |
| **Texas SOS File Number:** | 0801269689 |
| **Registered Agent Name:** | JASON RASMUSSON |
| **Registered Office Street Address:** | 501 LAVACA TR<br>COLLEYVILLE, TX 76034 |

## Public Information Report for Year 2025

| Title | Name and Address |
|---|---|
| MEMBER | **JASON RASMUSSON**<br>501 LAVACA TR<br>COLLEYVILLE, TX 76034<br>**Source:** CPA |

Information on this site is obtained from the most recent Public Information

Report (PIR) submitted to the Comptroller of Public Accounts (CPA) or from the most recent PIR processed by the Secretary of State (SOS). Annual PIRs submitted to the CPA are forwarded to the SOS.