EXHIBIT 9



# TEXAS SECRETARY of STATE
# JANE NELSON

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

**Filing Number:** 800389815
**Original Date of Filing:** September 15, 2004
**Formation Date:** N/A
**Tax ID:** 32015814091
**Duration:** Perpetual

**Entity Type:** Domestic Limited Liability Company (LLC)
**Entity Status:** Voluntarily terminated

**FEIN:**

**Name:** Ravenwood Enterprises, LLC
**Address:** 6805 HILLCREST AVE, SUITE 208
DALLAS, TX 75205 USA

REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS

| Name | Name Status | Name Type | Name Inactive Date | Consent Filing # |
|---|---|---|---|---|
| Canton Data Center, LLC | Prior | Legal | May 14, 2013 | |
| Ravenwood Enterprises, LLC | Inactive | Legal | March 1, 2017 | |

Order | Return to Search

Instructions:
- To place an order for additional information about a filing press the 'Order' button.