**EXHIBIT 10**

**Form 651**

Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

**Filing Fee: $40**

## Certificate of Termination of a Domestic Entity

**Filed in the Office of the Secretary of State of Texas**
**Filing #: 800389815 03/01/2017**
**Document #: 718896700003**
**Image Generated Electronically for Web Filing**

### Entity Information

The name of the domestic entity is:

**Ravenwood Enterprises, LLC**

The entity is organized as a : **Domestic Limited Liability Company (LLC)** under the laws of Texas.

The date of formation of the entity is: **September 15, 2004**

The file number issued to the entity by the secretary of state is: **800389815**

### Governing Persons

The names and addresses of each of the filing entity's governing person are:

NAME OF GOVERNING PERSON :
IF INDIVIDUAL

**DENNIS MCLAUGHLIN**

OR
IF ORGANIZATION

ADDRESS OF GOVERNING PERSON :
**6805 Hillcrest Ave Suite 208 Dallas TX, USA 75205-75205**

### Event Requiring Winding Up

The nature of the event requiring winding up is:

**Discontinuation of business activities, voluntary decision to wind up this domestic entity.**

### Completion of Winding Up

The filing entity has complied with the provisions of the Texas Business Organizations Code governing its winding up.

### Effectiveness of Filing

☑ A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

### Tax Certificate

A. ☑ Attached hereto is a certificate from the comptroller of public accounts that all taxes under title 2, Tax Code,

have been paid.

Cert of Account Status - RWE.pdf

B. ☐ The entity is a domestic non profit corporation and is not required to provide a certificate of account status under the provisions of the Texas Business Organizations Code.

**Execution**

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date: **March 1, 2017**

**Dennis McLaughlin**

Signature and title of authorized person(s)

**FILING OFFICE COPY**

TEXAS COMPTROLLER *of* PUBLIC ACCOUNTS

P.O. Box 13528 • Austin, TX 78711-3528

March 1, 2017

RAVENWOOD ENTERPRISES, LLC
2727 DANIEL AVE
DALLAS, TX 75205-1511

# CERTIFICATE OF ACCOUNT STATUS

THE STATE OF TEXAS
COUNTY OF TRAVIS

I, Glenn Hegar, Comptroller of Public Accounts of the State of Texas, DO HEREBY CERTIFY that according to the records of this office

RAVENWOOD ENTERPRISES, LLC

has filed all required reports for taxes administered by the Comptroller under Title 2, Tax Code, and taxes reported due on those reports have been paid. This certificate must be filed with the Texas Secretary of State to legally end the entity's existence in Texas. This certificate is valid through December 31, 2017.

GIVEN UNDER MY HAND AND
SEAL OF OFFICE in the City of
Austin, this 1st day of
March, 2017 A.D.

Glenn Hegar
Texas Comptroller

Taxpayer number: 32015814091
File number: 0800389815

NOTE: Failure by registered Texas entities to legally end existence with the Texas Secretary of State on or before the expiration of this certificate will result in additional franchise tax responsibilities. Texas entities not registered with the Texas Secretary of State and all out-of-state entities are responsible for franchise tax through the last date of business in this state.