**EXHIBIT 1**



JD1,MJ CIV PP

# U.S. District Court - District of Colorado
# District of Colorado (Denver)
# CIVIL DOCKET FOR CASE #: 1:25-cv-03123-KAS

United Casualty & Surety Insurance Company v. Ravenwood Energy Partners, LP et al
Assigned to: Magistrate Judge Kathryn A. Starnella
Cause: 28:1332 Diversity-Breach of Contract

Date Filed: 10/03/2025
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**United Casualty & Surety Insurance Company** represented by **Jeffrey Alden Hegewald**
Hustead Law Firm PC
4643 South Ulster Street
Suite 1250
Denver, CO 80237
303-721-5000
Fax: 303-721-5001
Email: jah@thlf.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ravenwood Energy Partners, LP**

**Defendant**

**Dennis McLaughlin**

**Defendant**

**Angela McLaughlin**

**Defendant**

**Christopher Chambers** represented by **Christopher Chambers**
2523 MeadowBrook Drive
Norman, OK 73072
PRO SE

**Defendant**

**Rhonda Chambers** represented by **Rhonda Chambers**
2523 MeadowBrook Drive
Norman, OK 73072
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 10/03/2025 | 1 | COMPLAINT against Christopher Chambers, Rhonda Chambers, Angela McLaughlin, Dennis McLaughlin, Ravenwood Energy Partners, LP (Filing fee $ 405,Receipt Number ACODC-10593312)Attorney Jeffrey Alden Hegewald added to party United Casualty & |

| | | |
|---|---|---|
| | | Surety Insurance Company(pty:pla), filed by United Casualty & Surety Insurance Company. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Civil Cover Sheet, # 5 Summons, # 6 Summons, # 7 Summons, # 8 Summons, # 9 Summons)(Hegewald, Jeffrey) (Entered: 10/03/2025) |
| 10/03/2025 | 2 | Case assigned to Magistrate Judge Kathryn A. Starnella. Text Only Entry (eguth, ) (Entered: 10/03/2025) |
| 10/03/2025 | 3 | SUMMONS issued by Clerk. (Attachments: # 1 Summons, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Magistrate Judge Consent Form) (eguth, ) (Entered: 10/03/2025) |
| 10/03/2025 | 4 | ORDER SETTING SCHEDULING/PLANNING CONFERENCE by Magistrate Judge Kathryn A. Starnella on 3 October 2025. Proposed Scheduling Order due 12/30/2025. Scheduling Conference set for 1/6/2026 09:30 AM in Courtroom A 501 before Magistrate Judge Kathryn A. Starnella. (Attachments: # 1 Continuation of Main Document, # 2 Continuation of Main Document) (cmadr, ) (Entered: 10/06/2025) |
| 10/08/2025 | 5 | CORPORATE DISCLOSURE STATEMENT identifying Corporate Parent Boston Omaha Corporation for United Casualty & Surety Insurance Company. (Hegewald, Jeffrey) (Entered: 10/08/2025) |
| 10/14/2025 | 6 | SUMMONS Returned Executed by United Casualty & Surety Insurance Company. Rhonda Chambers served on 10/9/2025, answer due 10/30/2025. (Hegewald, Jeffrey) (Entered: 10/14/2025) |
| 10/14/2025 | 7 | SUMMONS Returned Executed by United Casualty & Surety Insurance Company. Christopher Chambers served on 10/9/2025, answer due 10/30/2025. (Hegewald, Jeffrey) (Entered: 10/14/2025) |
| 10/14/2025 | 8 | SUMMONS Returned Executed by United Casualty & Surety Insurance Company. Angela McLaughlin served on 10/9/2025, answer due 10/30/2025. (Hegewald, Jeffrey) (Entered: 10/14/2025) |
| 10/21/2025 | 9 | SUMMONS Returned Executed by United Casualty & Surety Insurance Company. Ravenwood Energy Partners, LP served on 10/15/2025, answer due 11/5/2025. (Hegewald, Jeffrey) (Entered: 10/21/2025) |
| 10/31/2025 | 10 | Defendants Christopher Chambers and Rhonda Chambers' Challenge to Jurisdiction and Notice of Bankruptcy by Defendants Christopher Chambers, Rhonda Chambers (agryan) (Entered: 10/31/2025) |
| 11/04/2025 | 11 | SUMMONS Returned Executed by United Casualty & Surety Insurance Company. Dennis McLaughlin served on 10/30/2025, answer due 11/20/2025. (Hegewald, Jeffrey) (Entered: 11/04/2025) |
| 11/12/2025 | 12 | MOTION for Entry of Default as to *Angela McLaughlin and Ravenwood Energy Partners LP* by Plaintiff United Casualty & Surety Insurance Company. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Proposed Order (PDF Only))(Hegewald, Jeffrey) (Entered: 11/12/2025) |
| 11/20/2025 | 13 | RESPONSE to 10 Notice (Other) *Christopher and Rhonda Chambers' Challenge to Jurisdiction and Notice of Bankruptcy* by Plaintiff United Casualty & Surety Insurance Company. (Attachments: # 1 Exhibit 1 - GIA)(Hegewald, Jeffrey) (Entered: 11/20/2025) |
| 11/20/2025 | 14 | AMENDED ANSWER to 1 Complaint,, by Defendants Christopher Chambers, Rhonda Chambers. (cmadr, ) (Entered: 11/20/2025) |
| 11/28/2025 | 15 | RESPONSE to 12 MOTION for Entry of Default as to *Angela McLaughlin and Ravenwood Energy Partners LP* filed by Defendants Christopher Chambers, Rhonda |

| | | |
|---|---|---|
| | | Chambers. (cmadr, ) (Entered: 12/01/2025) |
| 12/01/2025 | 16 | MOTION for Entry of Default as to *Dennis McLaughlin* by Plaintiff United Casualty & Surety Insurance Company. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Proposed Order (PDF Only))(Hegewald, Jeffrey) (Entered: 12/01/2025) |
| 12/01/2025 | 17 | RESPONSE to 14 Amended Answer to Complaint by Plaintiff United Casualty & Surety Insurance Company. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10) (Hegewald, Jeffrey) (Entered: 12/01/2025) |

---


| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/05/2025 08:43:14 | | | |
| **PACER Login:** | jahegewald123 | **Client Code:** | 7700-101 |
| **Description:** | Docket Report | **Search Criteria:** | 1:25-cv-03123-KAS |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |