


# Summary

## For this Record...

- Filing history and documents
- File a form
- Subscribe to email notification
- Unsubscribe from email notification
- Subscribe to text notification
- Unsubscribe from text notification

| Details | | | |
|---|---|---|---|
| **Name** | Ravenwood Energy Partners, LP, Delinquent June 1, 2024 | | |
| **Status** | Delinquent | **Formation date** | 08/29/2018 |
| **ID number** | 20181688247 | **Form** | Limited Partnership |
| **Periodic report month** | January | **Jurisdiction** | Colorado |
| **Principal office street address** | 7 NE 6th St, Suite 230, Oklahoma City, OK 73104, United States | | |
| **Principal office mailing address** | 7 NE 6th St, Suite 230, Oklahoma City, OK 73104, United States | | |

| Registered Agent | |
|---|---|
| **Name** | Quick Law Group |
| **Street address** | 1035 Pearl St, Suite 403, Boulder, CO 80302, United States |
| **Mailing address** | 1035 Pearl St, Suite 403, Boulder, CO 80302, United States |

- Business Home
- Business Information
- Business Search

- FAQs, Glossary and Information

- Filing history and documents
- Get certified copies of documents
- File a form
- Set up secure business filing
- Subscribe to email notification
- Unsubscribe from email notification
- Subscribe to text notification
- Unsubscribe from text notification

Back

Terms & conditions | Accessibility statement | Browser compatibility