**EXHIBIT 3**

HLF

THE HUSTEAD LAW FIRM

*A Professional Corporation*

REGENCY PLAZA ONE
4643 SOUTH ULSTER STREET, SUITE 1250
DENVER, COLORADO 80237

quadient
FIRST-CLASS MAIL
IMI
$001.61 º
11/12/2025 ZIP 80237
043M30220316
US POSTAGE

Dennis McLaughlin
2701 East Rock Creek Road
Norman, OK 73071

HLF

THE HUSTEAD LAW FIRM

*A Professional Corporation*

REGENCY PLAZA ONE
4643 SOUTH ULSTER STREET, SUITE 1250
DENVER, COLORADO 80237

quadient
FIRST-CLASS MAIL
IMI
$001.61 º
11/12/2025 ZIP 80237
043M30220316
US POSTAGE

Rhonda Chambers
2523 Meadow Brook Drive
Norman, OK 73072

HLF
THE HUSTEAD LAW FIRM
*A Professional Corporation*
REGENCY PLAZA ONE
4643 SOUTH ULSTER STREET, SUITE 1250
DENVER, COLORADO 80237

quadient
FIRST-CLASS MAIL
IMI
$001.61º
11/12/2025 ZIP 80237
043M30220316
US POSTAGE

Christopher Chambers
2523 Meadow Brook Drive
Norman, OK 73072