FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*4:46 pm, Dec 10, 2025*
JEFFREY P. COLWELL, CLERK

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03123-KAS

UNITED CASUALTY & SURETY INSURANCE COMPANY,

      Plaintiff,

v.

RAVENWOOD ENERGY PARTNERS, LP.,
DENNIS MCLAUGHLIN,
ANGELA MCLAUGHLIN,
CHRISTOPHER CHAMBERS, and
RHONDA CHAMBERS,

      Defendants.

---

## ANSWER FOR DEFENDANT
## ANGELA MCLAUGHLIN

---

Defendant Angela McLaughlin responds to Plaintiff's motion as follows:

1. Plaintiff United Casualty & Surety Insurance Company's Complaint, at page 2, paragraph 2, is denied. In that paragraph, Plaintiff alleges that Defendant "Ravenwood" is a Texas corporation that is considered a citizen of the State of Texas for jurisdictional purposes.

2. However, according to the Colorado Secretary of State's records, the Defendant, whose name appears in Plaintiff's caption to this lawsuit as "Ravenwood Energy Partners LP", is upon information and belief a Limited Partnership. See Colorado Secretary of State filing dated 8/29/2018, ID Number 20181688247. This filing notes that, "There are at least two partners in the partnership, at least one of whom is a limited partner". Defendant Angela McLaughlin does not have information regarding the complete list of partners of Ravenwood Energy

Partners LP. Therefore, this Court lacks jurisdiction over this matter, since there is insufficient information from the pleadings whether there is complete diversity of citizenship.    See *Grynberg v Kinder Morgan Energy Partners, L.P., 805 F.3d 901, 905-906 (10th Cir. 2015) (an unincorporated entity's citizenship is typically determined by its members' citizenship); ADA Carbon Solutions (Red River) LLC v. Atlas Carbon, LLC, 146 F.4d 1296, 1302 (10th Cir. 2025)*.

3.  Defendant also denies all allegations not specifically admitted herein.

4.  Defendant is not accustomed to representing herself pro se and has been a bit uncertain as to how the process and deadlines work but is trying to be as responsive as possible.

5.  Defendant reserves the right to amend his answer upon further investigation and upon confirmation that this court has jurisdiction over the claims and parties as pled in the Plaintiff's Complaint.

Respectfully submitted this 3rd day of December, 2025.

*s/ Angela McLaughlin*
Angela McLaughlin, Pro Se

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 3ʳᵈ day of December, 2025, a true and correct copy of the foregoing **ANSWER FOR DEFENDANT ANGELA MCLAUGHLIN** was filed with the Court and served via mail to the following:

Patrick Q. Hustead, Esq.
Jeffrey A. Hegewald, Esq.
Jason J. Patel, Esq.
The Hustead Law Firm, A Professional Corporation
4643 S. Ulster Street, Suite 1250, Denver, CO 80237
Phone: (303) 721-5000
pqh@thlf.com
jah@thlf.com
jjp@thlf.com

*Attorneys for Plaintiff United Casualty & Surety Insurance Company*

Dennis McLaughlin
2701 East Rock Creek Road,
Norman, OK 73071

*Pro Se*

Christopher and Rhonda Chambers
2523 Meadowbrook Dr
Norman, OK 73072

*Pro Se*

Ravenwood Energy Partners
c/o Registered Agent Quick Law Group
1035 Pearl Street, Suite 331
Boulder, CO 80302

*Pro Se*

*s/ Angela McLaughlin*
Angela McLaughlin, Pro Se
