**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*10:04 am, Dec 24, 2025*
**JEFFREY P. COLWELL, CLERK**

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03123-KAS

UNITED CASUALTY & SURETY INSURANCE COMPANY,

     Plaintiff,

v.

RAVENWOOD ENERGY PARTNERS, LP.,
DENNIS MCLAUGHLIN,
ANGELA MCLAUGHLIN,
CHRISTOPHER CHAMBERS, and
RHONDA CHAMBERS,

     Defendants.

---

## MOTION FOR CHANGE OF DATE OF SCHEDULING CONFERENCE

---

Defendant Christopher Chambers moves to reschedule the Scheduling Conference in this case currently slated for January 6, 2026 at 9:30 AM, to one of the following dates as I have an unexpected conflict on January 6:

- January 13, 2026 (any time)

- January 16, 2026 (any time)

- January 20, 2026 (any time)


Respectfully submitted this 24th day of December, 2025.


                            *s/ Christopher Chambers*
                            Christopher Chambers, Pro Se

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of December, 2025, a true and correct copy of the foregoing **ANSWER FOR DEFENDANT CHRISTOPHER CHAMBERS** was filed with the Court and served via mail to the following:

Patrick Q. Hustead, Esq.
Jeffrey A. Hegewald, Esq.
Jason J. Patel, Esq.
The Hustead Law Firm, A Professional Corporation
4643 S. Ulster Street, Suite 1250, Denver, CO 80237
Phone: (303) 721-5000
pqh@thlf.com
jah@thlf.com
jjp@thlf.com

*Attorneys for Plaintiff United Casualty & Surety Insurance Company*

Angela McLaughlin
549 Wright Rd
Clarksdale MS 38614

*Pro Se*

Dennis McLaughlin
2701 E Rock Creek Rd
Norman, OK 73071

*Pro Se*

Ravenwood Energy Partners
c/o Registered Agent Quick Law Group
1035 Pearl Street, Suite 331
Boulder, CO 80302

*Pro Se*

*s/ Christopher Chambers*
Christopher Chambers, Pro Se

2