IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03123-KAS

UNITED CASUALTY & SURETY INSURANCE COMPANY,

Plaintiff,

v.

RAVENWOOD ENERGY PARTNERS, LP,
DENNIS MCLAUGHLIN,
ANGELA MCLAUGHLIN,
CHRISTOPHER CHAMBERS, and
RHONDA CHAMBERS,

Defendants.

---

**MINUTE ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on Defendant Christopher Chambers' **Motion for Change of Date of Scheduling Conference** [#21] (the "Motion"). At the outset, the Court notes that the Motion [#21] fails to comply with the Local Rules because it does not include a certificate of conferral. *See* D.C.COLO.LCivR 7.1(a). Nevertheless, upon review of the Motion [#21] and the docket as a whole,

IT IS HEREBY **ORDERED** that the Motion [#21] is **GRANTED**. The Scheduling Conference set for January 6, 2026, at 9:30 a.m. is **VACATED** and **RESET** to **March 26, 2026, at 11:30 a.m.**

IT IS FURTHER **ORDERED** that the parties' deadline to submit a Proposed Scheduling Order and the Election Concerning Consent/Nonconsent to Magistrate Judge Jurisdiction is **March 19, 2026**.

Dated: December 29, 2025