**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 25-cv-03123-KAS

UNITED CASUALTY & SURETY INSURANCE COMPANY,

Plaintiff,

v.

RAVENWOOD ENERGY PARTNERS, LP,
DENNIS MCLAUGHLIN,
ANGELA MCLAUGHLIN,
CHRISTOPHER CHAMBERS, and
RHONDA CHAMBERS,

Defendants.

---

**[PROPOSED] ORDER GRANTING PLAINTIFF UNITED CASUALTY & SURETY INSURANCE COMPANY'S MOTION TO STRIKE DEFENDANTS DENNIS MCLAUGHLIN AND ANGELA MCLAUGHLIN'S ANSWERS [ECF 19; ECF 20], OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE ANSWERS**

---

This Court and Clerk having received and reviewed United Casualty & Surety Insurance Company's ("UCS") Motion to Strike Defendants Dennis McLaughlin and Angela McLaughlin (together, the "McLaughlins"), respective Answers, and being duly apprised in the premises of the same, hereby makes the following findings and conclusions:

1. There is diversity jurisdiction among the parties; and

2. The McLaughlins are in default.

Dated this _____ day of _________________, 2025.

BY THE COURT:

______________________________
U.S. District Court Judge/Clerk