IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03123-KAS

UNITED CASUALTY & SURETY INSURANCE COMPANY,

Plaintiff,

v.

RAVENWOOD ENERGY PARTNERS, LP,
DENNIS MCLAUGHLIN,
ANGELA MCLAUGHLIN,
CHRISTOPHER CHAMBERS, and
RHONDA CHAMBERS,

Defendants.

---

**MINUTE ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court sua sponte. In light of the absence of several Defendants at the Scheduling Conference set for yesterday morning, March 26, 2026,

IT IS HEREBY **ORDERED** that the Scheduling Conference is **RESET** to **April 9, 2026, at 10:30 a.m.** by VTC. All parties shall appear. The Court will address the Chambers Defendants' **Challenge to Jurisdiction and Notice of Bankruptcy** [#10] and Plaintiff's **Motion to Strike Defendants Dennis Mclaughlin and Angela Mclaughlin's Answers [ECF 19; ECF 20], or in the Alternative, Motion for More Definite Answers** [#25] at the Scheduling Conference. The parties shall utilize the following meeting instructions:

For laptop/PC - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, copy and paste the link below to join. **IMPORTANT: Contact Chambers or Courtroom Deputy prior to testing this link, as you may interrupt a scheduled setting**:

https://meet.uc.uscourts.gov/meeting/010700350?secret=b7Qm39lEfCHQ8h74NNZVng

**Note: Use the default of "Continue with browser" to join the meeting.**

Dated: March 27, 2026