**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No.  25-cv-03123-KAS


UNITED CASUALTY & SURETY INSURANCE COMPANY,

   Plaintiff,

v.

RAVENWOOD ENERGY PARTNERS, LP,
DENNIS MCLAUGHLIN,
ANGELA MCLAUGHLIN,
CHRISTOPHER CHAMBERS, and
RHONDA CHAMBERS,

   Defendants.

---

## ENTRY OF APPEARANCE

---

PLEASE TAKE NOTICE THAT Mr. Jason J. Patel, Esq. of The Hustead Law Firm, *A Professional Corporation*, hereby enters his appearance as counsel for Plaintiff, United Casualty & Surety Insurance Company, for all claims in this action.  All correspondence, pleadings, and/or documents related to this case should be forwarded to Mr. Patel in addition to the other attorneys who have entered their appearances.


(Signature follows)

Respectfully submitted this 10th day of April, 2026.


          The Hustead Law Firm
             *A Professional Corporation*

          *The Original Signature is on File at*
          *The Hustead Law Firm, A Professional*
          *Corporation*


          */s/ Jason J. Patel*
          Patrick Q. Hustead, Esq.
          Jeffrey A. Hegewald, Esq.
          Jason J. Patel, Esq.
          The Hustead Law Firm, *A Professional Corporation*
          4643 S. Ulster Street, Suite 1250
          Denver, CO 80237
          Ph. (303) 721-5000
          pqh@thlf.com
          jah@thlf.com
          jjp@thlf.com
          *Attorneys for Plaintiff United Casualty & Surety*
          *Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2026, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was electronically filed and served via USDC e-filing and/or e-mail, and addressed to the following:

Christopher Chambers
2523 Meadow Brook Drive
Norman, OK 73072
kchambers@ravenwoodlabs.com

*Pro Se*

Angela McLaughlin
549 Wright Road
Clarksdale, MS 38614

*Pro Se*

Ravenwood Energy Partners
c/o Registered Agent Quick Law Group
1035 Pearl Street, Suite 331
Boulder, CO 80302

*Unrepresented*

Rhonda Chambers
2523 Meadow Brook Drive
Norman, OK 73072
kchambers@ravenwoodlabs.com

*Pro Se*

Dennis McLaughlin
2701 East Rock Creek Road
Norman, OK 73071
dmac@ravenwoodlabs.com

*Pro Se*

*Original Signature is on File at
The Hustead Law Firm, A Professional
Corporation*

*s/ Jason J. Patel*
Jason J. Patel, Esq.

3