IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-03123-KAS

UNITED CASUALTY & SURETY INSURANCE COMPANY,

Plaintiff,

v.

RAVENWOOD ENERGY PARTNERS, LP,
DENNIS MCLAUGHLIN,
ANGELA MCLAUGHLIN,
CHRISTOPHER CHAMBERS, and
RHONDA CHAMBERS,

Defendants.

---

**NOTICE REGARDING USE OF GENERATIVE ARTIFICAL INTELLIGENCE**

---

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

The Court takes no position on attorneys' use of generative AI in their filings, other than it is imperative that attorneys and pro se litigants who use AI double (and triple) check AI's work to avoid filing documents with erroneous and fictitious case law or other references that mislead the Court and waste time. *See, e.g.,* Colorado RPC 3.3. ("A lawyer shall not knowingly: (1) make a false statement of material fact or law to a tribunal or fail to correct a false statement of material fact or law previously made to the tribunal by the lawyer[.]"); FED. R. CIV. P. 11(b)(2) ("By presenting to the court a pleading, written motion, or other paper . . . an attorney or unrepresented party certifies that to the best of the person's knowledge, information, and belief, . . . the claims, defenses, and other legal contentions are warranted by existing law[.]"). **Thus, every substantive motion—including, but not necessarily limited to, motions under Fed. R. Civ. P. 12, 56, and 65—and the corresponding response and reply, shall contain an AI Certification regarding the use, or non-use, of generative AI in preparing the filing.**

The preparer of the filing must certify that (1) the legal authority cited therein is not the product of generative artificial intelligence and that (2) any language drafted by AI (even if later edited by a human) was personally reviewed by the filer or another human for accuracy and all legal citations are to actual, non-fictitious cases or cited authority. The Court will strike any filing (without prejudice) from a party who fails to include the AI Certification in the above-mentioned motions. The AI Certification does not count against any page limitations.