**EXHIBIT 4**

FORM 3 Rev 04/18

02156920

# State of Colorado
## Oil and Gas Conservation Commission
1120 Lincoln Street, Suite 801, Denver, Colorado 80203
Phone: (303) 894-2100 Fax: (303) 894-2109

DNR CO

RECEIVED AUG 09 2021 COGCC — FOR COGCC USE ONLY

## PERFORMANCE BOND #66190

Surety Provider No: #200631

OGCC Op No: #66190

FATS No: 2021-0064

BOND NO: UCSX423X 1393 This bond is a perpetual instrument which shall remain in force and effect until all obligations have been met and the bond is released by the Colorado Oil and Gas Conservation Commission.

KNOW ALL PERSONS BY THESE PRESENTS, That we, Omimex Petroleum Inc of the County of Carson City, in the State of Nevada as principals, and United Casualty and Surety Insurance Company, as surety, authorized to do business in the State of Colorado, are held hereby and firmly bound unto the State of Colorado, in the penal sum of ($ 25,000.00), Twenty Five Thousand and 00/100 Dollars, lawful money of the United States, for the faithful payment of which we hereby bind ourselves, our heirs, executors, administrators, and assigns.

The Condition of this obligation is that whereas the above bounden principals propose the following oil and gas operation(s) on lands situated in the State of Colorado.

| Type of Bond | Coverage | Information for Individual Bonds |
|---|---|---|
| ☑ Surface - Rule 703 | ☑ Blanket | Well, Location, or Facility Name and Number: |
| ☐ E&P Waste Facility - Rule 704 | ☐ Individual | API, Location ID, or Facility ID Number: |
| ☐ Seismic- Rule 705 | ☐ Plugging 1 Well | Owner of lands where off-site land-treatment facility is located: |
| ☐ Plugging - Rule 706 | ☐ Surface for 1 Well | |
| ☐ Gas Facilities - Rule 711 | ☐ Irrigated | |
| ☐ Produced Water Transfer System - Rule 711 | ☐ Non-irrigated | QtrQtr, Sec, Twp, Rng, Meridian: |
| ☐ Commercial UIC Facility - Rule 712 | ☐ Excess Inactive Wells - Rule 707 | County: |

NOW, THEREFORE, If the above bounden principals shall comply with all of the provisions of the laws of the State of Colorado and the rules, regulations and requirements of the Oil and Gas Conservation Commission of the State of Colorado, with reference to properly plugging of said well or wells; with reference to land damages and the restoration of the land, as nearly as possible, to its condition at the beginning of the lease; with reference to seismic operations the proper surface restoration and plugging of any shot holes, then this obligation is void; otherwise, the same shall be and remain in full force and effect.

Principal: Omimex Petroleum Inc
Address: 100 Crescent Court
Suite 700
City: Dallas State: TX Zip: 75201
Phone: 469-676-9376 Fax:

Witness our hands, this 5th day of August, 2021.
Signed: [signature]
Printed Name: Christopher Chambers

Surety: United Casualty And Surety Insurance Company
Address: 292 Newbury Street
Suite 105
City: Boston State: MA Zip: 02115
Phone: 617-471-1112 Fax:

Witness our hands, this 22nd day of July, 2021.
Signed: [signature]
Printed Name: Aaron M Steffey

Approved: [signature]
Director, Oil and Gas Conservation Commission
Dated: Sept 8, 2021

Bond Release Approved:
Director, Oil and Gas Conservation Commission
Release Date:

**UNITED CASUALTY AND SURETY INSURANCE COMPANY**
**US Casualty and Surety Insurance Company**
**United Surety Insurance Company**

RECEIVED
AUG 09 2021
COGCC

# POWER OF ATTORNEY

**Agency No. 171423**

KNOW ALL MEN BY THESE PRESENTS: That United Casualty and Surety Insurance Company, a corporation of the State of Nebraska, and US Casualty and Surety Insurance Company and United Surety Insurance Company, assumed names of United Casualty and Surety Insurance Company (collectively, the Companies), do by these presents make, constitute and appoint:

**Aaron M Steffey**

its true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver **any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include riders, amendments, and consents of surety, providing the bond penalty does not exceed Five Million & 00/100 Dollars ($5,000,000.00)**. This Power of Attorney shall expire without further action on December 31st, 2023.

This Power of Attorney is granted under and by authority of the following resolutions adopted by the Board of Directors of the Companies at a meeting duly called and held on the 1st day of July, 1993:

> Resolved that the President, Treasurer, or Secretary be and they are hereby authorized and empowered to appoint Attorneys-in-Fact of the Company, in its name and as its acts to execute and acknowledge for and on its behalf as Surety any and all bonds, recognizances, contracts of indemnity, waivers of citation and all other writings obligatory in the nature thereof, with power to attach thereto the seal of the Company. Any such writings so executed by such Attorneys-in-Fact shall be binding upon the Company as if they had been duly executed and acknowledged by the regularly elected Officers of the Company in their own proper persons.
>
> That the signature of any officer authorized by Resolutions of this Board and the Company seal may be affixed by facsimile to any power of attorney or special power of attorney or certification of either given for the execution of any bond, undertaking, recognizance or other written obligation in the nature thereof; such signature and seal, when so used being hereby adopted by the Company as the original signature of such officer and the original seal of the Company, to be valid and binding upon the Company with the same force and effect as though manually affixed.

IN WITNESS WHEREOF, the Companies have caused this instrument to be signed and their corporate seals to be hereunto affixed, this 23rd day of March, 2021.

UNITED CASUALTY AND SURETY INSURANCE COMPANY
US Casualty and Surety Insurance Company
United Surety Insurance Company

Joel Chachkes

Joel R. Chachkes, Treasurer

Corporate Seals

Commonwealth of Massachusetts
County of Suffolk ss:

On this 23rd day of March, 2021, before me, Thomas P. Carrigan, Jr., a notary public, personally appeared Joel R. Chachkes, Treasurer of United Casualty and Surety Insurance Company, US Casualty and Surety Insurance Company and United Surety Insurance Company, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person(s), or the entity on behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the Commonwealth of Massachusetts that the foregoing paragraph is true and correct.
WITNESS my hand and seal.

_______________ (Seal)
Thomas P. Carrigan, Jr., Notary Public Commission Expires: 10/31/2025

THOMAS P. CARRIGAN, JR.
Notary Public, Commonwealth of Massachusetts
My Commission Expires October 31, 2025

I, Robert F. Thomas, President of United Casualty and Surety Insurance Company, US Casualty and Surety Insurance Company and United Surety Insurance Company do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Companies, which is still in full force and effect; furthermore, the resolutions of the Board of Directors, set out in the Power of Attorney are in full force and effect.

In Witness Whereof, I have hereunto set my hand and affixed the seals of said Companies at Boston, Massachusetts this 22nd day of July 2021

Corporate Seals

Robert F. Thomas

Robert F. Thomas, President

TO CONFIRM AUTHENTICITY OF THIS BOND OR DOCUMENT EMAIL: CONFIRMBOND@UNITEDCASUALTY.COM

FORM 3 Rev 04/18

02156921

# State of Colorado
## Oil and Gas Conservation Commission

1120 Lincoln Street, Suite 801, Denver, Colorado 80203
Phone: (303) 894-2100 Fax: (303) 894-2109

DNR CO

RECEIVED
FOR COGCC USE ONLY
AUG 09 2021
COGCC

Surety Provider No: #200631

OGCC Op No: #66140

FATS No: 2021-0065

## PERFORMANCE BOND #66190

BOND NO: UCSX423X 1423 This bond is a perpetual instrument which shall remain in force and effect until all obligations have been met and the bond is released by the Colorado Oil and Gas Conservation Commission.

SCANNED

KNOW ALL PERSONS BY THESE PRESENTS, That we, Omimex Petroleum Inc of the County of Carson City, in the State of Nevada as principals, and United Casualty and Surety Insurance Company, as surety, authorized to do business in the State of Colorado, are held hereby and firmly bound unto the State of Colorado, in the penal sum of ($ 100,000.00), One Hundred Thousand and 00/100 Dollars, lawful money of the United States, for the faithful payment of which we hereby bind ourselves, our heirs, executors, administrators, and assigns.

The Condition of this obligation is that whereas the above bounden principals propose the following oil and gas operation(s) on lands situated in the State of Colorado.

| Type of Bond | Coverage | Information for Individual Bonds |
|---|---|---|
| ☐ Surface - Rule 703 | ☑ Blanket | Well, Location, or Facility Name and Number: |
| ☐ E&P Waste Facility - Rule 704 | ☐ Individual | API, Location ID, or Facility ID Number: |
| ☐ Seismic- Rule 705 | ☐ Plugging 1 Well | Owner of lands where off-site land-treatment facility is located: |
| ☑ Plugging - Rule 706 | ☐ Surface for 1 Well | |
| ☐ Gas Facilities - Rule 711 | ☐ Irrigated | |
| ☐ Produced Water Transfer System - Rule 711 | ☐ Non-irrigated | QtrQtr, Sec, Twp, Rng, Meridian: |
| ☐ Commercial UIC Facility - Rule 712 | ☐ Excess Inactive Wells - Rule 707 | County: |

NOW, THEREFORE, If the above bounden principals shall comply with all of the provisions of the laws of the State of Colorado and the rules, regulations and requirements of the Oil and Gas Conservation Commission of the State of Colorado, with reference to properly plugging of said well or wells; with reference to land damages and the restoration of the land, as nearly as possible, to its condition at the beginning of the lease; with reference to seismic operations the proper surface restoration and plugging of any shot holes, then this obligation is void; otherwise, the same shall be and remain in full force and effect.

Principal: Omimex Petroleum Inc
Address: 100 Crescent Court
Suite 700
City: Dallas State: TX Zip: 75201
Phone: 469-676-9376 Fax:

Witness our hands, this 5th day of August, 2021.
Signed: [signature]
Printed Name: Christopher Chambers

Surety: United Casualty And Surety Insurance Company
Address: 292 Newbury Street
Suite 105
City: Boston State: MA Zip: 02115
Phone: 617-471-1112 Fax:

Witness our hands, this 22nd day of July, 2021.
Signed: Aaron M Steffey
Printed Name: Aaron M Steffey

Approved: [signature]
Director, Oil and Gas Conservation Commission
Dated: Sept 8, 2021

Bond Release Approved:
Director, Oil and Gas Conservation Commission
Release Date:

UNITED CASUALTY AND SURETY INSURANCE COMPANY
US Casualty and Surety Insurance Company
United Surety Insurance Company

RECEIVED
AUG 09 2021
COGCC

# POWER OF ATTORNEY

Agency No. 171423

KNOW ALL MEN BY THESE PRESENTS: That United Casualty and Surety Insurance Company, a corporation of the State of Nebraska, and US Casualty and Surety Insurance Company and United Surety Insurance Company, assumed names of United Casualty and Surety Insurance Company (collectively, the Companies), do by these presents make, constitute and appoint:

Aaron M Steffey

its true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver **any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include riders, amendments, and consents of surety, providing the bond penalty does not exceed** **Five Million & 00/100 Dollars ($5,000,000.00)**. This Power of Attorney shall expire without further action on December 31st, 2023.

This Power of Attorney is granted under and by authority of the following resolutions adopted by the Board of Directors of the Companies at a meeting duly called and held on the 1st day of July, 1993:

> Resolved that the President, Treasurer, or Secretary be and they are hereby authorized and empowered to appoint Attorneys-in-Fact of the Company, in its name and as its acts to execute and acknowledge for and on its behalf as Surety any and all bonds, recognizances, contracts of indemnity, waivers of citation and all other writings obligatory in the nature thereof, with power to attach thereto the seal of the Company. Any such writings so executed by such Attorneys-in-Fact shall be binding upon the Company as if they had been duly executed and acknowledged by the regularly elected Officers of the Company in their own proper persons.
>
> That the signature of any officer authorized by Resolutions of this Board and the Company seal may be affixed by facsimile to any power of attorney or special power of attorney or certification of either given for the execution of any bond, undertaking, recognizance or other written obligation in the nature thereof; such signature and seal, when so used being hereby adopted by the Company as the original signature of such officer and the original seal of the Company, to be valid and binding upon the Company with the same force and effect as though manually affixed.

IN WITNESS WHEREOF, the Companies have caused this instrument to be signed and their corporate seals to be hereunto affixed, this 23rd day of March, 2021.

Corporate Seals

UNITED CASUALTY AND SURETY INSURANCE COMPANY
US Casualty and Surety Insurance Company
United Surety Insurance Company

Joel R. Chachkes, Treasurer

Commonwealth of Massachusetts
County of Suffolk ss:

On this 23rd day of March, 2021, before me, Thomas P. Carrigan, Jr., a notary public, personally appeared Joel R. Chachkes, Treasurer of United Casualty and Surety Insurance Company, US Casualty and Surety Insurance Company and United Surety Insurance Company, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person(s), or the entity on behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the Commonwealth of Massachusetts that the foregoing paragraph is true and correct.
WITNESS my hand and seal.

(Seal)

Thomas P. Carrigan, Jr., Notary Public Commission Expires: 10/31/2025

THOMAS P. CARRIGAN, JR.
Notary Public, Commonwealth of Massachusetts
My Commission Expires October 31, 2025

I, Robert F. Thomas, President of United Casualty and Surety Insurance Company, US Casualty and Surety Insurance Company and United Surety Insurance Company do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Companies, which is still in full force and effect; furthermore, the resolutions of the Board of Directors, set out in the Power of Attorney are in full force and effect.

In Witness Whereof, I have hereunto set my hand and affixed the seals of said Companies at Boston, Massachusetts this 22nd day of July 2021

Corporate Seals

Robert F. Thomas, President

TO CONFIRM AUTHENTICITY OF THIS BOND OR DOCUMENT EMAIL: CONFIRMBOND@UNITEDCASUALTY.COM

02156922

FORM 3 Rev 04/18

State of Colorado
Oil and Gas Conservation Commission
1120 Lincoln Street, Suite 801, Denver, Colorado 80203
Phone: (303) 894-2100 Fax: (303) 894-2109

DNR CO

RECEIVED AUG 09 2021 COGCC

FOR OGCC USE ONLY

## PERFORMANCE BOND

#666190

Surety Provider No: #2006631

OGCC Op No: #666190

FATS No: 2021-0066

BOND NO: UCSX423X 1392 This bond is a perpetual instrument which shall remain in force and effect until all obligations have been met and the bond is released by the Colorado Oil and Gas Conservation Commission.

SCANNED

KNOW ALL PERSONS BY THESE PRESENTS, That we, Omimex Petroleum Inc of the County of Carson City, in the State of Nevada as principals, and United Casualty and Surety Insurance Company, as surety, authorized to do business in the State of Colorado, are held hereby and firmly bound unto the State of Colorado, in the penal sum of ($50,000.00), Fifty Thousand and 00/100 Dollars, lawful money of the United States, for the faithful payment of which we hereby bind ourselves, our heirs, executors, administrators, and assigns.

The Condition of this obligation is that whereas the above bounden principals propose the following oil and gas operation(s) on lands situated in the State of Colorado.

| Type of Bond | Coverage | Information for Individual Bonds |
|---|---|---|
| ☐ Surface - Rule 703 | ☑ Blanket | Well, Location, or Facility Name and Number: |
| ☐ E&P Waste Facility - Rule 704 | ☐ Individual | API, Location ID, or Facility ID Number: |
| ☐ Seismic- Rule 705 | ☐ Plugging 1 Well | Owner of lands where off-site land-treatment facility is located: |
| ☐ Plugging - Rule 706 | ☐ Surface for 1 Well | |
| ☑ Gas Facilities - Rule 711 | ☐ Irrigated | |
| ☐ Produced Water Transfer System - Rule 711 | ☐ Non-irrigated | QtrQtr, Sec, Twp, Rng, Meridian: |
| ☐ Commercial UIC Facility - Rule 712 | ☐ Excess Inactive Wells - Rule 707 | County: |

NOW, THEREFORE, If the above bounden principals shall comply with all of the provisions of the laws of the State of Colorado and the rules, regulations and requirements of the Oil and Gas Conservation Commission of the State of Colorado, with reference to properly plugging of said well or wells; with reference to land damages and the restoration of the land, as nearly as possible, to its condition at the beginning of the lease; with reference to seismic operations the proper surface restoration and plugging of any shot holes, then this obligation is void; otherwise, the same shall be and remain in full force and effect.

Principal: Omimex Petroleum Inc
Address: 100 Crescent Court
Suite 700
City: Dallas State: TX Zip: 75201
Phone: 469-676-9376 Fax:

Witness our hands, this 5th day of August, 2021.
Signed: [signature]
Printed Name: Christopher Chambers

Surety: United Casualty And Surety Insurance Company
Address: 292 Newbury Street
Suite 105
City: Boston State: MA Zip: 02115
Phone: 617-471-1112 Fax:

Witness our hands, this 22nd day of July, 2021
Signed: [signature]
Printed Name: Aaron M Steffey

Approved: [signature]
Director, Oil and Gas Conservation Commission
Dated: Sept 8, 2021

Bond Release Approved:
Director, Oil and Gas Conservation Commission
Release Date:

UNITED CASUALTY AND SURETY INSURANCE COMPANY
US Casualty and Surety Insurance Company
United Surety Insurance Company

RECEIVED
AUG 09 2021
COGCC

# POWER OF ATTORNEY

Agency No. 171423

KNOW ALL MEN BY THESE PRESENTS: That United Casualty and Surety Insurance Company, a corporation of the State of Nebraska, and US Casualty and Surety Insurance Company and United Surety Insurance Company, assumed names of United Casualty and Surety Insurance Company (collectively, the Companies), do by these presents make, constitute and appoint:

Aaron M Steffey

its true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include riders, amendments, and consents of surety, providing the bond penalty does not exceed Five Million & 00/100 Dollars ($5,000,000.00). This Power of Attorney shall expire without further action on December 31st, 2023.

This Power of Attorney is granted under and by authority of the following resolutions adopted by the Board of Directors of the Companies at a meeting duly called and held on the 1st day of July, 1993:

Resolved that the President, Treasurer, or Secretary be and they are hereby authorized and empowered to appoint Attorneys-in-Fact of the Company, in its name and as its acts to execute and acknowledge for and on its behalf as Surety any and all bonds, recognizances, contracts of indemnity, waivers of citation and all other writings obligatory in the nature thereof, with power to attach thereto the seal of the Company. Any such writings so executed by such Attorneys-in-Fact shall be binding upon the Company as if they had been duly executed and acknowledged by the regularly elected Officers of the Company in their own proper persons.

That the signature of any officer authorized by Resolutions of this Board and the Company seal may be affixed by facsimile to any power of attorney or special power of attorney or certification of either given for the execution of any bond, undertaking, recognizance or other written obligation in the nature thereof; such signature and seal, when so used being hereby adopted by the Company as the original signature of such officer and the original seal of the Company, to be valid and binding upon the Company with the same force and effect as though manually affixed.

IN WITNESS WHEREOF, the Companies have caused this instrument to be signed and their corporate seals to be hereunto affixed, this 23rd day of March, 2021.

Corporate Seals

UNITED CASUALTY AND SURETY INSURANCE COMPANY
US Casualty and Surety Insurance Company
United Surety Insurance Company

Joel Chachkes

Joel R. Chachkes, Treasurer

Commonwealth of Massachusetts
County of Suffolk ss:

On this 23rd day of March, 2021, before me, Thomas P. Carrigan, Jr., a notary public, personally appeared Joel R. Chachkes, Treasurer of United Casualty and Surety Insurance Company, US Casualty and Surety Insurance Company and United Surety Insurance Company, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person(s), or the entity on behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the Commonwealth of Massachusetts that the foregoing paragraph is true and correct.
WITNESS my hand and seal.

(Seal)

Thomas P. Carrigan, Jr., Notary Public Commission Expires: 10/31/2025

THOMAS P. CARRIGAN, JR.
Notary Public, Commonwealth of Massachusetts
My Commission Expires October 31, 2025

I, Robert F. Thomas, President of United Casualty and Surety Insurance Company, US Casualty and Surety Insurance Company and United Surety Insurance Company do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Companies, which is still in full force and effect; furthermore, the resolutions of the Board of Directors, set out in the Power of Attorney are in full force and effect.

In Witness Whereof, I have hereunto set my hand and affixed the seals of said Companies at Boston, Massachusetts this 22nd day of July, 2021

Corporate Seals

Robert F. Thomas

Robert F. Thomas, President

TO CONFIRM AUTHENTICITY OF THIS BOND OR DOCUMENT EMAIL: CONFIRMBOND@UNITEDCASUALTY.COM

FORM 3 Rev 04/18

State of Colorado
Oil and Gas Conservation Commission
1120 Lincoln Street, Suite 801, Denver, Colorado 80203
Phone: (303) 894-2100 Fax: (303) 894-2109

02156923

RECEIVED
FOR COGCC USE ONLY
AUG 09 2021
COGCC

## PERFORMANCE BOND #66190

Surety Provider No: #2006031

OGCC Op No: #66190 | FATS No: 2021-0067

BOND NO: UCSX423X 1455 This bond is a perpetual instrument which shall remain in force and effect until all obligations have been met and the bond is released by the Colorado Oil and Gas Conservation Commission.

SCANNED

KNOW ALL PERSONS BY THESE PRESENTS, That we, Omimex Petroleum Inc of the County of Carson City, in the State of Nevada as principals, and United Casualty and Surety Insurance Company, as surety, authorized to do business in the State of Colorado, are held hereby and firmly bound unto the State of Colorado, in the penal sum of ($30,000.00), Thirty Thousand and 00/100 Dollars, lawful money of the United States, for the faithful payment of which we hereby bind ourselves, our heirs, executors, administrators, and assigns.

The Condition of this obligation is that whereas the above bounden principals propose the following oil and gas operation(s) on lands situated in the State of Colorado.

| Type of Bond | Coverage | Information for Individual Bonds |
|---|---|---|
| ☐ Surface - Rule 703 | ☐ Blanket | Well, Location, or Facility Name and Number: |
| ☐ E&P Waste Facility - Rule 704 | ☐ Individual | API, Location ID, or Facility ID Number: |
| ☐ Seismic- Rule 705 | ☐ Plugging 1 Well | Owner of lands where off-site land-treatment facility is located: |
| ☑ Plugging - Rule 706 | ☐ Surface for 1 Well | |
| ☐ Gas Facilities - Rule 711 | ☐ Irrigated | |
| ☐ Produced Water Transfer System - Rule 711 | ☐ Non-irrigated | QtrQtr, Sec, Twp, Rng, Meridian: |
| ☐ Commercial UIC Facility - Rule 712 | ☑ Excess Inactive Wells - Rule 707 | County: |

NOW, THEREFORE, If the above bounden principals shall comply with all of the provisions of the laws of the State of Colorado and the rules, regulations and requirements of the Oil and Gas Conservation Commission of the State of Colorado, with reference to properly plugging of said well or wells; with reference to land damages and the restoration of the land, as nearly as possible, to its condition at the beginning of the lease; with reference to seismic operations the proper surface restoration and plugging of any shot holes, then this obligation is void; otherwise, the same shall be and remain in full force and effect.

Principal: Omimex Petroleum Inc
Address: 100 Crescent Court
Suite 700
City: Dallas State: TX Zip: 75201
Phone: 469-676-9376 Fax:

Witness our hands, this 5th day of August, 2021.
Signed: [signature]
Printed Name: Christopher Chambers

Surety: United Casualty and Surety Insurance Company
Address: 292 Newbury Street
Suite 105
City: Boston State: MA Zip: 02115
Phone: 617-471-1112 Fax:

Witness our hands, this 5th day of August, 2021.
Signed: Aaron M Steffey
Printed Name: Aaron M Steffey

Approved: [signature]
Director, Oil and Gas Conservation Commission
Dated: Sept 8, 2021

Bond Release Approved:
Director, Oil and Gas Conservation Commission
Release Date:

UNITED CASUALTY AND SURETY INSURANCE COMPANY
US Casualty and Surety Insurance Company
United Surety Insurance Company

RECEIVED
AUG 09 2021
COGCC

# POWER OF ATTORNEY

Agency No. 171423

KNOW ALL MEN BY THESE PRESENTS: That United Casualty and Surety Insurance Company, a corporation of the State of Nebraska, and US Casualty and Surety Insurance Company and United Surety Insurance Company, assumed names of United Casualty and Surety Insurance Company (collectively, the Companies), do by these presents make, constitute and appoint:

Aaron M Steffey

its true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver **any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include riders, amendments, and consents of surety, providing the bond penalty does not exceed Five Million & 00/100 Dollars ($5,000,000.00)**. This Power of Attorney shall expire without further action on December 31st, 2023.

This Power of Attorney is granted under and by authority of the following resolutions adopted by the Board of Directors of the Companies at a meeting duly called and held on the 1st day of July, 1993:

> Resolved that the President, Treasurer, or Secretary be and they are hereby authorized and empowered to appoint Attorneys-in-Fact of the Company, in its name and as its acts to execute and acknowledge for and on its behalf as Surety any and all bonds, recognizances, contracts of indemnity, waivers of citation and all other writings obligatory in the nature thereof, with power to attach thereto the seal of the Company. Any such writings so executed by such Attorneys-in-Fact shall be binding upon the Company as if they had been duly executed and acknowledged by the regularly elected Officers of the Company in their own proper persons.
>
> That the signature of any officer authorized by Resolutions of this Board and the Company seal may be affixed by facsimile to any power of attorney or special power of attorney or certification of either given for the execution of any bond, undertaking, recognizance or other written obligation in the nature thereof; such signature and seal, when so used being hereby adopted by the Company as the original signature of such officer and the original seal of the Company, to be valid and binding upon the Company with the same force and effect as though manually affixed.

IN WITNESS WHEREOF, the Companies have caused this instrument to be signed and their corporate seals to be hereunto affixed, this 23rd day of March, 2021.

UNITED CASUALTY AND SURETY INSURANCE COMPANY
US Casualty and Surety Insurance Company
United Surety Insurance Company

Joel Chachkes

Joel R. Chachkes, Treasurer

Corporate Seals

Commonwealth of Massachusetts
County of Suffolk ss:

On this 23rd day of March, 2021, before me, Thomas P. Carrigan, Jr., a notary public, personally appeared Joel R. Chachkes, Treasurer of United Casualty and Surety Insurance Company, US Casualty and Surety Insurance Company and United Surety Insurance Company, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person(s), or the entity on behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the Commonwealth of Massachusetts that the foregoing paragraph is true and correct.
WITNESS my hand and seal.

(Seal)

Thomas P. Carrigan, Jr., Notary Public Commission Expires: 10/31/2025

THOMAS P. CARRIGAN, JR.
Notary Public, Commonwealth of Massachusetts
My Commission Expires October 31, 2025

I, Robert F. Thomas, President of United Casualty and Surety Insurance Company, US Casualty and Surety Insurance Company and United Surety Insurance Company do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Companies, which is still in full force and effect; furthermore, the resolutions of the Board of Directors, set out in the Power of Attorney are in full force and effect.

In Witness Whereof, I have hereunto set my hand and affixed the seals of said Companies at Boston, Massachusetts this 5th day of August 2021

Corporate Seals

Robert F. Thomas

Robert F. Thomas, President

TO CONFIRM AUTHENTICITY OF THIS BOND OR DOCUMENT EMAIL: CONFIRMBOND@UNITEDCASUALTY.COM