**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 25-cv-03123-KAS

UNITED CASUALTY & SURETY INSURANCE COMPANY,

Plaintiff,

v.

RAVENWOOD ENERGY PARTNERS, LP,
DENNIS MCLAUGHLIN,
ANGELA MCLAUGHLIN,
CHRISTOPHER CHAMBERS, and
RHONDA CHAMBERS,

Defendants.

---

**[PROPOSED] FINAL JUDGMENT AGAINST DEFENDANT RAVENWOOD ENERGY PARTNERS, LP**

---

This Court and Clerk having received and reviewed United Casualty & Surety Insurance Company's ("UCS") Motion for Entry of Default Judgment against Defendant Ravenwood Energy Partners, LP ("Ravenwood"), and being otherwise duly informed, hereby makes the following findings and conclusions:

1. On October 15, 2025, UCS personally served Ravenwood with its Complaint on October 26, 2025, bringing claims for breach of express contract, common law indemnification, and unjust enrichment.

2. Pursuant to Fed. R. Civ. P. Rule 12(a)(1)(A)(i), Ravenwood's Answer or other response was due on November 5, 2025, twenty-one (21) days after service of process.

3. Ravenwood failed to file an Answer or otherwise respond to UCS's Complaint and was in default pursuant to Fed. R. Civ. P. Rule 55(a).

4. A Clerk's Default was entered against Ravenwood on February 26, 2026 [Doc. 26].

5. Venue has been considered and is proper in the United States District Court for the District of Colorado pursuant to 28 U.S.C. § 1391(b)(2).

6. UCS has satisfied its burden and is entitled to entry of Default Judgment in its favor pursuant to Fed. R. Civ. P. 55(b)(2), and the entry of judgment granted hereunder applies to Ravenwood.

**FINAL JUDGMENT IS ENTERED AS FOLLOWS:**

1. Final Judgment is hereby entered in favor of UCS and against Ravenwood on UCS's claims for breach of express contract, common law indemnification, and unjust enrichment in the following amounts: damages of $248,179.97, which includes $205,000.00 in losses under the subject bond and $43,179.97 in attorneys' fees and costs.

2. UCS is hereby awarded pre-judgment interest in the amount of $16,400.00 (calculated at 8% per annum, compounded annually on the contractual debt of $205,000.00, pursuant to C.R.S. § 5-12-102((2) from June 17, 2025, through May 1, 2026).

3. Post judgment interest shall accrue on the total amount of $221,400.00 at the legal rate pursuant to 28 U.S.C. § 1961 from the date of entry of judgment until paid in full, for all which sums let execution issue forthwith.

4. This Judgment entered upon the record in favor of Plaintiff United Casualty & Surety Insurance Company and against the Defendant Ravenwood Energy Partners, LP shall constitute a Final Judgment for purposes of collection and appeal pursuant to Fed. R. Civ. P. Rule 54.

SO ORDERED this ___ day of _________, 2026.

______________________________
U.S. District Court Judge