Andrew B. Pipes, CO #53233
4750 Table Mesa Drive
Boulder, CO 80305-5541
(303) 494-3000
Email: andrew@frascona.com
*Counsel for Defendants Ravenwood Energy Partners, LP; Dennis McLaughlin; Christopher Chambers; and Rhonda Chambers*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-03123-KAS

UNITED CASUALTY & SURETY INSURANCE COMPANY,

Plaintiff,

vs.

RAVENWOOD ENERGY PARTNERS, LP,
DENNIS MCLAUGHLIN,
ANGELA MCLAUGHLIN,
CHRISTOPHER CHAMBERS, and
RHONDA CHAMBERS.

Defendants.

---

# ENTRY OF APPEARANCE

---

PLEASE TAKE NOTICE THAT Andrew B. Pipes of the law firm of Frascona, Joiner, Goodman & Greenstein, P.C., hereby enters his appearance as counsel for and on behalf of Defendants Ravenwood Energy Partners, LP, Dennis McLaughlin, Christopher Chambers, and Rhonda Chambers in the above-captioned matter.

Dated: May 14, 2026.

Respectfully submitted,
Frascona, Joiner, Goodman and Greenstein, P.C.

*/s/ Andrew B. Pipes*
Andrew B. Pipes, CO #53233
4750 Table Mesa Drive
Boulder, CO 80305-5541
(303) 494-3000

*Counsel for Defendants Ravenwood Energy Partners, LP; Dennis McLaughlin; Christopher Chambers; and Rhonda Chambers*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was provided to the persons herein next designated by E-service via PACER on May 14, 2026.

Patrick Q. Hustead,
Jeffrey A. Hegewald,
Jason J. Patel,
The Hustead Law Firm
4643 S. Ulster Street, Suite 1250
Denver, CO 80237
(303) 721-5000
pqh@thlf.com
jah@thlf.com
jjp@thlf.com
*Counsel for Plaintiff*

Angela McLaughlin
549 Wright Road
Clarksdale, MS 38614
*Pro Se Defendant*

*/s/ Andrew B. Pipes*____
Andrew B. Pipes, Esq.