**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 25-cv-03123-KAS

UNITED CASUALTY & SURETY INSURANCE COMPANY,

Plaintiff,

v.

RAVENWOOD ENERGY PARTNERS, LP,
DENNIS MCLAUGHLIN,
ANGELA MCLAUGHLIN,
CHRISTOPHER CHAMBERS, and
RHONDA CHAMBERS,

Defendants.

---

**UNITED CASUALTY & SURETY INSURANCE COMPANY'S NOTICE REGARDING DEFENDANT RAVENWOOD ENERGY PARTNERS, LP'S MOTION TO SET ASIDE CLERK'S DEFAULT [ECF NO. 46]**

---

Plaintiff, United Casualty & Surety Insurance Company ("UCS"), through its undersigned counsel, The Hustead Law Firm, *A Professional Corporation*, hereby submits the following Notice regarding Defendant Ravenwood Energy Partners, LP's ("Ravenwood") Motion to Set Aside Clerk's Default [ECF No. 46] (the "Motion") to notify the Court that UCS takes **no position** regarding Ravenwood's Motion.

[Signature Follows]

Respectfully submitted this 5th day of June 2026.

The Hustead Law Firm
*A Professional Corporation*

*The Original Signature is on File at The Hustead Law Firm, A Professional Corporation*

*/s/ Jason J. Patel*
Patrick Q. Hustead, Esq.
Jeffrey A. Hegewald, Esq.
Jason J. Patel, Esq.
The Hustead Law Firm, *A Professional Corporation*
4643 S. Ulster Street, Suite 1250
Denver, CO 80237
Ph. (303) 721-5000
pqh@thlf.com
jah@thlf.com
jjp@thlf.com
*Attorneys for Plaintiff United Casualty & Surety Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of June 2026, a true and correct copy of the foregoing **UNITED CASUALTY & SURETY INSURANCE COMPANY'S NOTICE REGARDING DEFENDANT RAVENWOOD ENERGY PARTNERS, LP'S MOTION TO SET ASIDE CLERK'S DEFAULT [ECF NO. 46]** was electronically filed and served via USDC e-filing and/or e-mail, and addressed to the following:

Andrew B. Pipes, Esq.
Frascona, Joiner, Goodman and Greenstein, P.C.
4750 Table Mesa Drive
Boulder, Colorado 80305-5541
andrew@frascona.com
*Attorney for Ravenwood Energy Partners, LP, Dennis McLauglin, Christopher Chambers, and Rhonda Chambers*

Angela McLaughlin
549 Wright Road
Clarksdale, MS 38614
*Pro Se*

*Original Signature is on File at The Hustead Law Firm, A Professional Corporation*

*S/ Jason J. Patel*
Jason J. Patel, Esq.