**EXHIBIT 1**



Outlook

**RE: Conferral Re: United Casualty v. Ravenwood Energy Partners, et. al. - Case No. 1:25-cv-03123-KAS**

**From** Jason J. Patel <jjp@thlf.com>
**Date** Thu 5/28/2026 11:33 AM
**To** Andrew B. Pipes <andrew@frascona.com>
**Cc** Patrick Q. Hustead <pqh@thlf.com>; Jennifer L. Hayes <jlh@thlf.com>; Jeffrey A. Hegewald <jah@thlf.com>

3 attachments (454 KB)

Re: United Casualty & Surety Insurance Company v. Ravenwood Energy Partners, LP et al. / HLF File No. 7700-101; Affidavit of Financial Condition - D. McLaughlin.pdf; Personal Financial Statement.pdf;

Andrew,

As can be seen in the attached email correspondence, Mr. Chambers represented in January 2026 that he and the other Defendants would provide the Surety with Affidavits of Financial Condition and Personal Financial Statements in furtherance of settlement negotiations. None of the Defendants did so prior to the Scheduling Conference. Thus, during the Scheduling Conference, the Court ordered all of the Defendants to provide Affidavits of Financial Condition and Personal Financial Statements. There was no formal discovery request.

In addition, the Court denied Mr. and Mrs. McLaughlin's attempt to have a protective order entered as to those Affidavits and Personal Financial Statements. The Court reiterated that Mr. and Mrs. McLaughlin were required to provide Affidavits and Personal Financial Statements by May 25, 2026. Mr. and Mrs. McLaughlin are thus in violation of the Court's Orders.

We understand that you do not represent Mrs. McLaughlin. Please provide Mr. McLaughlin's Affidavit of Financial Condition and Personal Financial Statement by June 1, 2026 (attached for your convenience). Otherwise, the Surety intends to file a Motion to Compel to bring Mr. McLaughlin's failure to comply with the Court's Orders to the Court's attention. Please be advised that the Surety will seek all remedies available for having to Compel Mr. Mclaughlin's compliance with the Court's Orders, including attorneys' fees and costs in bringing a Motion to Compel.

If you have any questions or wish to discuss, please do not hesitate to contact our office.

The Surety reserves all rights available to it at law or in equity.

Thank you

JASON J. PATEL, ESQ.
THE HUSTEAD LAW FIRM
*A Professional Corporation*
4643 S. ULSTER STREET
SUITE 1250
DENVER, COLORADO 80237 USA

T: 303.721.5000 877.256.7871
www.thlf.com
*Licensed in Colorado and Illinois (Retired)*

********** PRIVILEGE, CONFIDENTIALITY AND NON-WAIVER NOTICE **********
This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. Section 2510-2521 and is legally privileged. This message and any attachments hereto may contain confidential information intended only for the use of the individual or entity named above. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this email message is strictly prohibited. If you have received this message in error, please immediately notify the sender by return email or by calling 877.256.7871 and delete this email from your computer. The sender does not waive any privilege in the event this message was inadvertently disseminated. Further, please note that our client may have been copied on this correspondence. This is not a waiver of Rule 4.2 of the Rules of Professional Conduct barring opposing counsel from contacting a represented client. Please do not reply to the client. Under no circumstances shall copying the client be considered to be a waiver of the attorney-client privilege. Thank you.