FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:33 am, Aug 28, 2026
JEFFREY P. COLWELL, CLERK

Angela McLaughlin
549 Wright Rd. Clarksdale. MS 38614
214-519-1687
ameeks2222@gmail.com

August 26, 2026

The Honorable Kathryn A. Starnella
United States District Court for the District of Colorado

Re: Case No. 1:25-CV-03123-KAS

Dear Judge Starnella:

I respectfully write to apologize to the Court and to make clear that I am not trying, nor would I ever intend, to disrespect the Court in any way. If anything I have said, filed, or done has appeared disrespectful, I sincerely apologize.

I understand the seriousness of these proceedings and the importance of following the Court's rules, orders, and expectations. My intention is to conduct myself respectfully and appropriately before the Court at all times.

When I finally received my mail, I knew I was not, nor had been a part of this lawsuit. My signature was electronically generated. I never signed anything. Furthermore, I do not even know what Ominex or Ravenwood does, except oil and gas. I have never been involved or been privy to records, income statements, nor their tax situation.

I have never shared a bank account with Dennis McLaughlin, nor have I ever been to Denver. Mr. Mclaughlin has not been part of my life for years.

I will gladly be deposed and testify. I wanted to meet the deadline of the 27th of August, 2026 with this letter.

In closing, please accept my apology for any misunderstanding or any conduct that may have caused concern. I appreciate the Courts time and consideration. I will make every effort to proceed with respect for the court and the judicial process.

Respectfully submitted,

Angela Mc Laughlin