**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 25-cv-03123-SKC

UNITED CASUALTY & SURETY INSURANCE COMPANY,

Plaintiff,

v.

RAVENWOOD ENERGY PARTNERS, LP,
DENNIS MCLAUGHLIN,
ANGELA MCLAUGHLIN,
CHRISTOPHER CHAMBERS, and
RHONDA CHAMBERS,

Defendants.

---

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS**

---

Plaintiff, United Casualty & Surety Insurance Company ("UCS"), through its undersigned counsel, The Hustead Law Firm, *A Professional Corporation*, and pursuant to Fed. R. Civ. P. 6(b), submits this Unopposed Motion for Extension of Time for UCS to File its Motion for Attorneys' Fees and Costs. In support thereof, UCS states as follows:

## CERTIFICATE OF CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1(a), UCS's counsel certifies that they have conferred, in good faith, with counsel for Defendant Dennis McLaughlin ("Mr. McLaughlin") regarding the relief requested in this Motion. Mr. McLaughlin's counsel stated that he **does not** oppose this Motion.

1. On September 16, 2026, the Court ordered [ECF No. 69] UCS to file its Motion for Attorneys' Fees and Costs by October 7, 2026, in connection with the Court's granting of UCS's Motion to Compel [ECF No. 48] as to Defendant Dennis McLaughlin ("Mr. McLaughlin").

2. To date, UCS has disclosed attorneys' fees and costs invoices from its undersigned counsel through June 30, 2026.

3. UCS has incurred attorneys' fees and costs through September 16, 2026, in connection with UCS's Motion to Compel [ECF No. 48].

4. UCS's undersigned counsel expects to finalize and issue invoices to UCS by October 31, 2026, for attorneys' fees and costs UCS has incurred from July 1, 2026, through September 30, 2026.

5. In addition, Mr. McLaughlin's counsel has requested, and UCS's counsel has agreed to provide Mr. McLaughlin's counsel with UCS's total claimed attorneys' fees and costs through September 16, 2026, so that the parties may confer on an agreed-upon total without the need for a Motion for Attorneys' Fees and Costs.

6. Accordingly, UCS respectfully requests a 30-day extension, through November 6, 2026, to file its Motion for Attorneys' Fees and Costs if necessary.

7. Under Rule 6 of the Federal Rules of Civil Procedure, when an act is required or allowed to be done at or within a specific time period, the Court for cause shown may, at any time in its discretion with or without motion or notice, order the period enlarged if the request therefore is made before the expiration of the period originally prescribed. *See* Fed. R. Civ. P. 6(b).

8. Here, good cause exists to extend the deadline by which UCS must file its Motion for Attorneys' Fees and Costs. UCS is working to review and finalize its counsel's invoices for

legal services billed after June 30, 2026. UCS expects to finish its review and finalization by October 31, 2026.

9. In addition, the parties will confer regarding UCS's total claimed fees and costs through September 16, 2026, in connection with UCS's Motion to Compel in an attempt to reach an agreement on the total. If reached, such an agreement would obviate the need for a Motion for Attorneys' Fees and Costs, saving the parties the time and expense of having to brief any such Motion for Attorneys' Fees and Costs.

10. Further, this request is submitted prior to the October 7, 2026, deadline by which UCS must file its Motion for Attorneys' Fees and Costs. Moreover, the requested extension of time will not affect any upcoming Court deadlines.

11. UCS will be prejudiced if the requested extension is not granted because UCS will be unable to accurately calculate its total claimed fees and costs in connection with its Motion to Compel by the current October 7, 2026, deadline. Mr. McLaughlin will not be prejudiced, as he has already indicated that he does not oppose the requested extension. In addition, the requested extension will provide the parties the opportunity to potentially reach an agreement, which would obviate the need for UCS to file its Motion for Attorneys' Fees and Costs.

12. Accordingly, an extension of time for UCS to file its Motion for Attorneys' Fees and Costs is in the best interests of justice.

WHEREFORE, UCS respectfully requests that the Court enter an Order granting this Motion, and extending the deadline by which UCS must file its Motion for Attorneys' Fees and Costs from October 7, 2026, through and including November 6, 2026.

Respectfully submitted this 5th day of October, 2026.

The Hustead Law Firm
*A Professional Corporation*

*The Original Signature is on File at The Hustead Law Firm, A Professional Corporation*

*/s/ Jeffrey A. Hegewald*

Patrick Q. Hustead, Esq.
Jeffrey A. Hegewald, Esq.
Jason J. Patel, Esq.
The Hustead Law Firm, *A Professional Corporation*
4643 S. Ulster Street, Suite 1250
Denver, CO 80237
Ph. (303) 721-5000
pqh@thlf.com
jah@thlf.com
jjp@thlf.com
*Attorneys for Plaintiff United Casualty & Surety Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of October, 2026, a true and correct copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS** was electronically filed and served via USDC e-filing and/or e-mail, and addressed to the following:

Andrew B. Pipes, Esq.
Frascona, Joiner, Goodman and Greenstein, P.C.
4750 Table Mesa Drive
Boulder, Colorado 80305-5541
andrew@frascona.com
*Attorney for Ravenwood Energy Partners, LP, Dennis McLauglin, Christopher Chambers, and Rhonda Chambers*

Angela McLaughlin
549 Wright Road
Clarksdale, MS 38614
*Pro Se*

*Original Signature is on File at The Hustead Law Firm, A Professional Corporation*

*s/ Jeffrey A. Hegewald*
Jeffrey A. Hegewald, Esq.